| DOCKET NO. TR NUMBER | OR | FILING DATE MO. DAY YR. | | | J | NATURE SUIT | CIV. P1> De> | R 23 | \$ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 5722 | 1' | 9 | 6 | 90 | 1 | 470 | | 23 | | 0865 | | 36061 | 90 | 5722 |

**PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS** HAIGHT,J.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA
SEE (PAGE 1A FOR FURTHER LISTING)

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

USC 1391 Action: Racketeer Influenced and Corrupt Organizations act ("RICO")

**ATTORNEYS**

ROGER S. HAYES
ACTING U.S. ATTY.
BY: MARLA ALHADEFF
ONE ST. ANDREW's PLAZA
NEW YORK, NEW YORK 10007
(212) 791-1958
MA 0335

For Deft: Paschal McGuinness
Dominic F. Amorosa
233 Broadway - Ste. 3008
New York, N.Y. 10007
(212) 406-7000

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | SEP 06 1990 | USA | | JS-5 | |
| | | | | JS-6 | 5/2/96 |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 8/87)

CIVIL DOCKET CONTINUATION SHEET

| FF | DEFENDANT | DOCKET NO. 5722 |
|---|---|---|
| UNITED STATES OF AMERICA | DISTRICT COUNCIL OF NYC ETC et al | PAGE 1A OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA,

PASCHAL McGUINNESS, President,
IRVING ZEIDMAN, First Vice President,
FREDERICK W. DEVINE, Second Vice President,
FRANCIS J.P. McHALE, Secretary-Treasurer,

ANTHONY SALERNO, a/k/a "Fat Tony,"
VINCENT DiNAPOLI,
LOUIS DiNAPOLI,
PETER DeFEO,
ALEXANDER MORELLI, a/k/a "Black Alex,"
LIBORIO BELLOMO, a/k/a "Barney,"

                Defendants.

90

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 9-6-90 | 1 | Fld Complaint: Issued summons and Notice purs to 28 USC 636 (c). |
| 9-6-90 | 2 | Fld. Government's MEMORANDUM OF LAW in support of its motion for Preliminary Relief. JL |
| 9-6-90 | 3 | Fld. AFFDVT of Marcello Svedese In Re: personal knowledge of the influence of organized crime in the District Council of N.Y. City. JL |
| 9-6-90 | 4 | Fld. DECLARATION of Vincent Cafaro In Re: personal knowledge of the influence of the Genovese Family over the District Council. JL |
| 9-6-90 | 5 | Fld. AFFDVT OF Michael Gedell in Re: certain aspects of the corruption within the District Council. JL |
| 9-6-90 | 6 | Fld. DECLARATION of Jesse Hyman in Re: personal knowledge of the influence of organized crime in the District Council of N.Y. City. JL |
| 9-6-90 | 7 | Fld. DECLARATION of Marla Alhadeff in support of pltff's application for preliminary relief. JL |
| 9-6-90 | 8 | Fld. OTSC: Ordered that defts Anthony Salerno, Vincent DiNapoli, Louis DiNapoli, Peter DeFeo, Alexander Morelli, Liborio Bellomo show cause why an Order should not be entered enjoining & Restraining the defts from participating in any way in the affairs of the District Council...RET 9-13-90. LASKER,J. CMC JL |
| 9-5-90 | 9 | Fld. EXHIBITS to the Alhadeff Declaration. JL |
| 9-6-90 | 10 | Fld. EXHIBITS to the Alhadeff Declaration. JL |
| 9-6-90 | 11 | Fld. COMPLAINT EXHIBITS. JL |
| 9-13-90 | -- | HEARING begun & concluded 9-13-90 on Govt's OSC & Temp. Restraining Order. GQ |
| 9-12-90 | 12 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: Paschal McGuinness  BY: Margaret Morrison  On 9-6-90. GQ |
| 9-12-90 | 13 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: Irving Zeidman  BY: Margaret Morrison  On 9-6-90. GQ |
| 9-12-90 | 14 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: Frederick W. Devine  BY: Margaret Morrison  On 9-6-90 GQ |
| 9-12-90 | 15 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: Francis J.P. McHale  BY: Margaret Morrison  On 9-5-90. GQ |
| 9-12-90 | 16 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: Peter DeFeo  BY: Personally  On 9-6-90 GQ |
| 9-12-90 | 17 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: District Council of N.Y.C. & Vicinity of the United Brotherhood of Carpenters & Joiners of America  BY: Margaret Morrison  On 9-6-90. GQ |
| 9-12-90 | 18 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: Liborio Bellomo  BY: Personally  On 9-19-90. GQ |
| 9-12-90 | 19 | Fld Summons & RETURN OF SERVICE that summons & complt was served upon: Alexander Morelli  BY: Marion Morelli  On 9-7-90. GQ |

Cont'd on Page 3

CIVIL DOCKET CONTINUATION SHEET

| | | DEFENDANT | |
|---|---|---|---|
| FF | | DISTRICT COUNCIL OF N.Y.C. , et al. | DOCKET NO. 722 |
| | | | PAGE 3 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | (CSH) |
|---|---|---|---|
| 9-17-90 | 20 | Fld. MEMORANDUM OPINION & ORDER #66719: Defts will file papers addressing the complaint & the government's motion for a preliminary injunction by 10-29-90. The government will serve & file its reply papers by 11-12-90. The penultimate decretal paragraph in the Order signed by Judge Lasker on 9-6-90, is vacated. Documentay discovery may proceed...HAIGHT,J.     CMC          JL | |
| 10-1-90 | 21 | **Fld. summons and return of service of the summons and cmplt served upon: VINCENT DiNAPOLI          by personal service          on 9-7-90.** | |
| 10-2-90 | 22 | Fld. SUMMONS & RETURN OF SERVICE OF S/C UPON: Medical Center for Federal Prisoners     By: personal service     On: 9-10-90  JL | |
| 10-5-90 | 23 | Fld. SUMMONS & AFFDVT OF SERVICE OF S/C Upon: District Council of N.Y.C. & Vicinity of the United Brotherhood of Carpenters & Joiners of America, et al. by: personal service          On: 9-10-90                    JL | |
| 10-31-90 | 24 | Fld. STIP & ORDER that time for defts to answer or move with respect to the complaint is extended until 11-20-90...HAIGHT,J.          JL | |
| 11-9-90 | 25 | Fld. STIP & ORDER that those defts' time to move or answer with respect to the Complaint & to respond to pltff's motion for a preliminary injunction is extended until 11-12-90, & that pltff's time for reply is extended until 11-30-90... HAIGHT,J.          JL | |
| 11-13-90 | 26 | Fld. deft's NOTICE OF MOTION for an Order dismissing the complaint. (Ret date not indicated).          JL | |
| 11-13-90 | 27 | Fld. JOINT MEMORANDUM OF LAW in support of doc#26, deft's motion to dismiss the complaint.          JL | |
| 11-16-90 | 28 | Fld. MEMORANDUM that a Pre-Trial Conference was held & concluded on 11-14-90. Cont'd to 12-11-90 at 4:30pm.          JL | |
| 11-16-90 | 29 | Fld. ORDER; The Government will answer the motion to dismiss by the union defts by 11-30-90 & the defts will then have until 12-14-90 to reply....Counsel for the parties are directed to attend a conference on 12-11-90...HAIGHT,J.  CMC     JL | |
| 11-19-90 | 30 | Fld. deft. Liborio Bellemo's Notice of Motion for an Order dismissing the complaint.     RET 12-14-90.          JL | |
| 11-20-90 | 31 | **Filed transcript of record of proceedings dated** 9-13-90.          GH | |
| 11-20-90 | 32 | Filed pltffs MEMO OF LAW in opposition to defts motion to dimiss and to stike surplusage.          GH | |
| 12-14-90 | 33 | Fld. STIP & ORDER that the District Council will retain Michael F. Armstrong, Esq who will serve as the Independent Counsel, to conduct investigations into alleged misconduct at the Local or District Council Level...HAIGHT,J.          JL | |

Cont'd on P 4

CIVIL DOCKET CONTINUATION SHEET

| PLA TIFF | | DEFENDANT | DOCKET NO. |
|---|---|---|---|
| U.S.A. | | DISTRICT COUNCIL OF N.Y.C., et ano | PAGE 4 OF Pc |
| DATE | NR. | PROCEEDINGS | (CSH) |
| 12-14-90 | 34 | Fld. JOINT REPLY MEMORANDUM OF LAW in support of Union Defts' Motion to Dismiss the Complaint or, alternatively, to strike prejudicial surplusage. (received night deposit 12-14-90 at 6:40pm).                   JL | |
| 1-3-91 | 35 | Fld. MEMORANDUM that Pre-trial conference held & concluded 1-2-91.           JL | |
| 1-3-91 | 36 | Fld. STIP & ORDER that the U.S.'s time to respond to Bellomo's motion to dimiss is extended until 2-11-91...Bellomo's time to respond to the U.S.'s Requests for the Production of Documents is extended until 2-11-91...HAIGHT,J.       JL | |
| 1-4-91 | 37 | Fld. Government's First Notice of Depositions upon John J. O'Connor, Patrick "Sandy" Campbell, Jr., Paul Adler & those persons listed on the attached schedule at the dates & times indicated.                    JL | |
| 1-14-91 | 38 | Fld. pltff's NOTICE OF MOTION to quash Subpoena.  RET 1-28-91.        JL | |
| 1-14-91 | 39 | Fld. MEMORANDUM OF LAW in support of doc#38, motion to quash subpoena.       JL | |
| 1-15-91 | 40 | Fld. Union defts NOTICE TO TAKE DEPOSTION of Irving Anikstein on 1-22-91.     JL | |
| 1-15-91 | 41 | Fld. Union defts' NOTICE TO TAKE DEPOSITION of Marcello Svedese on 2-20-91.   JL | |
| 1-15-91 | 42 | Fld. Union deft's NOTICE TO TAKE DEPOSITION of Mario Marcillo on 2-6-91.      JL | |
| 1-15-91 | 43 | Fld. Union deft's NOTICE TO TAKE DEPOSITION of Lenny Bush on 1-21-91.         JL | |
| 1-15-91 | 44 | Fld. Union defts' NOTICE TO TAKE DEPOSITION of Harold Haegeland on 2-7-91.    JL | |
| 1-16-91 | 45 | Fld. Union Defts' Second NOTICE TO TAKE DEPOSITIONS of Harvey Anikstein on 1-23-91, & those persons listed at the dates & times indicated on the attached schedule.                        JL | |
| 1-17-91 | 46 | Fld. defts. Paschal McGuinness, Irving Zeidman, Frderick W. Devine; and Francis J.P. McHale's NOTICE OF MOTION for entry of a Protective Order, & Limited stay of discovery.  RET 2-4-91.            JL | |
| 1-17-91 | 47 | Fld. MEMORANDUM OF LAW in support of doc#46, motion for protective Order & limited stay of discovery.                  JL | |
| 1-29-91 | 48 | Fld. pltff's MEMORANDUM in opposition to deft's Motion for a stay.         JL | |
| 1-29-91 | 49 | Fld. DECLARATION of Marla Aldadeff in oppostion to the deft's motion for a stay. | |
| 1-30-91 | 50 | Fld. NOTICE TO TAKE DEPOSITION of those persons listed at the dates & times indicated on the attached schedule.                JL | |
| 2-7-91 | 51 | Fld. defts. Paschal McGuinness, Irving Zeidman, Frederick W, Devine and Francis J.P. McHale REPLY MEMO of the Officer defts. in further support of their motion for a limited stay of discovery.                     GH | |

CIVIL DOCKET CONTINUATION SHEET                                    (CSH)

| | | DEFENDANT |
|---|---|---|
| UNITED STATES OF AMERICA | | DIST COUNCIL OF NYC & VICINITY OF THE UNITED BRO OF CARPENTERS & JOINERS OF AMERICA et al |

DOCKET NO. 90 Cv - 5722

PAGE 5 OF ____ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2/8/91 | 52 | Fld. Defendant's District Council of New York City & Vicinity of the United Brotherhood of Carpenters & Joiners of America Notice of Motion with attached affidavit of Robert G. Morvillo...for an order requiring Leonard Bush to appear for deposition by Robert G. Morvillo and to produce all relevant documents no later than 3/20/91; an order requiring Harvey Anikstein to appear for deposition by Robert G. Morvillo and to produce all relevant documents no later than 3/21/91; & an order barring Leonard Bush and Harvey Anikstein from asserting their Fifth Amendment privilege with respect to any incidents which they have testified before a New York State grand jury etc. (no return date)   SC |
| 2/8/91 | 53 | Fld. Defendant's, the "District Council", Memorandum of Law in support of Defendant's Motion to Compel Discovery.   SC |
| 2-19-91 | ---- | Oral Argument begun & concluded 2-15-91 on deft's motions. Judge's decision reserved.   JL |
| 2-19-91 | 54 | Fld. non-party witness MEMO OF LAW in opposition to deft's. motion to compel discovery.   GH |
| 2-19-91 | 55 | Fld. defts. AFFIDAVIT of Lawrence S. Feld in opposition to the motion of deft. District Council for an order to compel Mr. Anikstein to answer questions at a deposition.   GH |
| 2-20-91 | 56 | Fld. MEMORANDUM of pltff U.S.A. in response to deft's Motion to compel discovery.   JL |
| 2-20-91 | 57 | Fld. DECLARATION of Gideon A. Schor in support of pltff's response to the motion of deft. District Council of N.Y.C. & Vicinity of the United Brotherhood of Carpenters & Joiners.   JL |
| 2-25-91 | 58 | Fld. MEMORANDUM of pltff. U.S.A. in response to deft's motion to compel discovery.   JL |
| 2/28/91 | 59 | Fld. Plaintiff's Memorandum of Law in opposition to Deft's Motion to Compel Discovery.   SC |
| 2/28/90 | 60 | Fld. Pltff's Affidavit of Harvey Tropp in opposition to the motion of District Council of New York City & Vicinity of the United Brotherhood of Carpenters & Joiners of America etc.   SC |
| 3-6-91 | 61 | Fld. REPLY MEMORANDUM OF LAW in support of deft's motion to compel. (Received night deposit 3-6-91 at 5:25pm).   JL |
| 3-6-91 | 62 | Fld. AFFDVT of William J. Dealy, Esq. in support of the Districts Council's motion to compel discovery.   (Received night deposit 3-6-91 at 5:25pm).   JL |
| 3-6-91 | 63 | Fld. AFFDVT of Robert G. Morvillo in support of deft's motion to compel discovery. (Received night deposit 3-6-91 at 5:25pm).   JL |

Cont'd on P 6

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| U9S9A9 | | DISTRICT COUNCIL OF N9Y9IC9I§ et ano. | DOCKET N0 PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | (CS|t) |
|---|---|---|---|
| 3-12-91 | 64 | Fld. pltff's DEPOSITION SUBPOENA to Patrick Campbell on 1-31-91. | JL |
| 3-12-91 | 65 | Fld. pltff's DEPOSITION SUBPOENA to Peter Berns on 1-23-91. | JL |
| 3-12-91 | 66 | Fld. Pltff's DEPOSITION SUBPOENA to Walter Lee on 1-30-91. | JL |
| 3-12-91 | 67 | Fld. Pltff's DEPOSITION SUBPOENA to William Holden on 1-28-91. | JL |
| 3-12-91 | 68 | Fld. Pltff's DEPOSITION SUBPOENA to Martin Forde on 1-7-91. | JL |
| 3-12-91 | 69 | Fld. Pltff's DEPOSITION SUBPOENA to Frank Perez on 1-24-91. | JL |
| 3-12-91 | 70 | Fld. Pltff's DEPOSITION SUBPOENA to Thomas Mazziotta on 2-4-91. | JL |
| 3-12-91 | 71 | Fld. Pltff's DEPOSITION SUBPOENA to Louis Moscatiello on 2-6-91. | JL |
| 3-12-91 | 72 | Fld. Pltff's DEPOSITION SUBPOENA to Nicholas Cirillo on 2-12-91. | JL |
| 3-12-91 | 73 | Fld. Pltff's DEPOSITION SUBPOENA to Patrick "Sandy" Campbell, Jr. on 1-15-91.  JL | |
| 3-12-91 | 74 | Fld. Pltff's DEPOSITION SUBPOENA to Steve Healy on 2-5-91. | JL |
| 3-12-91 | 75 | Fld. Pltff's DEPOSITION SUBPOENA to Patrick Guerino on 1-22-91. | JL |
| 3-12-91 | 76 | Fld. Pltff's DEPOSITION SUBPOENA to Celestine Donaghy on 2-13-91. | JL |
| 3-12-91 | 77 | Fld. Pltff's DEPOSITION SUBPOENA to Frank Melia on 1-29-91. | JL |
| 3-12-91 | 78 | Fld. Pltff's DEPOSITION SUBPOENA to Ralph Coppola on 2-7-91. | JL |
| 3-15-91 | 77 | Fld. TRANSCRIPT FOR PROCEEDINGS HELD ON 1-2-91 at 4:30pm.before Judge Haight. JL | |
| 3-22-91 | 78 | Fld. DEPOSITION SUBPOENA & RETURN OF SERVICE Upon:<br>Patrick Harvey            On: 1-8-91            JL | |
| 3-22-91 | 79 | Fld. DEPOSITION SUBPOENA & RETURN OF SERVICE Upon:<br>Paul Adler            On: 1-7-91            JL | |
| 3-21-91 | 80 | Fld. Pltff's NOTICE TO TAKE DEPOSITION of those persons listed at the dates &<br>times indicated on the attached schedule.            JL | |
| 4-11-91 | 81 | Fld. TRANSCRIPT for proceedings held on 2-15-91 at 9:45am.            JL | |
| 4/26/91 | 82 | Fld. Pltff's Notice of Depositions...to take the depositions of the following<br>persons on their respective dates:<br>Custodian of Records of the NYC District Council<br>of Carpenters Apprenticeship, Journeymen Retraining,<br>Educational and Industry Fund | 5/21/91 |
| | | Custodian of Records of the NYC District  Council<br>of Carpenters Supplemental Fund | 6/21/91 |

cont. on p 7

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES OF AMERICA | DIST. COUNCIL OF NYC & VICINITY etc. | DOCKET NO. 90-5722 PAGE 7 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| | 82 cont. | Custodian of Records of the Retirement & Pension Plan for Officers and Employees of the NYC District Distrit Council of Carpenters and Related Organizations | 5/21/91 |
| | | Custodian of Records of the NYC District Council of Carpenters Welfare Fund | 5/21/91 |
| | | Custodian of Records of the NYC District Council of Carpenters Pension Fund | 5/21/91 |
| | | Custodian of Records of the NYC District Council of Carpenters Vacation Fund | 5/21/91 |
| | | Custodian of Records of the NYC District Council of Carpenters Annuity Fund | 5/21/91  sc |
| 5-3-91 | 83 | Fld. UNION DEFT's NOTICE TO TAKE DEPOSITION OF: Arnold Kaslow On: 6-13-91 At:10:00am Armand Valenzi On: 6-13-91 At:2:00pm. Standard Drywall On: 6-13-91 At:10:00am Meadow Concrete On: 6-13-91 At:2:00pm.      JL |
| 5-23-91 | 84 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: FRANK CALCIANO, SR. To appear: 4-25-91    RM |
| 5-23-91 | 85 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: GENE HANLEY To appear: 4-09-91    RM |
| 5-23-91 | 86 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: DENNIS McCABE To appear: 6-04-91    RM |
| 5-23-91 | 87 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: GEORGE ALBERT To appear: 5-21-91.    RM |
| 5-23-91 | 88 | Fld. AFFDVT OF SERVICE of depostn subpoena served upon: CARMINE SEDITA To appear: 5-07-91    RM |
| 5-23-91 | 89 | Fld. AFFDVT. OF SERVICE of depostn. subpoena served upon: EDWARD KRAUS To appear: 5-09-91    RM |
| 5-23-91 | 90 | Fld. AFFDVT. OF SERVICE of depostn. subpoena served upon: BENEDETTO SCHEPIS To appear: 4-23-91    RM |
| 5-23-91 | 91 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: ANTHONY FIORINO To appear: 4-11-91    RM |
| 5-23-91 | 92 | Fld. AFFDVT. OF SERVICE of depostn. subpoena served upon: STEPHEN CREA To appear: 4-23-91    RM |
| 5-23-91 | 93 | Fld. AFFDVT. OF SERVICE of depostn. subpoena served upon: CONSTANTINE SABATINO To appear: 6-06-91    RM |
| 5-23-91 | 94 | Fld. AFFDVT. OF SERVICE of depositn. subpoena served upon: PHILIP FULGIERI To appear: 5-21-91    RM |
| 5-23-91 | 95 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: ROCCO CASSANO To appear: 6-06-91    RM |
| 5-23-91 | 96 | Fld. AFFIDAVT OF SVCE. of depositn. subpoena served upon: CARMEN FIORE To appear: 5-09-91    RM |
| 5-23-91 | 97 | Fld. AFFDVT. OF SERVICE of depositn subpoena served upon: ROBERT WALLER, Sr. To appear: 6-04-91    RM |
| 5-23-91 | 98 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: ROBERT WALLER, Jr. To appear: 5-23-91    RM |
| 5-23-91 | 99 | Fld. AFFDVT. OF SERVICE of depostn subpoena served upon: SAM PALMINTERI To appear: 4-25-91    RM |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 90-5722 |
| U.S.A. | | DISTRICT COUNCIL OF N.Y.C., etc. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | (CSH) |
|------|-----|-------------|-------|
| 5-30-91 | 100 | Fld. Pltff's NOTICE TO TAKE DEPOSITION of the following persons at the dates & time s indicated: Custodian of Records for; | |

Carpenters  Local 17              On: 7-2-91 at 10:00am.
"            "      20
"            "      135               "        "
"            "      246               "        "
"            "      257               "        "
"            "      296               "        "
"            "      348               "        "
"            "      531               "        "
"            "      608               "        "
"            "      740               "        "
"            "      902               "        "
"            "      1164              "        "
"            "      1456              "        "
"            "      1536              "        "
"            "      2155              "        "
"            "      2287              "        "
"            "      2710              "        "
Michael Crimi                  On: 7-3-91 at 10:00am
Michael Pilar                  On: 7-3-91 at 2:00pm.
George James                   On: 7-16-91 at 10:00am.
Brian Collins                  On: 7-16-91 at 2:00pm.
Patrick DiLacio                On: 7-18-91 at 10:00am.
Bernard Reinertson             On: 7-18-91 at 2:00pm.
Edward Walaski                 On: 7-30-91 at 10:00am.
John Sorrenti                  On: 7-30-91 at 12:00pm.
Onofrio Arcamone               On: 7-30-91 at 2:00pm.
Ken Voss                       On: 8-1-91 at 10:00am.
Carpentry Creations, Inc.      On: 8-1-91 at 2:00pm.                    JL

| DATE | NR. | PROCEEDINGS | (CSH) |
|------|-----|-------------|-------|
| 6-25-91 | ---- | PRE-TRIAL CONFERENCE HELD b/ Judge Haight.          JL | |
| 7/2/91 | 101 | Fld. Plaintiff's Notice of Motion for leave to supplement its Complaint; and that defts are requested to serve answering memoranda, if any, upon pltff's attorneys later than 7/12/91. RET: 7/19/91          SC | |
| 7/2/91 | 102 | Fld. Plaintiff's Memorandum of Plaintiff United States of America in support of Its Motion To Supplement the Complaint.  SC | |
| 7/2/91 | 103 | Fld. Plaintiff's Declaration of Marla Alhadeff in support of pltff's motion to supplement the Complaint etc.    SC | |
| 7-12-91 | 104 | Fld. MEMORANDUM OF LAW in support of deft. District Council's Motion for a stay of discovery.          JL | |
| 7-12-91 | 105 | Fld. ORDER that this action is referred to the Dist. Ct. Executive for assignment to a magistrate for the purpose of General Pretrial & Discovery Motion. HAIGHT,J. | |
| 7-12-91 | ---- | Fld. MEMO-END on doc#105, Order of reference; Mag. Katz was assigned the matter on 7-12-91. Clifford P. Kirsch Dist. Ct. Executive.          JL | |
| 7-16-91 | 106 | Fld. Pltff's SUPPLEMENTAL COMPLAINT.          JL | |

Cont'd 7

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 90-5722 |
|---|---|---|---|
| U.S.A. | | DISTRICT COUNCIL OF N.Y.C., etc. | PAGE ___OF_____ PAGES |

| DATE | NR. | PROCEEDINGS | (CSH) |
|---|---|---|---|
| 7-17-91 | 107 | Fld. STIP & ORDER by & between the U.S.A. & Moscatiello, that if Moscatiello is asked any questions relating in any way to the matter stipulated to, Moscatiello will decline to answer...purs. to the 5th Amendment...HAIGHT,J.    JL | |
| 7-17-91 | 108 | Fld. STIP & ORDER by & between the U.S.A. & Perez, that if Perez is asked any questions relating in any way to the matters stipulated to, Perez will decline to answer purs. to the 5th Amendment...HAIGHT,J.    JL | |
| 7-17-91 | 109 | Fld. STIP & ORDER by & between the U.S.A. & Sabatino, that if Sabatino is asked any questions relating in any way to the matters stipulated to, Sabatino will decline to answer...purs. to the 5th Amendment.  HAIGHT,J.    JL | |
| 7-17-91 | 110 | Fld. STIP & ORDER by & between the U.S.A. & Kraus, that if Kraus is asked any questions relating in any way to the matters stipulated to, Kraus will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 111 | Fld. STIP & ORDER by & between the U.S.A. & Lee, that if Lee is asked any questio relating in any way to the matters stipulated to, Lee will decline to answer... purs. to the 5th Amendment.  HAIGHT,J.    JL | |
| 7-17-91 | 112 | Fld. STIP & ORDER by & between the U.S.A. & Harvey, that if Harvey is asked any questions relating in any way to the matters stipulated to, Harvey will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 113 | Fld. STIP & ORDER by & between the U.S.A. & Fulgieri, that if Fulgieri is asked questions relating in any way to the matters stipulated to, Fulgieri will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 114 | Fld. STIP & ORDER by & between the U.S.A. & Guerino, that if Guerino is asked any questions relating in any way to the matters stipulated to, Guerion will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 115 | Fld. STIP & ORDER by & between the U.S.A. & Forde, that if Forde is asked any questions relating in any way to the matters stipulated to, Forde will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 116 | Fld. STIP & ORDER by & between the U.S.A. & Fiorino, that if Fiorino is asked any questions relating in any way to the matters stipulated to, Fiorino will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 117 | Fld. STIP & ORDER by & between the U.S.A. & Crotty, that if Crotty is asked any questions relating in any way to the matters stipulated to, Crotty will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 118 | Fld. STIP & ORDER by & between the U.S.A. & Crea, that if Crea is asked any questi relating in any way to the matters stipulated to, Crea will decline to answer... purs. to the 5th Amendment. HAIGHT,J.    JL | |
| 7-17-91 | 119 | Fld. STIP & ORDER by & between the U.S.A. & Cirillo, that if Cirillo is asked any questions relating in any way to the matters stipulated to, Cirillo will decline to answer...purs. to the 5th Amendment. HAIGHT,J.    JL | |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF U.S.A. | | DEFENDANT DISTRICT COUNCIL OF N.Y.C., et al. | DOCKET NO. 90-5722<br>PAGE ___ OF ___ PAGES |
|---|---|---|---|

| DATE | NR. | PROCEEDINGS | (DNE) |
|---|---|---|---|
| 7-17-91 | 120 | Fld. STIP & ORDER by & between the U.S.A. & Cassano, that if Cassano is asked any questions relating in any way to the matters stipulated to, Cassano will decline to answer purs. to the 5th Amendment.  HAIGHT,J.    JL | |
| 7-17-91 | 121 | Fld. STIP & ORDER by & between the U.S.A. & Berns, that if Berns is asked any questions relating in any way to the matters stipulated to, Berns will decline to answer purs. to the 5th Amendment.  HAIGHT,J.    JL | |
| 7-17-91 | 122 | Fld. STIP & ORDER by & between the U.S.A. & Albert, that if Albert is asked any questions relating in any way to the matters stipulated to, Albert will decline to answer purs. to the 5th Amendment.  HAIGHT,J.    JL | |
| 7-17-91 | 123 | Fld. STIP & ORDER by & between the U.S.A. & Sedita, that if Sedita is asked any questions relating in any way to the matters stipulated to, Sedita will decline to answer purs. to the 5th Amendment.  HAIGHT,J.    JL | |
| 7-18-91 | 124 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Custodian of Records 8½  BY Donald Danielson      ON 6-13-91. | RM |
| 7-18-91 | 125 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Custodian of Records Local 902    BY Josephine Mari    ON 6-13-91 | RM |
| 7-18-91 | 126 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec.'s Lcl 135    BY Theresa Kaplan    ON 6-13-91 | RM |
| 7-18-91 | 127 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust. of Recd's Local 20   BY Pamela Nouvertne ON 6-13-91 | RM |
| 7-18-91 | 128 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec's Local 296    BY Barbara Signorelli  ON 6-17-91 | RM |
| 7-18-91 | 129 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec's Local 1164   BY Ernest Svara  ON 6-17-91 | RM |
| 7-18-91 | 130 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec's Local 1456   BY Elisabeth Roberts  ON 6-13-91 | RM |
| 7-18-91 | 131 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec's Carpenters Local 608  BY James Gavin  ON 6-13-91 | RM |
| 7-18-91 | 132 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec's Carp's Local 2287  BY Helen Delaney   ON 6-13-91 | RM |
| 7-18-91 | 133 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Edward Walaski     BY Susan Gardenfeld   ON 6-12-91 | RM |
| 7-18-91 | 134 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Recs Carps Local 246  BY Herman Foullois    ON 6-12-91 | RM |
| 7-18-91 | 135 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Recs Carps Local 348  BY Robin Butler    ON 6-12-91 | RM |
| 7-18-91 | 136 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Recd's Carp's Locl 531  BY Susan Gardenfeld  ON 6-12-91 | RM |
| 7-18-91 | 137 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Brian Collins       BY Paul Salerno       ON 6-17-91 | RM |
| 7-18-91 | 138 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Bernard Reinertson      BY personal     ON 6-27-91 | RM |
| 7-18-91 | 139 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Recs Carps Lcl 17    BY Ann marie Stoyka   ON 6-14-91 | RM |
| 7-18-91 | 140 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Recs Cps Lcl 2710    BY Roy Pessalano   ON 6-14-91 | RM |
| 7-18-91 | 141 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>John Sorrenti    BY Ann Marie Stoyka   ON 6-14-91 | RM |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 90cv5722 |
|---|---|---|
| UNITED STATES OF AMERICA | DISTRICT COUNCIL OF N.Y. CITY et al. | (CSH) |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7-18-91 | 142 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Ken Voss          BY Ed Caruso         ON 7-05-91                        RM |
| 7-18-91 | 143 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>George James      BY Elisabeth Roberts ON 7-01-91                       RM |
| 7-18-91 | 144 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec's Carp's Lcl 1536  BY Rose Nemirka    ON 6-12-91          RM |
| 7-18-91 | 145 | Fld Ptffs DEPOSITION SUBPOENA served upon:<br>Cust of Rec's Carp's Lcl 740   BY Larry Heuden     ON 6-17-91          RM |
| 7-19-91 | 146 | Fld. REPLY MEMORANDUM of pltff. U.S.A. in opposition to a stay of discovery.  JL |
| 7/24/91 | 147 | Fld. MEMORANDUM OPINION & ORDER #68400...This case is before the Court on the defts' motion for a stay of discovery & permission to supplement the existing motion to dismiss because the government has filed a Supplemental Complaint. For the reasons set forth below(as indicated), the motion is granted etc. etc. The existing defts have 20 days from the date of this OPinion & Order to file and serve any supplemental briefs to the outstanding motion to dismiss. The government will then have 14 days to file and serve their response. The defts will have seven days to reply. So Ordered. HAIGHT,J.                    SC |
| 7-29-91 | 148 | Fld. DEPOSITION SUBPOENA to Dr. Michael Pilar on 7-3-91 at 2:00pm.          JL |
| 7-29-91 | 149 | Fld. DEPOSITION SUBPOENA to Michael Crimi on 7-3-91 at 10:00am.            JL |
| 8-12-91 | 150 | Fld. DEPOSITION SUBPOENA to Patrick Dilacio on 7-18-91 at 10:00am.         JL |
| 8-12-91 | 151 | Fld. DEPOSITION SUBPOENA to Custodian of Records Carpenters Local 2155 on<br>7-2-91 at 10:00am.                              JL |
| 8-12-91 | 152 | Fld. DEPOSITION SUBPOENA to Carpentry Creations. Inc. on 8-1-91 at 2:00pm.  JL |
| 8-12-91 | 153 | Fld. DEPOSITION SUBPOENA to John R. Abbatemarco on 7-17-91.                 JL |
| 8-12-91 | 154 | Fld. DEPOSITION SUBPOENA to Robert J. Cavanaugh on 7-17-91.                 JL |
| 8-12-91 | 155 | Fld. DEPOSITION SUBPOENA to George J. Albert on 7-16-91.                    JL |
| 8-26-91 | 156 | Fld. Robert Cavanaugh's NOTICE OF MOTION for an Order dismissing the Supplemental Complaint.  (no return date indicated).                      JL |
| 8-26-91 | 157 | Fld. MEMORANDUM of deft. District Council in support of its motion to dismiss the Supplemetal Complaint.                     JL |
| 8-26-91 | 158 | Fld. Henry Putzel's NOTICE OF APPEARANCE as attorney for Robert Cavanaugh.    JL |
| 8-27-91 | 159 | Fld. STIP & ORDER: Deft. Abbatemarco is dismissed as a party deft, without pre-judice to any future actions or proceedings which might be brought by the U.S., or any of its departments or agencies, including naming him as a party deft. in this action in the future....each party is to bear its own costs & attorneys' fees HAIGHT,J.                                 JL |
| 8-27-91 | 160 | Fld. STIP & ORDER by & between the U.S. & Coppola, that if, either at a deposition, or other proceeding in this action. Coppola is asked any questions relating in any way to the matters indicated in this stip...Coppola will decline to answer purs. to the 5th Amendment...HAIGHT.J.       .J |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET-NO. 90-5722 |
|---|---|---|---|
| USA | | DISTRICT COUNCIL OF N.Y.C., etc. | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS (CSH) |
|---|---|---|
| 8-30-91 | 161 | Fld. TRANSCRIPT for proceedings held on 6-25-91 at 11:25am.    JL |
| 9-3-91 | 162 | Fld. pltff's MEMORANDUM in Opposition to deft's Supplemental Motion to Dismiss.    JL |
| 9-3-91 | 163 | Fld. STIP & ORDER that the District Council of N.Y.C. & Vicinity of the Brotherhood of Carpenters & Joiners of America, Paschal McGuinness, Irving Zeidman, Frederick W. Devine, & Francis J.P. McHale's time to answer the Supplemental Complaint is hereby extended to 8-20-91 & that pltff's time to respond is hereby extended to 9-3-91 & deft's time to reply is extended until 9-10-91.    HAIGHT,J.    JL |
| 9-5-91 | 164 | Fld. deft. Distric Council's Fifth NOTICE TO TAKE DEPOSITION of U.S. Attorney's Office for the S.D.N.Y. on 10-17-91 at 10:00am.    JL |
| 9-6-91 | 165 | Fld. deft. District Council's Sixth NOTICE TO TAKE DEPOSITION of N.Y. State Organized Crime Task Force on 10-15-91 at 10:00am.    JL |
| 9-6-91 | 166 | Fld. deft. District Council's Seventh NOTICE TO TAKE DEPOSITION of;<br>Arnold Koslow       on: 10-22-91   at 10:00am.<br>AL DiBernardo      on: 10-22-91   at 2:00pm.<br>Ira Zinstein       on: 10-24-91   at 10:00am<br>Frank Santimauro   on:10-24-91    at 2:00pm.<br>Jerry Tucci        on: 10-29-91   at 10:00am.<br>Marvin Hammerman   on: 10-29-91   at 2:00pm.<br>Joseph S. Parisi   on: 10-31-91   at 10:00am.<br>Armand Valenzi     on: 10-31-91   at 2:00pm.<br>Tucci Construction Corp. on: 10-29-91 at10:00am.<br>Marvin Hammerman, Inc. On: 10-29-91 at 2:00pm.<br>Parisi, Michael & Sons On:10-31-91 at 10:00am.<br>Meadow Concrete Corp. On: 10-31-91 at 2:00pm.    JL |
| 9/13/91 | 167 | Fld. Defendant's Reply Memorandum of Defendant District Council in support of Its Motion To Dismiss the Supplemental Complaint. sc |
| 9-10-91 | 168 | Fld CONSENT TO CHANGE ATTORNEY that Dominic F. Amorosa be substituted as atty. for deft. Paschal McGuinness, in the above action in place of Thomas J. Fitzpatrick. HAIGHT, J. cmc RM |

NO FURTHER ENTRIES,
SEE COMPUTERIZED DOCKET