*MEMO ENDORSED*
BRIAN O'DWYER
GARY SILVERMAN
CHRISTOPHER DOWNES·
VICTOR GRECO
CODY K. M°CONE
GARY P. ROTHMAN·
MARIANNA O'DWYER

STEVEN ARIPOTCH
J. P. DELANEY
RAÚL GARCÍA
ROBERT DUNNE
JASON S. FUIMAN*
M. GLADYS T. ORANGA
ANDREW R. GRABOIS
NICHOLAS S. HANLON
HELEN WROBEL
JOY K. MELE*
DAVID P. OFENLOCH

**O'DWYER & BERNSTIEN, LLP**
ATTORNEYS AT LAW
PAUL O'DWYER WAY
52 DUANE STREET
NEW YORK, N.Y. 10007
(212) 571-7100
(516) 248-4224
FAX (212) 571-7124

PAUL O'DWYER (1907-1998)
OSCAR BERNSTIEN (1885-1974)
FRANK DURKAN (1930-2006)

OF COUNSEL:
THOMAS J. HUGHES, JR.
ANNE M. PAXTON
MICHAEL CARROLL
CRAIG R. NUSSBAUM **

* ALSO ADMITTED IN NJ
** ALSO ADMITTED IN CT
• ALSO ADMITTED IN PA & NJ
*J D NOT ADMITTED

WRITER'S DIRECT DIAL

March 25, 2009

VIA FACSIMILE (203) 773-2057

Honorable Charles S. Haight, Jr.
Senior United States District Court Judge
Southern District of New York
Connecticut Financial Center -17th Floor
157 Church Street
New Haven, CT 06510-2104

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

Re:  United States v. New York City District Council of Carpenters
     90 Civ. 5722 (CSH)

Dear Judge Haight:

I write on behalf of the District Council and counsel for the intervenors to request an extension of time to respond to the government's proposed Order and Judgment of Contempt and Remedy from Monday, March 30, 2009 to Friday, April 3, 2009.

The government served its proposed order on Friday, March 20, 2009. Your Honor's January 13, 2009 Memorandum Opinion and Order directed the Government to settle an order "on ten (10) calendar days' notice". If not for Your Honor's specific use of the word "calendar", Fed. R. Civ. Pro. 6(a) would suggest our time to respond did not include intervening weekends and was in fact, April 3, 2009. (Indeed, Local Rule 77.1 might require, absent the Court's permission, submission of a counter order by Friday, March 27.) In any event, the three executive officers of the District Council with whom I must discuss this matter are out of town this week at UBC conferences and will not return until Monday, March 30th.

I have discussed this request with counsel for the intervenors and AUSA Kristin Vassallo. There is no objection to this request.

Thank you for your consideration.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

*[signature]*

GARY ROTHMAN (GR2785)

GR/yr
Encs.

cc: Kristin Vassallo, AUSA
Fred Braid, Esq.
Holly Weiss, Esq.
Marc Rosen, Esq.
Joseph Kaming, Esq.

03/25/09

So Ordered,

*[signature]*

USDJ