UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                  Plaintiff,                  90 Civ. 5722 (RMB)

                    -against-                    **ORDER TO
SHOW CAUSE**

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

                                            Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-10

Upon the annexed Declaration of MICHAEL G. DOWD dated September 24, 2010, the papers annexed thereto, and the Accompanying Memorandum of Law,

LET Dennis M. Walsh [attend a conference regarding] ~~SHOW CAUSE~~ BEFORE THIS COURT, at the courthouse thereof, located at 500 Pearl Street, New York, New York 10007, on the 21st day of October, 2010, at 9:30 a.m. ~~in the noon~~ of that day, why an order should not be made and entered ~~pursuant to~~ pursuant to paragraph 11 of the Stipulation and Order entered in this action on June 3, 2010:

        1.        Vacating the Notice of Veto issued by Dennis M. Walsh on August 27, 2010 pursuant to paragraph 5.b.iii of said Stipulation and Order, preventing Paul Willoughby from continuing as conductor of Local Union 157 and as a shop steward; and

        2.        Granting such other and further relief as to the court may seem just and equitable.

SUFFICIENT CAUSE THEREFORE APPEARING, it is

ORDERED that pending the hearing and determination of this action: 

1. That the veto issued by Dennis M. Walsh on August 27, 2010, be stayed pending the decision of this Court; and it is further

[entire paragraph struck through]

ORDERED that service of a copy of this Order to Show Cause and the papers upon which it was made upon Dennis M. Walsh at his office at 15 Chester Avenue, White Plains, New York 10601 by ~~FedEx overnight service and via email at dwfitzwalsh@optonline.net~~ *personal service* on or before ___October 4___, 2010, shall be deemed sufficient service thereof, *that Dennis M. Walsh (Review Officer) shall serve a response on or before October 12, 2010, and that Paul Willoughby shall serve a reply, if any, on or before October 19, 2010.*

Dated: New York, New York
       *September 27*, 2010

RMB
_____
U.S.D.J.