```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                   Plaintiff,

     -against-

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

                  Defendants.
------------------------------------------------------------X

90 Civ. 5722 (RMB)

**ADMINISTRATIVE ORDER**

      The Court directs Review Officer Dennis M. Walsh to file any opposition to Petitioner John Daly's appeal of the Review Officer's decision, dated October 7, 2010 [# 1009], on or before October 29, 2010. The Court directs Petitioner John Daly to file any reply on or before November 4, 2010.

**SO ORDERED.**

Dated: New York, New York
         October 28, 2010

                                                  RMB
                                        **Richard M. Berman, U.S.D.J.**