JAVITS CENTER

Unitel Case Number 10-001-10/31/05

Running Total 93

The current Independent Investigator, Unitel, (II) received the transition memorandum from Walter Mack dated October 26, 2005 on October 28, 2005 and assigned a case number to it on October 31, 2005. The case number is 10-001-10/31/05 and running total 93. The substance of the memorandum is that the job assignments are made without reference to the Out Of Work List (OWL). Complaints were received on the anti-corruption hotline operated by Mr. Mack that the same group of Carpenters Union (CU) members receive the job assignments.

The II has received similar calls to its anti-corruption hotline.

For background purposes, the title of this report, "Javits Center" includes both the Javits Center trade shows and the trade shows operated at the Hilton, Sheraton and Marriot Hotels.

The II has conducted the following investigation concerning these allegations.

1) Obtained the record of all CU members who have completed the 50 Hour Trade Show Course at the CU Labor Technical College. A comparison was made of the CU members on the list prepared by Mr. Mack's Chief Investigator Don Sobocienski to the Trade Show Course list. The comparison disclosed that none of the CU members on Mr. Sobocoenski's list had completed the course including Mickey Annucci.

2) On December 21, 2005, the II conducted an interview of            , the            for the Javits Center and the trade shows at the hotels. Freeman Decorators, Inc. (Freeman) is the company that employs CU members to set up and take down the trade show booths and exhibits at the Hilton, Sheraton and Marriot Hotels. Freeman Decorators, Inc. has the right per its Collective Bargaining Agreement with the CU to request and employ any CU member even though the member has not completed the Trade Show Course. Freeman Decorators also contacts CU members from another trade show company, GES, for workers instead of using the OWL. All of the CU members who work for the Javits Center on a regular basis are assigned by New York State. The only times that additional workers are needed and assigned by the CU are the Auto Show and possibly the Vision Show.

3) On April 18, 2006, the II interviewed            , the general foreman for Freeman Decorators, Inc. Mr.            advised that Freeman does have the right to hire any member of the CU that it desires without contacting the OWL. Mr.            stated that the trade show assignments are under a strict timetable and only the most experienced, fastest, and hardest CU members are hired. Mr.            confirmed that

he does not hire any of the CU members who have completed the Trade Show Course since they are not experienced or fast enough. Mr. ▓ further confirmed that he does not hire any "shapers" and that he does call CU members who work for GES instead of contacting the OWL.

4) On May 16, 2006 the II considered some type of surveillance at the hotels to determine if any illegal activity such as paying workers cash for weekend work was occurring. The II was unable to locate a former law enforcement officer on the hotel security staffs to provide security for the operation.

5) On June 13, 2006, the II interviewed ▓, the CU foreman for the Javits Center. Mr. ▓ advised that several years ago there was a need to construct a list of temporary, occasional CU workers in addition to the regular CU workers at the Javits Center. There was no formal announcement to the general membership of the CU to come to the Javits Center, fill out an application, and obtain an identification badge and security clearance from New York State. The regular workers simply called their friends to get on the list. Mr. ▓ further advised that he observed who the good and reliable workers were during the first couple years of the operation of this list and then continues to call back the good and reliable workers. Mickey Annucci and his son were on the original list.

6) The II has maintained a liaison with Gerry McQueen, the Executive Director of the Javits Center. Mr. McQueen has requested information concerning CU member ▓ and Mr. ▓ was subsequently barred from the Javits Center.

7) The II has reviewed the Kenneth Conboy report titled " Criminal History and Affiliations of Carpenters on the Javits Center Pool List". The report references ▓ as a nephew of ▓ ▓.

8) On April 21, 2006, the II received an anti-corruption hotline call that alleged that National Convention Services fired the union guys while keeping the non-union guys halfway through the setup of the Auto Show. He also said the shop steward did not check cards at the site. The II contacted Mr. McQueen concerning this complaint. Mr. McQueen stated that an owner National Convention Services is ▓ Mr. ▓ is the son of an alleged organized crime figure from the garment district who was allegedly "hit".

9) On May 2, 2006, Mr. ▓ advised that National Convention Services employs company workers to set and take down the auto company booths which are extremely elaborate. The regular CU members are unable to perform this task.

The II concurs with the suggestions made by Mr. Mack. However, the II requests that this case be maintained confidential pending the completion of its investigation. Alleged organized crime figures are suspects in the investigation. The II considers this case a

priority matter but has been unable to devote the time and resources to it due to the current investigation of L & D Installers, Inc.