### Office of The Independent Investigator

NYC District Council of Carpenters & Joiners
17 Battery Place, Suite 1226
New York, NY 10004
212-889-3000 / Fax 212-889-3242

William P. Callahan, Esq
Independent Investigator

1/9/07

To:   AUSA Edward Scarvalone, SDNY

Fr:   Bill Callahan

Re:   Active Carpenters identified on Conboy's report as having O.C. affiliations.

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.