**Office of The Independent Investigator**

NYC District Council of Carpenters & Joiners
17 Battery Place, Suite 1226
New York, NY 10004
212-889-3000 / Fax 212-889-3242

William P. Callahan, Esq
<u>Independent Investigator</u>

April 6, 2007

Hon. Charles S. Haight, Jr.
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1940
New York, NY 10007

Re: <u>United States v. District Council of Carpenters</u> – Reduced Dues Issue
    90 Civ. 5722 (CSH)

Dear Judge Haight:

Pursuant to your request of March 27, 2007, I have completed my investigation into the possibility that the issue referred to us by your chambers was an anti-corruption issue that would fall within my realm. The governing provision in the Constitution of the United Brotherhood of Carpenters and Joiners of America is Section 50 (B), (Reduced Dues). This provision authorizes a dues reduction to "members who are no longer working in the trade and who are totally disabled." It provides: "...a member shall be considered totally disabled if drawing a Social Security Disability pension...." This was adopted by the delegates at the 38th General Convention in 2000 and published in the Constitution, and as such it would benefit any totally disabled UBC member.

Based on our inquiries we note that it should be remembered that this is an adjustment to the dues the member pays to the Local Unions. It is not a District Council dues issue, but a portion of the reduced dues remitted by the Local Unions to the UBC

We found that the "standard procedure" referred to in your letter and utilized by the District Council to facilitate the provision was implemented by the Executive Secretary Treasurer in November 2000. A member must apply for the dues reduction; provide proof of eligibility in the form of a Social Security Disability determination and then they would be awarded any dues overage backdated to January 2001 or the date of disability, and thereafter they would be eligible for the dues reduction. The District Council is involved because it is the security manager for charging the members dues status in the UBC's computer system.

Our investigation shows that records of those who were awarded this dues reduction are maintained by the District Council. We also reviewed past II complaints since its implementation and have found no matters that were investigated by either Mr. Mack or myself regarding any unfair application of this provision. We just do not see any intentional deception, or any of the corrupt practices which the caller refers to in his complaint as having occurred which requires further investigation by this Office.

As result of my inquiries about the matter with the officers of the District Council, I have been advised it will advertise the availability of the reduced dues benefit in the next issue of the Carpenter Magazine.

Respectfully submitted,

William P. Callahan
Independent Investigator

cc: Edward Scarvalone, AUSA
Gary Rothman, Esq.
Gary Silverman, Esq.
District Council