**Office of the Independent Investigator**

NYC District Council of Carpenters & Joiners
17 Battery Place, Suite 1226
New York, NY 10004
212-889-3000 / Fax 212-889-3242

William P. Callahan, Esq.
Independent Investigator

7/12/07

To: Peter Thomassen, President

Fr: William P. Callahan, Independent Investigator

C.C: Dennis Sheil, Vice President

Re: Report on Investigation into the Fraternal Order of Woodworkers Violating the Job Referral Rules

---

Pursuant to a call to the II Hotline, an investigation was initiated into the alleged improperly referring of union carpenters to worksites by members of the Fraternal Order of Woodworkers. The II inquiry consisted of numerous interviews of the board members and members of the Fraternal Order Woodworkers, along with the review of District Council records concerning dispatches and shop steward reports for selected jobsites.

This investigation has uncovered no evidence of wrong doing committed by either the board members or member of the Fraternal Order of Woodworkers. This organization was founded in April of 2004 for the alleged purpose of promoting comradery and solidarity amongst union members. They appear to be adhering to this objective, without providing any job placement assistance for its membership. While conducting interviews of FOW board members, the II reminded them of their union obligation to abide by all of the District Council's rules concerning any job referrals. They acknowledged their understanding of these rules and pledged to adhere to them.

In accordance with the above information, the II will close this investigation at this time and list it as unfounded.

William P. Callahan
Independent Investigator