# UNITEL FAX MEMO

William P. Callahan, Esq
Independent Investigator
NYC District Council of Carpenters
17 Battery Place, Suite 1226
New York, NY 10004
(212) 889-3000 – Fax (212) 889-3242
E-mail: unitel.group@gmail.com

**Pages to Follow:** 5

**Date:** February 14, 2008

**To:** Hon Charles S. Haight Jr,
Gary Silverman, Esq
AUSA Ben Torrance

**From:** William Callahan

**Re:** ▓▓▓▓▓ Follow Up

Attached is our follow-up letter to the ▓▓▓▓ investigation

## Office of The Independent Investigator

NYC District Council of Carpenters & Joiners
17 Battery Place, Suite 1226
New York, NY 10004
212-889-3000 / Fax 212-889-3242

William P. Callahan, Esq
<u>Independent Investigator</u>

February 14, 2008

Hon. Charles S. Haight, Jr.
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1940
New York, NY 10007

Re: <u>United States v. District Council of Carpenters</u>
    90 Civ. 5722 (CSH)

Dear Judge Haight,

    The Independent Investigator's Report on ▮ submitted to you on August 24, 2007 indicated that we would revisit the compliance initiatives recommended in the report during the month of January 2008. Despite the efforts of the II and the District Council business agents responsible for supervision of the union members working for ▮ it was necessary for Business Agent Brian Hayes to file a grievance under the collective bargaining agreement for ▮'s failure to comply with the "50-50" from July 2006 to December 2007. The date cited for the grievance coincides with the effective date of the collective bargaining agreement now in force. The grievance was reviewed by Vice President Denis Sheil, Grievance Committee Chair, who set a March 11, 2008 date for the initial grievance hearing. It should be noted that ▮ did hire union carpenters and pay the union rates for wages and benefits; however, ▮ continued to hand-pick its workforce except for the few occasions when they did utilize the OWL for staffing.

    Since the submission of the report, the II recognizes the efforts of Director of Operations Maurice Leary, Local 608 Business Manager John Greaney and Business Agent Brian Hayes in trying to persuade ▮, ▮'s owner to utilize the OWL. Bernard Kane from my office and Scott Danielson, OWL Supervisor interviewed Mr. O'Donnell and the full-time employees of ▮, and impressed upon them the need to comply with the "50-50" staffing requirements prior to our initial submission. Unfortunately, these efforts at persuasion failed. Mr. Thomassen and the Executive Officers of the District Council were kept apprised by the anti-corruption committee and as January 2008 approached it became quite obvious to all that a grievance had to be filed.

      We truly hoped that we would be reporting better news to the court regarding ▇'s compliance with the job-staffing practices. I have attached the January 30, 2008 letter to ▇ from Mr. Sheil and a copy of the grievance filed by Business Agent Hayes. Mr. Torrance was previously apprised of the developments by my office.

                              Respectfully submitted,

                              William P. Callahan
                              Independent Investigator

cc:    AUSA Benjamin Torrance
       Gary Silverman, Esq.

# UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA

## NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS

MICHAEL J. FORDE
Executive Secretary Treasurer

PETER THOMASSEN
President

DENIS SHEIL III
Vice President



INSTITUTED AUGUST 12TH, 1981

395 HUDSON STREET
NEW YORK, N.Y. 10014
PHONE: (212) 366-7500
FAX: (212) 675-3118

Grievant: BRIAN HAYES, LU 0608
Employer:
File No.: 2008-17

## NOTICE OF GRIEVANCE HEARING

Please be advised that the attached Grievance have been filed with the Grievance Committee. Please attend a Grievance Hearing to discuss and attempt to resolve this Grievance on:

Date:   March 11, 2008

Time:   10:30 AM

Place:  District Council for New York City and Vicinity,
        United Brotherhood of Carpenters and Joiners of America, AFL-CIO
        395 Hudson Street, 9th Floor
        New York, NY 10014

## REQUEST FOR DOCUMENTS

The Grievance Committee will also appreciate your providing any supporting documents no later than seven (7) days before the above date. This request for information is being made pursuant to the Labor Management Relations Act of 1947, 29 U.S.C § 158 (a)(5), which requires the Employer to provide relevant information to assist in the adjustment of this Grievance as part of the Employer's obligation to bargain with the District Council in good faith. Failure to comply may result in the filing of an unfair Labor practice charge.

## NOTICE OF ARBITRATION HEARING DATE

If this Grievance is not resolved, you will be served with a Demand for Arbitration and the Arbitration will proceed before the Contract Arbitrator. You will be notified of the scheduled arbitration date.

Thank you for your cooperation.

Sincerely,

Denis Sheil
Grievance Committee Chair
Dated: January 30, 2008



# Grievance

Business Rep: **Brian Hayes**   Local Union: **608**
This Grievance is brought on behalf of: **Local 608**   S.S. #: _____
I was notified of this Grievance on: _____

Nature of Dispute (Check One):
( ) Wage Only (Part V)   ( ) Stamp Only   (✓) Both (See Part V)
( ) Contract Breach   ( ) Tools' Claim (Must Attach Itemized Bill)
( ) Other (Specify in Part IV)

Part II: *Employer's Information*
Employer: _____   Employer's Contract: **Intl. Agreement / B.C.A.**   ( ) G.C. ( ) SUB
Address: _____   City: _____   State: **NY**   Zip: _____
Telephone No.: _____   Facsimile: _____
( ) Employer was notified on: _____
The Employer is (check one): ( ) Independent   (✓) Association member (Specify): **B.C.A.**

Part III: *Grievance History*
Job Site (Address): _____ **N.Y., N.Y.**   Name of Building/Store: _____
Dates of Violation: **7/1/06** to **12/11/06**   Articles/Paragraphs: _____
Name of Job Steward: _____   was notified on: **12/11/07**

| Witness Name | Witness SS # | Address | L.U. | Telephone |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Part IV: *Nature of Claim*
State briefly all facts:: **50/50 was not maintained from 7/1/06 to 12/11/07. Amount to be Determined At Grievance.**

Remedy sought: ( ) wages: $ _____ (___ hours)  ( ) benefits: $ _____ (___ hours)
( ) other: _____
Total: $ _____   show calculation for above: _____

Part V: *Certification:* If this Grievance relates to a Wage Claim, this Part V must be signed by the member claiming Wages before a notary public.

**Brian Hayes**, the Wage Claimant in this Grievance, authorize the District Council to settle this claim on my behalf and certify, under penalties of perjury that the facts set forth in Part IV above relating to my Wage Claim are true and correct to the best of knowledge: _____ Signature

Sworn to me before me on this **3rd** day of **February**, 20**08**

CLAUDIA C. SMITH
Notary Public, State of New York
No. 01SM6030061
Qualified in Kings County
Commission Expires March 6, 2010

Notary Public

Part VI: Grievant's Signature: _____
Date Submitted: **1/3/08**   Business Rep.: **Brian Hayes**   Date: **1/3/08**

Office Use Only: ( ) Received on: _____   By: _____
Grievance Logged (#): **08-17**   ( ) Grievance Hearing Set For: _____
Settled  ( ) Withdrawn  ( ) Dismissed  ( ) Arbitration (Dated): _____

**SERVICE LIST:**

Via Certified Mail No. 70033110000500014173

Via First Class Mail:
BUILDING CONTRACTORS ASSOC.
451 PARK AVENUE SOUTH
NEW YORK, NY 10016
Attn: JOHN O'HARE

Via First Class Mail:
LOCAL 0608
505 8TH AVENUE, 4TH FLOOR
NEW YORK, NY 10018
Attn: BRIAN HAYES