## Office of The Independent Investigator

NYC District Council of Carpenters & Joiners
17 Battery Place, Suite 1226
New York, NY 10004
212-889-3000 / Fax 212-889-3242

William P. Callahan
Independent Investigator

June 26, 2008

Hon. Charles S. Haight, Jr.
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1940
New York, NY 10007

Re: United States v. District Council of Carpenters
     90 Civ. 5722 (CSH)

Dear Judge Haight:

Please find enclosed our periodic reports through June 19, 2008 consisting of:

- Active Major Cases Summaries
- Pie graph detailing number of cases by category up until 06/1908
- Open Case History Summaries
- Index of Open Cases

## Hotline

Since our last report we have received approximately 330 calls to our hotline number. Out of these calls, we have opened 109 cases, which bring our total number of cases to 1041. During this same time period we have closed 82 cases. On May 15, 2008 the hotline logged ACC case #1000, which was a typical anonymous complaint from a member reporting that a contractor doing carpentry work was utilizing non-union employees. A Business Agent was dispatched and provided a report that the job site was non-union.

1

The majority of our new cases opened since February have been a mix of concerns to members ranging from calls about contractors not paying correct wages and benefits; reporting non-union workers and calling jobs into the hotline to report the absence of shop stewards.  One service union in particular has captured what has been carpenters union work at a hotel job site where union carpenters are also working.  One of the reasons for this small but successful infiltration of work may have come about when the UBC pulled out of the AFL-CIO and some of their jurisdiction became fair game for competing unions.  An agreement has been reached limiting this union from organizing any more UBC work; however, it has retained that work it achieved in the interim.

Another trend we have found is that we are receiving calls to the Hotline from workers in other trades and carpenters in locations outside the District Council concerning matters of importance to them.  We log these cases and bring them to the attention of the ACC.  In each and every instance Director of Operations Maurice Leary has taken it upon himself to relay the complaint to the appropriate union.  We believe this trend which we first saw as an anomaly in the past can be attributed to the many corruption hotline stickers given to shop stewards during their certification courses and posted on construction shanties around town.  Indeed, these stickers have become ubiquitous, and workers are utilizing the Hotline as an available remedy for their concerns.

## ACC Interviews

My staff continues to interview about 10 union carpenters a week in association with the Anti-Corruption Committee.  Most of these interviews conclude in a signed, sworn and notarized statement addressing the issues in question.  During this period we have interviewed a union carpenter recently released from federal prison for racketeering offenses; several carpenters from companies on our Investigative Plan; a principle of an alter ego non-union company and many others in matters we choose to investigate with the ACC.

## Depositions/Subpoenas

We continue judicious use of our subpoena power.  A matter that ended up in litigation has been resolved with compliance by the party.

We have not conducted any depositions during this time.

## Charges / grievances against union members and contractors

In this section we would like to discuss three matters of importance.  First                          the fired Local 157                          and former Local 157                          has been charged with violations of the UBC constitution and by laws.  We have mapped out his locations on exhibits; we documented his NY State licensing as an owner of race horses and obtained a listing of dates when horses from his stable ran.  The District Council has utilized their records such as credit card receipts for parking and gas to solidify the evidence we have gathered.  We are prepared to present this evidence at his hearing in "Carpenter" court.

2

In another matter the ACC discussed a member, Brian Dono, presently incarcerated for racketeering charges involving armed home invasions and kidnapping. The District Council has taken steps to remove his skill as a steward and charge him under the UBC constitution and by laws as a danger to the membership.

The last matter is a grievance filed based on a hotline call that _____ was installing offices in a city facility after hours without a steward. The II visited the site; interviewed the _____ foreman; identified a mixed workforce with another signatory company. Armed with this information the II notified the OWL and insured a steward was dispatched for the next day along with another carpenter from the OWL. Later a 608 BA surveyed the site and filed a grievance. Our investigation is continuing. We appreciated the accessibility and flexibility of the OWL Supervisor Scott Danielson and his staff to insure the dispatch for the next day.

### Important Ongoing Investigations

The Local 157 matter continues to be of great importance to the II. The present Local 157 staff has been responsive to every request of the II. They are diligent in visiting IP sites and reporting the results. We continue to see the return of this local to its membership in short order. Supervisor Frank Spencer has set up a schedule of meetings which will lead to the nomination and election of new local officers and the eventual return of the local to its membership. We note that investigators from the Office of Labor Management Standards (OLMS) have opened an investigation into whether the conduct of the business manager and agents that we uncovered was indeed criminal conduct. The District Council is cooperating in that investigation.

Recently business agents discovered carpenters working for a signatory company, _____ with other members dues cards. The Funds are conducting a search of _____ benefit payments to identify those workers whose for whom benefits were paid. Each _____ member is being summoned to the District Council for a photograph ID card and must bring additional proof of their identity. _____ has been placed on IP by the ACC and in the interim all _____ workers must have a photo ID with their present dues card to show the BA during the IP job site visit.

### Other Notes

The District Council is implementing the photographic identification dues card. Equipment has been set up in each local union and the District Council. Members will obtain a photographic identification card for this quarter and will have it renewed upon payment of dues.

I do want to note that for most of this reporting period one of my investigators cut back on his availability to me to attend to a personal matter of importance to him that required his presence out of town.

During our recent teleconference with your honor many of these matters were discussed and a copy of those minutes have been provided to you under separate cover. As always we are in a position to amplify any of these matters at your request.

3

Respectfully submitted,

William P. Callahan
Independent Investigator

cc:  Benjamin Torrance, AUSA, SDNY,
     Kristin L. Vassalo,  AUSA, SDNY,
     Gary Silverman, Esq

# Active Major Cases (Confidential, not for public disclosure)

## L&D
(02) 005-09/14/05 ACC # 22

This matter is both an ACC investigation and a continuing criminal case in US District Court.[1] Shop Steward and Union Delegate Michael (Mickey) Annucci  along with Shop Steward Frank Proscia were indicted in the Southern District of New York- AUSA Lisa Zornberg is assigned.   The II continues discussions with attorneys from L&D and the owner of a possible *alter ego* company regarding the cooperation of their client to submitting to an II deposition.  The II and ACC have interviewed approximately 60 L&D Employees and continue to interview L&D employees concerning this matter. The II and the ACC  obtained signed, sworn statements, and conducted depositions which have been turned over to the prosecution.   Proscia  pleaded to aiding and abetting L&D to defraud the carpenter funds by keeping members off the shop steward reports.   Proscia  submitted his resignation to the District Council from all elected and appointed positions.  **Last reported:** Annucci was convicted after an 8 day trial before Judge Barbara Jones, SDNY; before the end of 2007 L&D made whole its $2 million deficiency to the funds. Annucci and Proscia are awaiting sentence.  After his plea, Proscia was interviewed by the II and the ACC.  Both Proscia and Annucci face union charges.  **New:** Proscia was sentenced by Judge Jones to a combination of confinement and house arrest.  At sentencing the USAO asked our investigators to be prepared to testify to Mr. Proscia's claims of cooperation.  The USAO  thanked t he cooperation of the NYCDCC Anti-Corruption Committee for its assistance.   Annucci has obtained new counsel and his sentencing was postponed to July 16, 2008.

## On Par
(01) 003-10/19/05 ACC # 95

This matter is both an active ACC investigation and a criminal case in US District Court.[2] Owner, James Murray, a fugitive, has been charged in a money laundering indictment and reportedly $15 million in assets have been seized by the government.   The Carpenter Union Funds stands as a victim in this matter.   <u>The Carpenters Union has charged over 100 carpenters </u>for failing their obligation to the union, working off the books and other related offenses.  Subsequently, <u>6 shop stewards and 4 foremen were charged </u>for failing their obligations, allowing the fraud to take place and related charges under the Carpenters constitution based on the II's recommendations to the ACC.  Three of the Shop Stewards charged had their current Shop Steward skills suspended.   A fourth charged shop steward began the process of cooperation by initiating a call to be re-interviewed. This investigation continues to be of major concern to the II and the ACC.   First Readings (the UBC equivalent to a preliminary hearing) were held for those Foremen and Shop Stewards charged by the District Council.   On December 3, 2007 the II issued its report to the court and the parties. The II is assisting the DC in preparing its evidence in the pending matters under their constitution and by-laws.  **New:** The II will follow the matters in "Carpenter" court and provide any assistance required.  We are aware that Judge Haight has taken on as a related case litigation between OnPar and the District Council.

## Javits Center and Trade Show
(10) 001-10/31/05   ACC #93

The II report has been issued and the District Council expects implementation January 2008.  President Thomassen informed the I.I. that the special session of the Executive Board is hearing this matter November 13, 2007. **Last reported:** The transition to the dispatch of certified stewards and workers from the OWL is complete and its implementation has resulted in increased participation of the membership in exhibition work.  It is especially telling in the increase of the number of certified stewards dispatched to exhibition work sites.   **New:**  We continue to see a rise

---

[1] U.S. v. Michael Annucci & Frank Proscia (S2 06 Cr. 982 (BSJ)
[2] U.S. v. James Murray (1:06 Cr. 0443 (KMW-1)

in the number of OWL referrals for stewards and installers.  The DC Trade Show representative is assisting with the supervision of his home local as an acting BA.  There is a concerted plan by the DC to increase its organizing of other exhibition venues.

(01)070-02/12/2007  ACC #568

This matter was initially referred to the II by the Organizing Department when they happened upon ▮ a Union contractor, paying substandard wages on a long string of recent public works jobs, including the Federal courthouse in Brooklyn.  At the onset of this investigation the II noted the strong potential of criminal conduct and referred this matter to the US Department of Labor.  AUSA Lisa Zornberg has been assigned the case by the USAO/SDNY.  The II will continue to investigate the issues which can be remedied under the Consent Decree.  We are working closely with the School Construction Authority on this matter. The II and the ACC have obtained 10 signed, sworn statements from members identifying many other public work projects ▮ completed and their admissions to failing their obligation as a union carpenter by working off the books and accepting pay below contracted wages. One of these members, a shop steward, has had his skill removed on our recommendation.  **Last reported:** We are trying to get a grasp on the extent of prevailing wage work ▮ has carved out for itself often as a sub for union contractors.  **New:** Again this matter has been referred to USDOL-OLR, the SCA initially provided a good bit of information concerning a ▮ entity: however that entity had no relationship with the present company.

(10) 002-10/27/2005 ACC # 97

The II has met with the USAO regarding this matter and has issued letters to the joint venture contractors, ▮▮ for a discussion of a possible remedy.   Neither has complied with our request.  Shop steward ▮ a former local union official and foreman at the site were interviewed. During the early stages of construction, ▮ confirmed his responsibility for the hiring of carpenters at the site and admitted to hiring unskilled new workers for "bull work."  Many of these hires never worked construction before and few lasted long on the job. He admitted having no time for the OWL referrals.  We are conducting interviews which should extend into the fall.  We have completed our review of the transcripts and subpoenaed records and have formulated a plan to complete this investigation.   It was previously reported that the Local 157 matter  interfered with the completion of this investigation.

## School Construction Authority
(18)084-03/20/2007 ACC#604    (18)093-04/10/07 ACC #625

The II and the SCA have initiated several investigations concerning pre-qualification issues which should be of mutual assistance.   Both of these matters have been resolved with the cooperation of the DC.  The DC, the II and the Labor-Management unit visited several sites since the last report.  We met with the Intelligence division staff at the SCA-IG concerning matters and have obtained payroll certifications in the ▮ investigation.  A new ACC case was initiated concerning ▮, a company that is indebted to the Funds and may have reconstituted itself. **Last reported:** New referral to the II by the SCA –IG resulted in the opening of a case involving an organized crime member (See ▮ ).  The ▮ matter was resolved by the ACC and the funds.  **New:** Several small matters were addressed concerning the onset of summer school construction and rehabilitation season.  The Labor Management organization is tasked specifically with assisting the BAs supervise these sites.

(17)066-08/24/06   ACC #441

This is a corruption investigation in which the owner is an officer of an employer group (                    ).  Subpoenas were obtained and served on            but they refused to accept service for           Service was made on the           owner, who proffered at the time of service that           was his brother's company.   The attorneys for                    have requested an extension of time to comply with subpoena. An audit of the company uncovered $1.5 million in cash disbursements from           to           Investigation continues. (This case was predicated on an anonymous call)            has partially complied with the subpoena;            continues to delay, and question the I.I.'s authority to issue  the subpoena . The attorney was advised to follow Rule 45 of the Federal  Rules of Civil Procedure. **Last reported:**  This matter was resolved by the court and the II gave the parties until March 15 to comply. **New:** Parties are in compliance and record review and interviews of workers are on going.


          "Latin Kings"
                              (several case numbers)

This matter was referred to the II by the Organizing Department and at first was closely linked to the initial            investigation.           and its principal,                    are subjects of a criminal investigation in the SDNY- White Plains led by IRS-CID, and as such are bifurcated from our criminal referral concerning           to DOL-OLR.           was originally a non-union company that corrupted union contractors such as                  has now evolved into an anti-union company that has landed a significant job in Manhattan and has staffed the site with an immigrant workforce protected by alleged members of the "Latin Kings."  There is a multi-jurisdictional picket line established across the street, a threat against an organizer by            followed by a complaint against an organizer and several confrontations reported to the precinct by both sides.  We have conducted interviews, photographic surveillance, and have maintained contact with the detective squad in the precinct.   **New:**            and the                    were identified in a NY Times report of black market OSHA certifications.   The II received a hotline call regarding the issue of illicit OSHA cards previously and notified DOL-OLR.  At least one fraudulent OSHA card has been turned over to law enforcement as evidence.   Several workers were fired by            and were signed up by the Organizing department.  Counsel for the union has filed a lawsuit.


## Local 157 Issues
(20)-018-09/26/07   ACC #790

 The II met with the Executive Officers of the District Council and prepared a summary report concerning grievous matters surrounding William Hanley, Business Manager and President and several of the Business Agents assigned to this Manhattan local.  The I.I.  recommended disciplinary action up to dismissal for Business Manager Hanley, and BAs Fred Kennedy,  Daniel DeMorato, and George DiLacio, and  Supervision for the Local.  The Executive Officers promised swift and firm action. As matters progress the I.I. will keep the Court and parties informed.  **Last reported:**  BM Hanley retired; BA Fred Kennedy resigned and now works as a union carpenter; BA George DiLacio was fired and removed from his elected office; BA Daniel DeMorato was suspended and reassigned.  Citing the authority  of the UBC constitution, General President McCarron imposed a trusteeship over Local 157, and appointed Eastern District Vice-President Frank Spencer as supervisor.  The II met with Spencer and provided testimony supported with exhibits and graphs during the trusteeship hearing.  The II and his staff answered questions during the proceeding.  The membership recently was provided a report concerning the supervision which refers to portions of the II investigation and reports which anteceded the trusteeship .  A renewed and informative "official" Local 157 web site has been established.   Notably, during the historically slow construction months of December and January 2324 members were dispatched, shaped or requested from the OWL in Local 157; 342 of those dispatched were Shop Stewards.  During that same time period, the

acting business agents assigned to Local 157 made 471 IP job site visits and reported their results to the II. **New:** The II investigated several new allegations concerning DiLacio, who has been brought up on union charges. DiLacio's attorney indicated that our investigation was aimed at removing him from contention as a candidate for EST. We have found that DiLacio has long operated a stable of horses that ran on tracks in New York and New England while he was a BA. The II has prepared documentation mapping his whereabouts in anticipation of his UBC hearing. The District Council side of the ACC has mapped his gas receipts to bolster our evidence. Our investigators expect to be called as witnesses in the local union charges brought against DiLacio. We note that DOL-Office of Labor Management Standards has assigned an investigator to this matter. A schedule has been posted for returning Local 157 to its membership through election of delegates and local union officials.

(02) -096-10/02/07 ACC # 798    (02) 093—09/09/07  ACC #791

 These companies have a familial relationship between owners and　　　, the former　　of Local 157. We found an alternate payroll paying union carpenters by　　 and then discovered that no BA from Local 157 has visited a site until after the II and the District Council investigator found an unsupervised job-site in late September 2007. District Council records indicate only about 12 jobs were called in 2007. The subpoena served on　　has uncovered an alternate payroll of over $300,000 to date in 2007 with about 25-60 checks being drawn on the account each month. **Last reported:** A forensic audit has begun. Several additional subpoenas have been issued. The II and the forensic auditor (former IRS CID SA Steve Levy) have met concerning the initial results and future plan of action. The II has reviewed phone records previously obtained from the DC regarding former　　　　　　 and has noted frequent call activity between Hanley and numbers associated with　　　　　 Interviews of workers identified on both payrolls have been fruitful. **New:** The II learned that US agents have served subpoenas in this matter, the entities involved have obtained counsel. The II has notified　　 counsel of a possible conflict. My staff has met again with auditor Levy and hope to conclude that portion of the investigation shortly.

(02)-111-01/09/08  ACC# 883

Recently the SCA OIG inquired of the II any information concerning these companies.　　　 a carpenter union signatory is a WBE doing SCA business and is owned by the　　　　　　　 a former Queens carpenter official, who failed to cooperate with IRB Conboy and is no longer a member. A new employee of　　 Paul J. Buckley was recently released from federal prison and is a known associate of the Colombo LCN. Buckley was convicted with others in a RICO indictment in which he was involved with several schemes to defraud the benefit plans of the Operating Engineers in association with Louis Riccardo, known as "Louie Unions". A review of his carpenter union life indicates it began shortly around the time of his Indictment in 2002. The II has advised the USAO, the FBI and DOL OIG of our investigation into　　　　 and Buckley. **New:** Paul Buckley was interviewed and the investigation continues.

## Confidential Investigation
(02)-116-01/23/08    ACC # 899

**Last reported:** Acting on a complaint from the District Council concerning a member, who was offered cash the II opened an investigation. The member is now cooperating with the II and law enforcement and has been authorized to continue to receive cash payments for public works jobs from a signatory company. The member is paid a fixed rate below union scale and the prevailing wage. **New:** This investigation is continuing under the direction of DOL-OLR.

(02)-117-01/24/08   ACC # 900

**Last reported:** Acting on information that several schemes have evolved to underpay members and defraud the funds the ACC placed [ ] on its IP program for BA job site visits.  One member stated that he was paid 20-25 hours per week but was forced to work 35 hours.  Another scheme involves after hours installation of office furniture.   The ownership of [ ] has written a letter that implies legal action for the implementation of the IP visits.  This investigation continues.
**New:**  In addition to the IP visits by Business Agents the II has made several on site investigations based on a series of hot line calls that  nabbed [ ] and identified another possible alter ego company working on public works projects (city offices) at night time erecting corral type office spaces.  This entity appears to capture the work as a WBE-MBE contractor, but [ ] foremen are directing the installation. [ ] obtained counsel who postponed several scheduled audits and now appears to have forbid the funds from conducting any audit.  The II and funds counsel are in close consultation.  The Labor-Management representatives are also attempting to garner evidence concerning the amount of work awarded to these companies.  In an II visit resulting from a hotline call the II found a [ ] foreman directing workers from [ ] at a City office.  The II confronted the foreman, notified the OWL and had a steward and furniture installer dispatched from the OWL.  The BA surveyed the site and drew up a grievance.

# Racketeering matter- Brian Dono
(05)-017-04/14/08   ACC # 976

Brian Dono, a UBC member is incarcerated awaiting trial in a La Cosa Nostra RICO case involving home invasions and kidnapping.  Our office has gathered several statements in the form of steward reports, a letter and other information to forward to the EDNY USAO.  As way of background,  Dono lodged a complaint about a 608 Business agent after Dono was fired for failing to show up for work and perform his steward responsibilities.   It was not known at that time that Dono was so closely associated with the LCN.  In addition to providing the EDNY with these statements, the ACC recommended that his steward skills be removed and that the UBC constitution and by laws be utilized to remove him as a member.  Those steps have been taken.  We are in the process of providing the EDNY with this potential evidence. In a related matter

# District Council Photograph ID Card Initiative

This quarter all members will have their ID strengthened by a photograph on their dues card.  Photographic equipment has been delivered to the Locals and the District Council.  Members will have to provide several forms of identification including a form of photographic identification to obtain their new ID.  Plans call for new cards to be issued each quarter.   This was an initiative long sought by the II and appears to be well received by the membership.

Case 1:90-cv-05722-RMB -THK   Document 1101-20   Filed 10/14/11   Page 10 of 34



# NUMBER OF CASES BY CATEGORY
## 08/26/2005 — 06/19/2008

22 - REFER TO ELECTION COMMITTEE  0

21 - REFERRAL TO LAW ENFORCMENT  3

20 - ALLEGATIONS AGAINST DC

19 - IMPROPER DISCHARGE OF SS

18 - MISCELLANEOUS

17 - MEMBER MISCONDUCT

16 - JOBSITE SAFETY  5

15 - DISCRIMINATION

14 - WORK RULE VIOLATION

13 - COALITION ACTIVITY  1

12 - SS NOT DOING WORK  9

11 - OWL COMPLAINTS/PERSON

10 - OWL COMPLAINTS/GROUP  10

09 - OTHER UNIONS DOING WORK  14

08 - NON-UNION EMPLOYEES

07 - 50/50 RULE VIOLATION  10

06 - NON-UNION JOB SITE

05 - ORGANIZED CRIME

04 - NO SHOP STEWARD

03 - VIOLATING OWL RULES

02 - FAILURE TO PAY SALARY

01 - PAYOFFS  11

23 - MARKET RECOVERY JOB  1

17   38

181

111

14

34

143

122

89

18

**KEY**
NUMBER OF CASES
CATEGORY
92   18 - MISCELLANEOUS

TOTAL CASES - 1035

NYCDC CARPENTERS - INDEPENDENT INVESTIGATOR

# NYCDC -CARPENTER'S HOTLINE

### INDEPENDENT INVESTIGATOR

| | | | Updated 09/19/08 | 73 Open Cases |
|---|---|---|---|---|
| R. Total | Case Number | Member Name/Org | | Location |
| 22 | (02)-005-09/14/05 | Anonymous | | |
| 79 | (01)-003-10/19/05 | Anonymous | | |
| 97 | (10)-002-10/27/05 | WM Case | | |
| 126 | (18)-011-11/15/05 | Anonymous | | |
| 183 | (01)-009-12/28/05 | Confidential | | |
| 203 | (02)-026-01/09/06 | Anonymous | | |
| 349 | (17)-055-05/11/06 | Confidential | | |
| 441 | (17)-066-08/24/06 | Anonymous | | |
| 509 | (18)-070-11/16/06 | Confidential | | |
| 520 | (17)-075-12/07/06 | Anonymous | | |
| 541 | (17)-077-01/11/07 | Confidential | | |
| 544 | (17)-078-01/12/07 | Confidential | | |
| 555 | (18)-074-01/24/07 | Anonymous | | |
| 570 | (18)-078-02/13/07 | Anonymous | | |
| 641 | (02)-076-04/18/07 | Anonymous | | |
| 677 | (02)-081-05/16/07 | Confidential | | |
| 680 | (14)-022-05/24/07 | Anonymous | | |
| 694 | (02)-082-06/13/07 | Anonymous | | |
| 718 | (02)-085-07/17/07 | Anonymous | | |
| 729 | (02)-087-07/25/07 | Anonymous | | |
| 769 | (04)-030-09/06/07 | Anonymous | | |
| 772 | (02)-091-09/06/07 | Confidential | | |
| 798 | (02)-096-10/02/07 | Confidential | | |
| 823 | (02)-098-10/25/07 | Anonymous | | |
| 828 | (02)-100-10/29/07 | Local 926 | | |
| 842 | (20)-021-11/12/07 | Anonymous | | |
| 847 | (02)-103-11/19/07 | Anonymous | | |
| 852 | (02)-104-11/28/07 | Anonymous | | |
| 867 | (20)--023-12/20/97 | Anonymous | | |
| 874 | (06)-102-01/02/08 | Anonymous | | |
| 881 | (08)-129-01/08/07 | Anonymous | | |
| 884 | (05)-016-01/09/08 | Anonymous | | |
| 889 | (02)-112-01/11/08 | Anonymous | | |
| 892 | (18)-150-01/11/08 | DC | | |
| 894 | (02)-114-01/16/08 | Anonymous | | |
| 896 | (02)-115-01/21/08 | Anonymous | | |
| 899 | (02)-116-01/23/08 | Confidential | | |
| 911 | (18)-151-02/06/08 | DC | | |
| 912 | (02)-119-02/07/08 | DC | | |
| 913 | (02)-120-02-07-08 | DC | | |
| 917 | (14)-034-02/08/08 | DC | | |
| 918 | (17)-105-02/11/08 | Anonymous | | |
| 920 | (18)-153-02/13/08 | DC | | |

\* Non-Hotline Call

\# Confidental Considerations

RUNNING TOTAL OF CASES
(OPEN CASES)

1

# NYCDC -Carpenter's Hotline
## Independent Investigator

2

| R. Total | Case Number | Member Name/Org | Contractor / Topic | Location |
|---|---|---|---|---|
| 921 | (18)-154-02/13/08 | Confidential | | |
| 922 | (02)-0121-02/15/08 | DC | | |
| 923 | (02)-0122-02/15/08 | DC | | |
| 933 | (14)-037-03/04/08 | DC | | |
| 943 | (08)-135-03/13/08 | DC | | |
| 944 | (18)-160-03/13/08 | Anonymous | | |
| 945 | (20)-027-03/13/08 | Confidential | | |
| 958 | (11)-032-03/25/08 | Anonymous | | |
| 978 | (18)-167-04/17/08 | Anonymous | | |
| 982 | (14)-043-04/21/08 | Anonymous | | |
| 988 | (02)-128-04/29/08 | Anonymous | | |
| 990 | (18)-169-05/06/08 | Anonymous | | |
| 994 | (14)-048-05/12/08 | Confidential | | |
| 995 | (08)-136-05/12/08 | Anonymous | | |
| 997 | (06)-114-05/14/08 | Anonymous | | |
| 998 | (14)-049-05/14/08 | Anonymous | | |
| 1003 | (18)-170-05/23/08 | Anonymous | | |
| 1004 | (18)-171-05/23/08 | Anonymous | | |
| 1005 | (04)-063-05/23/08 | Anonymous | | |
| 1019 | (14)-051-06/09/08 | Anonymous | | |
| 1021 | (18)-175-06/10/08 | Anonymous | | |
| 1022 | (19)-017-06/10/08 | Confidential | | |
| 1023 | (02)-131-06/11/08 | Anonymous | | |
| 1024 | (04)-066-06/11/08 | Anonymous | | |
| 1025 | (18)-176-06/12/08 | Anonymous | | |
| 1026 | (02)-132-06/13/08 | Anonymous | | |
| 1028 | (18)-177-06/16/08 | Confidential | | |
| 1029 | (18)-178-06/16/08 | Anonymous | | |
| 1033 | (09)-014-06/17/08 | Anonymous | | |
| 1035 | (08)-140-06/18/08 | Anonymous | | |

* Non-Hotline Call

# Confidental Considerations

## Running Total of Cases
## (open cases)

# NYCDC – CARPENTERS UNION
## INDEPENDENT INVESTIGATOR
### OPEN CASE HISTORY

| Case #: | (02)-005-09/14/05 | | |
|---|---|---|---|
| **Running Total** | 22 | | |
| **Location:** | 11 Madison | | |
| **Contractor** | L&D | | |
| **SS:** | Michael Anucci Sr. | | |
| **FM:** | | | |
| **BA:** | Ted Kennedy(?) | | |
| **Complaint:** | Caller states that Mike Annuci Sr. is the steward at 11 Madison and is never on the job. He is doing constant cash pay outs, even for overtime work and weekend work. Caller believes that many workers are paid below there salary scale | | |

| Case #: | (01)-003-10/19/05 | | |
|---|---|---|---|
| **Running Total** | 79 | | |
| **Location:** | 69th St btw York + 1st | | |
| **Contractor** | On Par | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | SS is taking cash and is paying carpenters off the books. He is not keeping records of workers. There is about 3 workers on the book and 4 off the books. SS is tipped off and knows when BA are coming (On Par job) | | |

| Case #: | (10)-002-10/27/05 | | |
|---|---|---|---|
| **Running Total** | 97 | | |
| **Location:** | | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | WM transition letter | | |

| Case #: | **(18)-011-11/17/05** |
|---|---|
| **Running Total** | 126 |
| **Location:** | |
| **Contractor** | |
| **SS:** | |
| **FM:** | |
| **BA:** | |
| **Complaint:** | Local 157 received an intent to hire letter from ___ Member ___ wanted to join the local, but in the letter it says he has been working as a carpenter for a year |

| Case #: | **(01)-009-12/28/05** |
|---|---|
| **Running Total** | 183 |
| **Location:** | |
| **Contractor** | |
| **SS:** | |
| **FM:** | |
| **BA:** | |
| **Complaint:** | ___ (ubc# ___ ) stating that he was asked by ___ to work one day off the books every week. ___ responded no. Company responded "why cant you be like everyone else." There is no SS present and the carpenters are working under and International agreement. |

| Case #: | **(02)-026-01/09/06** |
|---|---|
| **Running Total** | 203 |
| **Location:** | |
| **Contractor** | |
| **SS:** | |
| **FM:** | |
| **BA:** | |
| **Complaint:** | Members are working for cash |

| Case #: | (17)-055-05/11/06 | | |
|---|---|---|---|
| **Running Total** | 349 | | |
| **Location:** | | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | went L. 157 to tell BA's he received cash from . BA's went to jobsite. FM and SS said that no one has gotten cash payments. BA's carded workers and took their cards. Workers have to bring pay stubs to Hall to get UBC cards back | | |

| Case #: | (17)-066-08/24/06 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 441 | | |
| **Location:** | Multiple | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Anonymous caller alleges that gives money to another contractor, who then pays the carpenters in cash at jobsites throughout NYC that do not have a SS.. Caller also states that the owner, , is on the board of | | |

| Case #: | (18)-070-11/16/06 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 509 | | |
| **Location:** | | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Anonymous caller called hotline RE: names of FM who have worked for They include Caller further states that he asked how they ran the job for and he said they paid regular time on the books and paid the overtime in cash | | |

| Case #: | (17)-075-12/07/06 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 520 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | C/I states that a Black female SS may be on the take working for a union contractor at 4 NY Plaza. Note: C/I we be in on 12/21/06 for interview | | | |

| Case #: | (17)-077-01/11/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 541 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Call from _____ 157. He was notified by _____ (L-20 UBC# _____ , a shop steward who was working on a site at _____ reported to _____ that he is no longer working at this site (left on 1-5-07) but that the foreman _____ L-608 UBC# _____ was asking for $50 per man to work on Saturdays.  He said there were 4-5 carps working at this site and did not know if any accepted the offer. Need to pull the SS reports for this job site and to bring in _____ initially to confirm the report and then decide best course of action. | | | |

| Case #: | (17)-078-01/12/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 544 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | _____ owner of _____ /carpenter, called hotline stating that _____ , a carpenter who was working for _____ and fired a year ago, went to 608 to file a bogus claim against _____ which lead to a grievance that is being settled presently. _____ states that _____ filed the grievance and immediately sent _____ to a new jobsite, without using the OWL (jobsite was _____ , and the contractor was _____ ) | | | |

| Case #: | (18)-074-01/24/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 555 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | Brian Hayes | | | |
| **Complaint:** | the DC received info from an anonymous source that 2 ___ workers that recently join Local 157 with a letter of intent from ___ were told they would have to give up their first vacation check to the Fm of the jobsite as pay-off for getting them into the union. According to DC, the check has not been handed over yet. [The identity of the members is not known at this moment] | | | |

| Case #: | (18)-078-02/13/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 570 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | An old ACC Complaint/Audit that is being re-opened. | | | |

| Case #: | (17)-083-03/14/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 600 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Anonymous caller states to talk to ___ , he paid ___ $1000 working for ___ | | | |

| Case #: | (02)-076-04/19/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 641 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | called the DC stating the SS on the jobsite had worked 2 hours of overtime last week. When they received there paycheck, this date, there was wages/benefits for 35 hours, and $80 in cash. The SS asked the FM why there was cash, and his excuse was that "they have a new book keeper".                 states that there are only 4 guys on the jobsite, but Mo Leary thinks that there are 12. | | | |

| Case #: | (02)-081-05/16/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 677 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | DC called stating that                , worked for said company for a year and did not get paid correctly. (         states that he is no longer on the job site) He spoke to         about how he is getting calls from the FM of the job threatening to kill him. | | | |

| Case #: | (14)-022-05/24/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 680 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | called the DC to report that the SS on site,          was asked to work for cash by the owner last Saturday (5/19/07). | | | |

| Case #: | (02)-082-06/13/07 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 694 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | called the DC, he states that said company might be paying cash. Company is currently on the shut down list, but may be working under | | | |

| Case #: | (02)-085-07/17/07 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 718 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | See memo  from 926 - company is not paying union wages and benefits consistently | | | |

| Case #: | (02)-087-07/25/07 | | IP Plan? | Y |
|---|---|---|---|---|
| Running Total | 729 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Arbitration Award | | | |

| Case #: | (04)-030-09/06/07 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 769 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | 8 guys working with no SS | | | |

| Case #: | (02)-091-09/06/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 772 | | | |
| **Location:** | All | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Caller states that said contractor is offering to pay a few employees $3/hour more on their salary if they choose not to receive benefits from the company. The men offered this deal were: _____. Caller also states that they have non-union guys on their job. There name are: _____. Caller states that these non-union guys want to join the union, but the company won't let them. | | | |

| Case #: | (02)-096-10/02/07 | | IP Plan? | Y |
|---|---|---|---|---|
| **Running Total** | 798 | | | |
| **Location:** | ALL | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | **CONFIDENTIAL** | | | |

| Case #: | (102)-098-10/25/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 823 | | | |
| **Location:** | N/A | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Caller states he wants to join the union, States he has been working for _____ for 10 years. Caller will be at Local on Fri 10/26 | | | |

| Case #: | (06)-097-10/29/07 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 828 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Letter from Local 926. Potential double breasting situation between _____ and _____. The associated name on record for _____. _____ is also the owner of a signatory contractor, _____ | | | |

| Case #: | (20)-021-11/12/07 | IP Plan? | |
|---|---|---|---|
| Running Total | 842 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | CONFIDENTIAL | | |

| Case #: | (02)-103-11/19/07 | IP Plan? | |
|---|---|---|---|
| Running Total | 847 | | |
| Location: | N/A | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Caller was working for ⬚, but was being paid by an alternate payroll (⬚). See Case #823 | | |

| Case #: | (02)-104-11/28/07 | IP Plan? | |
|---|---|---|---|
| Running Total | 852 | | |
| Location: | ALL | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | See letter from Funds regarding ⬚ | | |

| Case #: | (20)-023-12/20/07 | IP Plan? | |
|---|---|---|---|
| Running Total | 867 | | |
| Location: | N/A | | |
| Contractor | N/A | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | **CONFIDENTIAL** | | |

| Case #: | (06)-102-01/02/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 874 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | called the hotline to report a non-union site that is being run by vanguard. | | | |

| Case #: | (08)-129-01/07/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 881 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Caller states that _____ has a steady crew of about 4 member carpenters working w/o a shop steward alongside a crew of non-union workers from a group called "_____".  They are doing a floor rip-up and will be installing the computer room floors for a very large area and then will do the ceilings and finishing work on this very large job.<br><br>Caller states the owner is _____  Says that the four carpenters are well aware they're violating the union rules but if anyone complains he's gone -- the work is too steady and reliable for anyone to complain.  He further stated that benefits are being paid for the four but didn't know what the pay scale was.  He claims there's no cross-checking by the union when benefits are paid in on a carpenter's account. _____ has stated that in the past so they feel they can't be caught because there's no dispatch paper work or a steward present and if everybody keeps their mouth shut nobody finds out. | | | |

| Case #: | (05)-016-01/08/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 884 | | |
| Location: | N/A | | |
| Contractor | N/A | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Case is being opened to investigate the racketeering activities of Paul Buckley. | | |

| Case #: | (02)-112-01/11/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 889 | | |
| Location: | All | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Anonymous caller states the       paying guys in cash as well as not paying any benefits. | | |

| Case #: | (18)-150-01/11/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 892 | | |
| Location: | All | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: |      (no longer up) owes the DC a lot of money. Information has been found that     is doing work under the non-union entity       . There may be possible OC ties with | | |

| Case #: | (02)-114-01/16/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 894 | | |
| Location: | N/A | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | C/I states that the owner of       as him to work for cash for overtime. Caller did not accept and feels he was laid off because of it. | | |

| Case #: | (02)-115-01/21/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 896 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Anonymous caller believes that            (      ) may be working off the books for          . Caller states that he is a company man and is often moved between job site. | | | |

| Case #: | (02)-116-01/23/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 899 | | | |
| Location: | N/A | | | |
| Contractor | N/A | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Caller states that he worked for a contractor on Sunday (1/20/08) for 12 hours. He states that owner refuses to pay him the double-time rate that is required for Sunday work. caller is irate | | | |

| Case #: | (18)-181-02/06/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 911 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | See memo from L. 157 - BA     received call from SS at        .Caller states that work was done at night at      by a non-union company called     (did not know the rest of the name). Upon further investigation     finds that company is      . He sees a truck with that name and talks to the driver who says he is working for           , a company owned by a former owner of     When he called        they said that they do not do any non-union carpentry and any carpentry work they get is through      ,   only does the deliveries. All three companies have same address and phone number | | | |

| Case #: | (02)-119-02/07/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 912 | | | |
| **Location:** | N/A | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Call from DC.  - Members possibly not getting paid correctly on Job sites. | | | |

| Case #: | (02)-120-02/07/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 913 | | | |
| **Location:** | N/A | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Call from DC.  - Members possibly not getting paid correctly on Job sites. | | | |

| Case #: | (14)-034-02/08/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 917 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Case being opened based on        Memo - No SS on site for over a month. Company failed to call in the job. | | | |

| Case #: | (17)-105-02/11/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 918 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Anonymous caller states that there is something fishy going on at said jobsite. The FM of the job tells the carpenter to only come certain days. Caller states that there maybe be something going on with the SS and the Company. | | | |

| Case #: | (18)-153-02/13/08 | | IP Plan? | Y |
|---|---|---|---|---|
| Running Total | 920 | | | |
| Location: | N/A | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Case is being opened in regards to a possible relationship between and | | | |

| Case #: | (18)-154-02/13/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 921 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | C/I states that he was laid off from the jobs yesterday, and feel it is discrimination. He states that the company laid him off because he was not a ceiling man and is unproductive. Caller further states that the company is "anti-union" and does not like hall men on his jobs. | | | |

| Case #: | (02)-121-02/15/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 922 | | | |
| Location: | N/A | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Referral from funds to open investigation into | | | |

| Case #: | (02)-122-02/15/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 923 | | | |
| Location: | N/A | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Referral from funds to open investigation into | | | |

| Case #: | (14)-037-03/04/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 933 | | |
| Location: | All | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | A Case is being opened based on a letter from a 1456 member regarding a contractor who is using both union and non-union guys and not paying correct benefits. | | |

| Case #: | (08)-135-03/13/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 943 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Case is being opened based on a memo from _____ Regarding _____ and their use of non-union employees. See Memo | | |

| Case #: | (18)-160-03/13/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 944 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Anonymous caller states that the Owner of _____ is good friends with BA _____ . Caller alleges that _____ allowed a worker, _____ , to get a full book although he never went to carpenter school and has no experience. Caller further states that he works 4 days a week and gets paid for 5, as well as works OT on Saturdays | | |

| Case #: | (20)-027-03/13/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 945 | | |
| Location: | N/A | | |
| Contractor | N/A | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Confidential Investigation | | |

| Case #: | (11)-032-03/25/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 958 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Anonymous caller states to look into the referral of                          to a                              site on | | |

| Case #: | (18)-167-04/17/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 978 | | |
| Location: | N/A | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | A case is being opened based on a memo from Gary Silverman to proceed with an audit on | | |

| Case #: | (14)-043-04/21/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 982 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | John Greaney | | |
| Complaint: | Anonymous caller states that there is no SS on jobsite (says that there were some in the past, but they left for various reasons). He further states that the contractor is not paying for OT work (caller states that if you don't work 40 hours a week, the owner asks you to work on sat for straight time, rather than OT) Caller states that the checks are always wrong and take a long time to fix. He states that that the super + owner are very intimidating guys to the carpenters and often start fights (caller states cops were called once). Caller further states that Laborers are doing carpentry work and that the FM is not getting FM pay, but rather carpenter pay. Caller finally states that there are unsafe working conditions on the jobsite. | | |

| Case #: | (14)-044-04/23/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 984 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Anonymous caller states that ███ called ███████ to ask them to hire Local 45 guys to work ███████. Caller further states that ████████ called ████████ to ask them to hire Local 45 guys to work at ████████ | | | |

| Case #: | (02)-128-04/29/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 988 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | 2 callers called stating that they are getting paid cash $20/22 per hour by ████████ | | | |

| Case #: | (18)-169-05/06/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 990 | | | |
| Location: | All | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Memo from funds : Member is paying benefits for himself | | | |

| Case #: | (14)-048-05/12/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 994 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | Caller states that he is working for _____ (signatory) but when he gets paid it is from a different company, _____ (non-signatory). Caller further states that the contractor has not paid any benefits since the end of March '08. Caller states that when he filed a stamp shortage report, the DC refused to allow the benefits credited to his name because they came from a non-signatory contractor. Caller also states that _____ is using non-union employees. [Note: Company is doing SCA work] | | | |

| Case #: | (14)-047-05/12/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 995 | | | |
| Location: | | | | |
| Contractor | | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | | | | |
| Complaint: | On 5/5/08 at _____ the SS for _____ carded a member working for _____ and his card name was _____. On 5/6/08 another carpenter showed up for work and showed the SS the same card with the same name ( _____ ). When the SS asked for a second piece of ID, the worker walked to get it and then proceeded to leave the building. On 5/7/08 _____ said that he lost his card and someone might have picked it up. SS was not able to get the second persons name. | | | |

| Case #: | (06)-114-05/14/08 | | IP Plan? | |
|---|---|---|---|---|
| Running Total | 997 | | | |
| Location: | | | | |
| Contractor | N/A | | | |
| SS: | | | | |
| FM: | | | | |
| BA: | John Greaney | | | |
| Complaint: | Anonymous caller states that there is a non union jobsite at said location. Caller states that the office name is _____ | | | |

| Case #: | (14)-049-05/14/08 | IP Plan? | Y |
|---|---|---|---|
| Running Total | 998 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | BA _____ caught six guys working for _____ who did not call the job into the DC. See memo form _____ | | |

| Case #: | (18)-170-05/23/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 1003 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | 2 guys on site produced bogus cards (same cards) - _____ _____ has no hours since 2000. | | |

| Case #: | (18)-171-05/23/08 | IP Plan? | Y |
|---|---|---|---|
| Running Total | 1004 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Confidential | | |

| Case #: | (14)-051-06/09/08 | IP Plan? | |
|---|---|---|---|
| Running Total | 1019 | | |
| Location: | | | |
| Contractor | | | |
| SS: | | | |
| FM: | | | |
| BA: | | | |
| Complaint: | Anonymous caller states that there is a union carpenter on site working 5 days and only getting paid for 4. Caller further states that there is a non-union guy in the crew as well. | | |

| Case #: | (18)-174-06/10/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 1020 | | | |
| **Location:** | N/A | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Caller states that he was hurt on the job on 4/28/08 and the company refused to give him their insurance contact information. | | | |

| Case #: | (18)-175-06/10/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 1021 | | | |
| **Location:** | | | | |
| **Contractor** | N/A | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Anonymous caller states that he overheard union member say that carpenters were selling 10 & 30 hour OSHA cards up in the Bronx/Yonkers. | | | |

| Case #: | (19)-017-06/10/08 | | IP Plan? | |
|---|---|---|---|---|
| **Running Total** | 1022 | | | |
| **Location:** | | | | |
| **Contractor** | | | | |
| **SS:** | | | | |
| **FM:** | | | | |
| **BA:** | | | | |
| **Complaint:** | Caller state that he was being harassed by _____ owner of _____, after he had mentioned to him that a few of the workers will not getting their correct benefits. He was laid off from the job on 6/6/08. To his knowledge no "meeting of the minds" ever took place on the site. He further states that 2 guys showed up to the jobsite on 6/6/08 who did not come from the OWL nor did they shape the job. The 2 guys are _____. Caller states that _____ knows about this situation and is ok to contact him to discuss. | | | |

| Case #: | (02)-131-06/11/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1023 | | |
| **Location:** | | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Anonymous caller states that these two said jobsite were not called into the DC because they are paying their workers $25 / hour with no benefits. | | |

| Case #: | (04)-066-06/11/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1024 | | |
| **Location:** | | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Anonymous caller states that there is no SS on site. | | |

| Case #: | (18)-176-06/12/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1025 | | |
| **Location:** | N/A | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Case is being opened for the investigation of | | |

| Case #: | (02)-132-06/13/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1026 | | |
| **Location:** | | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Two workers, one LU 11 and one from Connecticut are not getting correct benefits. | | |

| Case #: | (18)-177-06/16/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1028 | | |
| **Location:** | | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Caller, whose is the SS on site, states that he was being harassed by the FM of the job so much that he had to quit the jobsite. He further states that he heard the company say that thy had 2 guys working on Saturday (6/14/08) with no SS. He also states the BA            changed the SS reports to reflect a 50-50 match. | | |

| Case #: | (18)-178-06/16/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1029 | | |
| **Location:** | N/A | | |
| **Contractor** | | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Report from DC - a guy comes into Local 608 to sign up with the union. Guy produced a bogus identification card. BA            gets the guy to tell him that the ID is bogus and that he has been working for                  (signatory) off the books with no benefits. | | |

| Case #: | (09)-014-06/17/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1033 | | |
| **Location:** | | | |
| **Contractor** | N/A | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Anonymous caller states that the cabinets that are to be installed on the jobsite do not have union stickers on them. Also caller states that other trades, Laborers & plumbers, are doing carpentry work on site. | | |

| Case #: | (08)-140-06/18/08 | IP Plan? | |
|---|---|---|---|
| **Running Total** | 1035 | | |
| **Location:** | | | |
| **Contractor** | N/A | | |
| **SS:** | | | |
| **FM:** | | | |
| **BA:** | | | |
| **Complaint:** | Anonymous caller states that the contractors in the building are using non-union guys. | | |