LAW OFFICES OF

## DOAR RIECK & MACK

JOHN DOAR - OF COUNSEL
JOHN JACOB RIECK, JR.
WALTER MACK

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA

ASTOR BUILDING
(212) 619-3730

7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com

**CONFIDENTIAL: NOT FOR PUBLIC FILING**

<u>**BY HAND**</u>

October 20, 2005

Hon. Charles S. Haight, Jr.
United States Senior District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: <u>United States of America v. District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, et al.</u>  90 Civ. 5722 (CSH) (USDC - S.D.N.Y.); Anti-Corruption Telephone Hotline

Dear Judge Haight:

    Enclosed is the first of my transition memoranda. This memorandum concerns the Anti-Corruption Telephone Hotline during the period of my stewardship of its operations. It is also designed to provide my views on the identity of those matters which may profit from further consideration by the Court's Independent Investigator.

    Of course, I stand ready to provide the Court and its Independent Investigator with whatever information or assistance requested.

    Thank you for your consideration.

                              Respectfully,

                              Walter Mack

Enclosures
cc:   William Callahan, Independent Investigator. (By Hand; w/enclosures)
       Gary Rothman, Esq.  (By Hand; w/enclosures)
       AUSA Ed Scarvalone (By Hand;w/enclosures

**CONFIDENTIAL - NOT FOR PUBLIC FILING**
**PENDING COURT REVIEW**

**TRANSITION MEMORANDUM**

TO:     Hon. Charles S. Haight, Jr., Senior United States District Judge

CC:     William Callahan, Independent Investigator
        Gary Rothman, Esq., District Council of Carpenters
        Edward Scarvalone, Assistant United States Attorney

FROM:   Walter Mack  WM

DATE:   October 19, 2005

RE:     Telephone Hotline

---

I assumed responsibility for the District Council of Carpenters' Anti-Corruption Hotline on January 28, 2003 and transferred its care to Independent Investigator William Callahan on August 26, 2005.

During that period the Hotline Minders logged over 3165 telephone calls.[1] A monthly breakdown of the number of Hotline calls received is appended as Exhibit 1. From this number, 1757 specific case files were transmitted to the District Council for investigative action and report.[2]

Of the 1757 case files, 313 cases were closed with my approval and consent. Thus on my watch, 1444 cases remain open.[3]

---

[1] The total number of calls received was 3627 but 462 of these were wrong numbers. The 3165 Hotline calls do not include direct calls made to members of our Independent Investigator Team.

[2] The difference between total calls and case file calls is occasioned by call categories which include administrative follow-up requests, caller venting, Hotline procedure explanations, current events comments, requests for report copies and fully confidential calls.

[3] For reasons of its own, the District Council has declined to provide further information to me of case developments since my termination. Thus it is possible that developments by District Council fact-gatherers during September and October, 2005 could have some impact on my conclusions expressed herein. My expectation, perhaps conjecture, is that if there exists an impact, it is minimal.

Our team's review of the 1444 cases has led me to conclude that 388 can be closed without further review because of staleness or comparative inconsequence.

This leaves 1056 cases which, in my opinion, deserve some further evaluation by Independent Investigator Bill Callahan before closing. It should be noted that of this number, we received no information or response of any kind from the District Council regarding 361 separate cases.

I have taken the liberty of denoting, in red, those cases which deserve in my view prompt focused attention, in blue, those cases which should be given careful review before closing, and, finally, in black, those cases where in my opinion, follow-up of some kind is needed before closing. My own opinion on the remainder is that they could be closed or not depending on the determination of my successor. These 1056 cases with a brief description of each is appended as Exhibit 2.

I stand ready to respond to questions.
My other Transition Memoranda are in preparation.