```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2012
```

Veronica Session
123 E 39th Street
Brooklyn, NY 11203
(718) 812-2870
veronicasession@yahoo.com

**MEMO ENDORSED** p.2



August 28, 2012

Honorable Richard M. Berman
United States District Judge
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    United States v. District Council of New York City of the United Brotherhood of Carpenters and Joiners of America, et. al. (Index No. 90 Civ. 5722)(CSH)

Dear Judge Berman:

I am writing on behalf of myself and the many rank and file members of the District Council. These members request your intervention over several matters of concern. As a long time member and a shop steward for about 13years I have firsthand knowledge of the many trials and barriers to a corruption free union. One that has fair means for the members to get training, procure work and receive all the benefits and protection that the union purports and is within our rights as members. Corruption has been rampant for many, many years, even after and under our Consent Decree. It is deeply engrained and the roots still run deep. Those who have crippled our democracy have not all been discovered let alone face any repercussions. In fact we continue to see them receive promotions, and positions that are detrimental to the member's welfare. There are problems with individuals as well as policy and procedure as of today. There is so much more than I can say in this letter about many things regarding these issues and others but time is a factor. I pray that you heed this and others warning. And I hope you give us the chance to speak to you. I treasure the opportunity to elaborate on anything you may wish.

(1)To give any contractor less more the biggest contractors the ability to have" Full Mobility" in their contract there by giving them the right to hire only their own company people will be catastrophic to our union. They have already been given the right to have 67 percent of their company people in the last contract. This has eroded the strength of our union. Indeed "Full Mobility" is taking the union and brotherhood out of us. This is anti-union. We will have the majority of members paying dues to support a union and company people that do not support them. We cannot give contractors the right to only have their company people. The whole idea is unfathomable to me. Where will the women, minority and older members fit in? As usual at the bottom of a dry well. How will the average apprentice get documented training? This has been highly problematic in the past. They can't learn progress, earn their required hours, or possibly be a company person. How will mechanics get a fair chance at work or

how can anyone who has been known to be a pro union member get work after speaking out about or against unfair practices or certain individuals. I continue to have major problems with contractors/forman's continually disregard our contract (even after acknowledging their wrong), have Labors do work we should, force their company people in particular to do things they should not, bring in things/tools that they should not and harass, intimidate and threaten shop stewards as well. I'm just going around in circles and not getting assistance while nothing happens to the company. Their has always been safety issues too. Any and all problems will be magnified and driven further underground. Corruption will grow not cease. There will never be enough or adequate oversight of this. Contractors will be highly motivated to suppress any manner in which the wrong doing may get out. But it will be happening. Members have to be given consideration as to the contract and should have a vote on all of them. It is the function of a union to give its members a fair shake at a career, health coverage benefits and retirement. Should only the company people deserve a decent living, hours to meet the requirements for medical benefits and pension credits, to be able to send their kids to college? Clearly "Full Mobility will leave a negative legacy for any non-company person. Which will be the vast majority of the members.

(2)The changing of the Out-of-Work List from 25days to 3 jobs commencing August 13, 2012 is a move that I believe should have been discussed thoroughly with the members. I have not spoken to any who believe this is a better idea. We believe it will work more negatively against us and will exacerbate the problem even more with the "Full Mobility". If you get 3 jobs under 25days you go to the bottom of the list that can easily have you waiting for 6months. Although I am not pleased with the prior system, I do not believe this is the answer. There needs to be a type of furlough system implemented for the Carpenters similar to what the Electricians of Local 3 has that helps distribute the work more fairly.

(3) The finding by the Arbitrator that the" Most Favored Nation" clause was triggered by a contract signed days after the indictments of union officials in 2009 by an individual that to my understanding Review Officer Mr. Walsh has determined to lack the authority binding the District Council of Carpenters. I pray and believe you will find that Arbitrators decision in error. We cannot be bound by those with no authority to do so.

I ask that you intervene where we the members cannot. We are fighting for a true union. There are so many obvious and less glaring consequences with the issues I spoke on here. To ignore them will be to further corrupt the union giving the contractors, officers and union more ways to effectively cheat, scam and fraud sealing our fate. We cannot set up a system of the "have "and "have not's". I pray that your wisdom and common sense prevails for us.

Sincerely,

*Veronica Session*

Veronica Session
Carpenter Local 926

> The RO, Mr. Walsh, is requested to respond by 9/11/2012.
>
> SO ORDERED:
> Date: 9/4/2012
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.