590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



Glen G. McGorty
(212) 895-4246
GMcGorty@crowell.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/17

July 19, 2017

**BY HAND**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: **United States v. District Council of the
United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

  As Independent Monitor ("IM") for the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council") and pursuant to Section 7(D) of the District Council's Bylaws, I am writing to request the Court's approval of the District Council's revised Election Rules, a copy of which is attached hereto as Exhibit A, in advance of the upcoming officer election that is scheduled to begin on August 1, 2017.

  As background, the District Council membership elected its current officers – which include the Executive-Secretary Treasurer, President, Vice-President, Warden, Conductor, and three (3) Trustees – in 2014 for three (3) year terms that are set to expire at the end of this calendar year. Each Officer position is subject to reelection in 2017 and the revised Election Rules discussed below.

  In accordance with Section 5.j.vi of the 2016 Stipulation and Order, I have assessed the 2014 Election Rules and proposed changes to those rules based upon consultation and recommendation of the District Council. The revised Election Rules were published to the District Council membership on the District Council's website on June 16, 2017 for a two-week

Honorable Victor Marrero
July 19, 2017
Page 2

comment period that ended on June 30, 2017. I received no comments on the revised Election Rules. I now request the Court's approval of the revised Election Rules.[1]

For the Court's convenience, the revisions at issue include: date modifications to reflect the 2017 calendar; removal of the requirement previously in Section One, part 3 that candidates submit to the IM a written essay of not less than 500 words on matters relevant to the District Council; removal of Section Three, part 5.c, which required IM approval of the District Council's procedures regarding the production and distribution of campaign literature[2]; transferring to the District Council certain functions previously left to the local unions, such as notifying the IM of the dates of local union meetings as required in Section One, part 3; removal of a provision of Section One, part 3, which previously fixed a specific date by which all local unions must complete their local delegate elections; generally updating the Election Rules, including the introductory language in Section One, to reflect my appointment as IM; and other minor changes.

The revised election schedule is located in Section One, part 3 on the first two pages of the Election Rules.

Respectfully submitted,

Glen G. McGorty
Independent Monitor

Encl.

cc:   **VIA E-MAIL**

      AUSA Benjamin Torrance
      United States Attorney's Office
      Southern District of New York
      86 Chambers Street, 3rd Floor
      New York, NY 10007

---

[1] *See* Docket Nos. 1542 and 1543, for the Review Officer's letter, dated June 30, 2014, requesting approval of the District Council's election rules for the 2014 officer election cycle and the Court's Order, dated July 7, 2014, granting the requested approval.

[2] Pursuant to Section 3, part 5.b, of the Election Rules, the IM retains the right to approve the commercial mailing service arranged by the District Council.

Honorable Victor Marrero
July 19, 2017
Page 3

      James M. Murphy, Esq.
      Spivak Lipton LLP
      1700 Broadway
      New York, NY 10019

      Barbara S. Jones, Esq.
      Bracewell LLP
      1251 Avenue of the Americas 49th Floor
      New York, NY 10020-1100

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _The Independent Monitor_.
>
> **SO ORDERED.**
>
> 7-20-17
> DATE     VICTOR MARRERO, U.S.D.J.