# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 17 2017
```

90 civ 5722 (1780)

__United States__
(List the full name(s) of the plaintiff(s)/petitioner(s).)

90 cv 5722 )(1780)

-against-

**NOTICE OF APPEAL**

__District Council__

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: __Patrick Nee__

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: __9/29/2017__
(date that judgment or order was entered on docket)

that: __Order that District Council conformed with Bylaw Amendment Process__
(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated: 10/17/17

Signature: [signed]

Name (Last, First, MI): __Patrick J__

Address: __6818 52nd Dr__   City: __Maspeth__   State: __NY__   Zip Code: __11378__

Telephone Number: __718 593 6414__

E-mail Address (if available): __PatJNee@yahoo.com__

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13



```
Court Name: District Court
Division: 1
Receipt Number: 465401192903
Cashier ID: Laquino
Transaction Date: 10/17/2017
Payer Name: Patrick Lee

NOTICE OF APPEAL/DOCKETING FEE
 For: Patrick Lee
 Amount:         $505.00

CREDIT CARD
 Amt Tendered:   $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

appeal
```

465401192903