**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 28, 2018

By fax: 212.805.6382

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/18

Re: *United States v. District Council of Carpenters*, 90 Civ. 5722 (VM)

Dear Judge Marrero,

    This Office represents the government in the above-named matter. We write respectfully in response to the Court's memo-endorsement of a January 22, 2018, letter on behalf of three candidates in the recently passed District Council of Carpenters election.[1]

    The government agrees with the Independent Monitor, as stated in his letter filed today, as to the standard of review before this Court. Moreover, the government agrees that the actions described by the Independent Monitor easily satisfy that standard. Accordingly, the candidates' appeal to this Court should be denied.

    Thank you for your consideration. We respectfully request that this letter be docketed.

Respectfully,

ROBERT KHUZAMI
Acting United States Attorney

By: _____
Benjamin H. Torrance
Assistant United States Attorney
(212) 637-2703

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *the Government*.

SO ORDERED.

3-5-18
DATE

VICTOR MARRERO, U.S.D.J.

cc: James Murphy, Esq. (by email)
    Glen McGorty, Esq. (by email)
    Thomas Gearon, Esq. (by email and mail)

---

[1] The January 22, 2018, letter to the Court was not provided to the government by the candidates' counsel, and the government was unaware of it until the Court's memo-endorsed copy was filed on the docket. The government objects to the filing of any motions without service on the parties in accordance with Fed. R. Civ. P. 5.