UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

              Plaintiff,

    v.

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, et al.,

              Defendants.
------------------------------------------------------------- x

90 Civ. 5722 (RMB)

**Stipulation and Order Regarding Interim Extension of the Independent Monitor's Term**

      Upon the consent of the United States, the District Council of Carpenters, and the Benefit Funds, it is hereby ORDERED that the term of the Independent Monitor, as provided in the Stipulation and Order Regarding Extension of the Independent Monitor's Term entered on April 24, 2017 [ECF No. 1757], is hereby extended until and through May 31, 2018.

      SO ORDERED.

Dated:    New York, New York
            April 19, 2018

                                              Victor Marrero, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/18
```