**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 20, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/18
```

By fax

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. District Council of Carpenters*, 90 Civ. 5722 (VM)

Dear Judge Marrero,

    This Office represents the government in the above-named matter. We write respectfully to request that the Court enter the attached order, granting the Independent Monitor a second one-month interim extension of his term. As the Court is aware, under the stipulation and order entered April 24, 2017 (ECF No. 1757), then extended by an order of March 28, 2018, the Monitor's term expires on April 30, 2018. The parties are currently discussing a proposed stipulation to extend that term for an additional period. However, those discussions are not complete. A short extension of the Monitor's term will permit the Monitor to continue to fulfill his responsibilities while the parties seek to reach agreement on a further extension. The District Council and the Benefit Funds consent to the proposed order.

    Thank you for your consideration. We respectfully request that this letter be docketed.

Respectfully,

ROBERT S. KHUZAMI
Acting United States Attorney

By: /s/ Benjamin H. Torrance
Benjamin H. Torrance
Assistant United States Attorneys
(212) 637-2703/2746

cc: counsel for the District Council and the Funds (by email); Glen McGorty, Esq. (by email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _the Government_.

SO ORDERED.

4-19-18
DATE

VICTOR MARRERO, U.S.D.J.