USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, *et al.*,

        Defendants.

Civ. Action No. 90-cv-5722 (VM)

**NOTICE OF WITHDRAWAL OF BOYD M. JOHNSON III AS COUNSEL OF RECORD AND ORDER**

---------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance as counsel in this action for New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Annuity Fund, and New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund (collectively, the "Funds"). As of April 20, 2018, Mr. Johnson will no longer be associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale").

Dated: New York, New York
      April 19, 2018

_____
Boyd M. Johnson, III
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorney for the New York City District
Council of Carpenters Welfare Fund,
New York City District Council of Carpenters
Pension Fund, New York City District Council
of Carpenters Annuity Fund, and New York
City District Council of Carpenters
Apprenticeship, Journeyman Retraining,
Educational and Industry Fund*

The Clerk of the Court is respectfully directed to terminate Mr. Johnson from the docket.

**SO ORDERED**

Hon. Judge Victor Marrero
United States District Judge

Dated: 19 April, 2018