590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

# crowell☾moring

RECEIVED
APR 26 2018
CHAMBERS OF
JUDGE MARRERO

Glen Garrett McGorty
(212) 895-4246
GMcGorty@crowell.com

April 25, 2018

USDC  NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/18

**VIA Hand Delivery**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    **United States v. District Council of the
United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

      As referenced in our meeting in Chambers on March 26, 2018, enclosed please find a courtesy copy of a letter sent in my capacity as the Independent Monitor ("IM") of the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council"). On January 26, 2018, the Members Voice Slate of candidates, who were defeated in the December 2017 District Council Officer election wrote to the United Brotherhood of Carpenters and Joiners of America ("UBC") seeking to appeal my "certification of the [December 2017] election results" (the "January 26th Letter," a copy of which is also enclosed). As the UBC stated in their February 20, 2018 response, my office has exclusive jurisdiction over the election under the Court-approved 2017 Election Rules, dismissed their appeal, and referred the matter for my consideration.

      Despite the Members Voice Slate's failure to follow the election rules and formally file a protest with my office (as they had previously done on November 30, 2017, in which they raised other claims),(*see* 2017 Election Rules at Section 6 (1)), I considered their complaints, conducted a full investigation, and reached the conclusions contained in the enclosed letter.

      I would also note that the Members Voice Slate properly appealed my ruling on their November 30, 2017 protest to Your Honor pursuant to the election rules. So you are aware in connection with the potential timing of Your Honor's ruling on that appeal, with the completion of this investigation into the Members Voice Slate's January 26th complaints, I no longer have any investigations pending with respect to the 2017 election.

Honorable Victor Marrero
April 25, 2018
Page 2

      Should you require any additional information, please do not hesitate to notify me at Your Honor's convenience.

Sincerely,

*[signature]*

Glen G. McGorty

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _the Independent Monitor_.

**SO ORDERED.**

4-27-18
DATE    *[signature]* VICTOR MARRERO, U.S.D.J.