# United Brotherhood of Carpenters and Joiners of America

*President*

**John DeFalco**
*Vice President*

**James Hogan**
*Recording Secretary*

**Hercules Reid**
*Financial Secretary*

**Anthony Madaio**
*Treasurer – pro tem*

## LOCAL UNION No. 157

395 HUDSON STREET
NEW YORK, NY 10014
(212) 685-0567   FAX: (212) 725-6793

**Gerard Gausman**
*Conductor*

**Salvatore Ferrara**
*Warden*

**Patrick Nee**
*Trustee – pro tem*

**William McKenna**
*Trustee*

**Jeremy Milin**
*Trustee*







April 19, 2017

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*90 cv. 5722*

Your Honor,

At the March 15th, 2018 Local 157 Membership meeting, a motion was made from the floor to send a letter regarding the resignation of Stephen McInnis. The following questions were raised:

- Why did he resign?
- Why was there no transparency?
- When were the District Council and Independent Monitor first notified of any situation?
- What was the infraction of personnel policy?
- How many infractions were there?
- Were there any payouts? If so, how much and when?
- What was the severance package?
- Why was the President's resignation only given four lines in the IM report? Is there a cover up?
- Members have a right to know if our money was used to pay off anyone.
- If Mr. McGorty knew about this before the District Council election, will he reimburse members for the cost of a new election?

Any help regarding regarding this matter will be greatly appreciated.

Sincerely,

*James Hogan*

James Hogan
Recording Secretary - Local Union 157

**VIA MAIL:**
CC:  Josh Leicht
     Hon. Victor Marrero
     Glen McGorty

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *Local Union 157, United Brotherhood of Carpenters and Joiners of America.* **SO ORDERED.** *These matters should be addressed to the Independent monitor in the first instance.*

DATE 5-1-18   VICTOR MARRERO, U.S.D.J.