590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ■ p 212 223-4000 ■ f 212 223-4134



**Glen G. McGorty**
(212) 895-4246
GMcGorty@crowell.com

May 25, 2018

**VIA ECF AND HAND DELIVERY**

Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007-1312

      RE:    **United States v. District Council of the United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

    As the Independent Monitor ("IM") of the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council"), I write to formally certify the results of the recent 2018 District Council Special Election for President.  At the May 9, 2018 Delegate Meeting, in the presence of a representative from my office, candidate Graham McHugh, the acting District Council President, was nominated as the sole candidate.  Pursuant to the Election Rules approved by the Court, in the absence of another candidate and upon the casting of a single ballot in his favor by a member in good standing, Mr. McHugh was declared the victor.  The minutes of the May 9, 2018 Delegate Meeting, which memorialize the nomination and election of Mr. McHugh, will be finalized at the June 13, 2018 Delegate Meeting.

    Should the Court have any questions, please notify the undersigned at Your Honor's convenience.

                        Respectfully submitted,

                        Glen G. McGorty

cc:    AUSA Benjamin Torrance
       James M. Murphy, Esq.

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ New York ■ San Francisco ■ Los Angeles ■ Orange County ■ London ■ Brussels