# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

May 31, 2018

1700 Broadway
New York, NY 10019
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com



**BY ECF**
**& BY HAND**

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:    <u>United States v. District Council, et al.</u>, 90-Civ.-5722 (VM)

Dear Judge Marrero:

      This firm is general counsel to the Defendant, the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Jointer of America (the "District Council").

      Enclosed for your review and consideration is a copy of the Stipulation and Order Regarding Extension of the Independent Monitor's Term with its Exhibit A.

      The Stipulation and Order extends the term of Independent Monitor Glen G. McGorty through March 31, 2019.

      The Stipulation and Order has been executed on behalf of the Government, the District Council, and the District Council's Benefit Funds.

                     Respectfully submitted,

                       SPIVAK LIPTON LLP
                       Attorneys for the District Council

                       By: /s/ James M. Murphy
                          James M. Murphy
                       1700 Broadway
                       New York, NY 10019
                       jmurphy@spivaklipton.com

Enclosure

# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

Hon. Victor Marrero
United States District Judge
*United States v. District Council, et al.*, 90-Civ.-5722 (VM)
May 31, 2018
Page 2


cc:     **BY ECF & E-MAIL**
Benjamin H. Torrance, Esq.
Assistant United States Attorney
Civil Division
Office of the United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
212-637-2703
benjamin.torrance@usdoj.gov

Glen G. McGorty, Esq.
Independent Monitor
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
212-895-4246
gmcgorty@crowell.com

Barbara S. Jones, Esq.
Special Counsel to the District Council
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
212-508-6105
Barbara.jones@bracewell.com

Raymond McGuire, Esq.
Kauff, McGuire & Margolis LLP
Counsel to the Benefit Funds
950 Third Avenue, 14th Floor
New York, NY 10022
mcguire@kmm.com