

May 31, 2018

Hon. Victor Marrero
United States Courthouse
500 Pearl St.
Courtroom: 11B
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 6/12/18

Re:  Notice of Appeal- December, 2017 New York City District Council election

*90 CV 5722*

Hon. Victor Marrero:

As you are aware, in December 2017, an election for the officers of the District
Council in New York was held. The incumbent slate of officers were certified as the
winners of this election in January of 2018 by Glen McGorty, the federal monitor
operating under the Federal consent Decree. We the Members Voice Slate (William
McKenna, Kevin Corrigan and John Defalco) individually and collectively do hear by
appeal the decision of the independent Monitor and the ruling of Judge Victor
Marrero.
We are going to appeal pertaining to the Post election process filed by The Members
Voice.

Sincerely,

William McKenna
UBC#6196-7255

William Mc Kenna
300 Aldin Rd
Stewartsville NJ 08886

Cc. Federal Monitor Glen McGorty
    Benjamin Torrance
    Chief Appellate Attorney & AUSA
    Gregg L Cautero
    OLMS Department of Labor

The Clerk of Court is directed to enter into the public record
of this action the letter above submitted to the Court by
*William McKenna*.

**SO ORDERED.**

6-12-18
DATE          VICTOR MARRERO, U.S.D.J.