```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
UNITED STATES OF AMERICA,       :
                                :
                Plaintiff,      :
                                :   90 Civ. 5722 (VM)
      - against -               :
                                :   ORDER
DISTRICT COUNCIL OF NEW YORK    :
CITY AND VICINITY OF THE        :
UNITED BROTHERHOOD OF           :
CARPENTERS AND JOINERS          :
OF AMERICA, et al.,             :
                                :
                Defendants.     :
------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that a status conference is scheduled for Friday, June 29, 2018 at 11:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007. Mr. Glen McGorty is requested to submit a proposed agenda by June 22, 2018.

**SO ORDERED.**

Dated:   New York, New York
         18 June 2018

                                    VICTOR MARRERO
                                       U.S.D.J.