590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



Glen G. McGorty
(212) 895-4246
GMcGorty@crowell.com

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/20/18 |

June 19, 2018

**VIA ECF AND HAND DELIVERY**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> RE:  **United States v. District Council of the
> United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

The parties and the Office of the Independent Monitor are in receipt of Your Honor's Scheduling Order setting down 11 a.m. on June 29, 2018, for a status conference in the above-referenced matter. Pursuant to the Court's request, and my conversations with Your Honor's Law Clerk, I will submit a proposed agenda by June 22, 2018. This is the first general status conference we have had since Your Honor took over supervision of this matter, so, as we have previously discussed, this will be an opportunity to meet the current leadership and hear from them, as well as the District Council's new Inspector General.

Typically, when such status conferences were held in the past, the Court would permit me to notify the Union in general in the event that members wished to attend and, if appropriate, be heard by the Court. In the interests of transparency, I intend to make such a notification this time, unless the Court would prefer for me to proceed differently. There have been several efforts by certain members to seek the Court's attention in recent months, most of which relate to the recent 2017 District Council election, so there may be some interest among the membership to come to Court and be heard.

As the Court is aware, as recently as June 15, 2018, Donna Clancy, Esq., an attorney for two Union members who were terminated from their District Council employment, wrote the Court complaining that the leadership of the District Council (and apparently my Office) engaged in a cover-up relating to the recent investigation and resignation of former District Council President Stephen McInnis. Like many complaints lodged by disaffected members of the Union and disgruntled former employees, these allegations are without merit. I intended to suggest that Ms. Clancy and her clients come to the June 29th conference to discuss their

Hon. Victor Marrero
**June 19, 2018**
Page 2

grievances, but I have just seen the Court's memo endorsement to Ms. Clancy's letter and we will respond in writing to these allegations by June 25, 2018. As Your Honor may remember, we filed under seal a letter on March 5, 2018, discussing a number of confidential investigations including this one. We will supplement the record based on Ms. Clancy's letter.

Should you require any additional information, please do not hesitate to notify me at Your Honor's convenience.

Respectfully submitted,

Glen G. McGorty
Independent Monitor

cc:    **BY ECF/E-MAIL**
AUSA Benjamin Torrance
James Murphy, Esq.
Barbara Jones, Esq.
Donna Clancy, Esq.

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the Independent Monitor. The Court has no objection to the Independent Monitor providing notice to the Union concerning the status conference with the Court on 6-29-18

SO ORDERED.

DATE 6-20-18    VICTOR MARRERO, U.S.D.J.