590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ∎ p212 223-4000 ∎ f212 223-4134



Glen G. McGorty
(212) 895-4246
GMcGorty@crowell.com

June 22, 2018

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

> RE: **United States v. District Council of the
> United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

    Pursuant to Your Honor's Order, we write to advise the Court of the likely attendees at the June 29, 2018 status conference and offer a proposed agenda.  At present, I believe the following attendees will be present at the conference:

- Joseph Geiger, Executive Secretary-Treasurer, NY District Council; Co-Chair of the Benefit Funds Board of Trustees
- Graham McHugh, President, NY District Council
- Michael Cavanaugh, Vice-President, NY District Council
- David Pié, Inspector General, NY District Council
- James Murphy, Esq., General Counsel, NY District Council
- Josiah Leicht, Chief Compliance Officer, NY District Council
- Matthew Walker, Director of Operations, NY District Council
- David Stewart, Executive Director, Benefit Funds
- Raymond McGuire, Esq., Counsel for the Benefit Funds
- Benjamin Torrance, Assistant U.S. Attorney, Southern District of New York
- Glen McGorty, Esq., Independent Monitor
- Joanne Oleksyk, Esq., Office of the Independent Monitor
- David Burroughs, Lemire LLC, Office of the Independent Monitor
- Amy Foote, Esq., Lemire LLC, Office of the Independent Monitor

Honorable Victor Marrero
June 22, 2018
Page 2

Proposed agenda:

- Introduction of the District Council Leadership
- Remarks by Joseph Geiger, Executive Secretary-Treasurer of the District Council and Co-Chair of the Benefit Funds Board of Trustees
    - Introduction of District Council Leadership
    - State of the District Council
    - State of the Benefit Funds
- Remarks by Josiah Leicht, Chief Compliance Officers on Compliance
- Remarks by David Pié, Inspector General on Joining the District Council and the State of the Office of Inspector General
- Questions from the Court
- Comments from any Union Members in attendance (time permitting)

Obviously, the parties will be prepared to discuss any additional matters if the Court requests.

Respectfully submitted,

Glen G. McGorty
Independent Monitor

cc:   All potential attendees and counsel