RECEIVED AUG 21 2018 CHAMBERS OF JUDGE MARRERO

90 CV 5722

Joseph Lauer Jr
51Corncrib Lane
Levittown, N.Y.11756
Email: JoeLauerJr@gmail.com
516 -578-0746

August 15, 2018

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/18

Re: REQUEST FOR COURTS INTERVENTION

Dear Hon. Marrero:

    On 4/19/2018, at the Local 157 monthly meeting, I read the following motion on the floor to then Pro-Tem President John DeFalco with a letter addressed to His Honor from the membership of Local 157(Please See Attached). After I read said motion, I then read the following letters I had sent to The UBC General President and Federal Independent Monitor (IM) (Please See Attached).

    The membership of Local 157 voted and approved the motion unanimously. I then made an amendment to the motion to have our legal counsel review it before we forwarded the document to His Honor. Unfortunately, the minutes were altered by the recording Secretary James Hogan. This action now is under investigation by the (IM) that reports to Your Honor. So, I now address His Honor as a member of Local 157 until the investigation is complete at Local 157.

    The New York City District Council of Carpenters is about to enter into contract negotiations with the Wall & Ceiling Association with John DeLollis as its lead negotiator. I believe in the best interest of the membership that an independent forensic audit, investigation, also to encompass any interested party's knowledge related to the possible defrauding by John DeLollis and did not disclose or take actions which are contrary to statutory laws, internal policies and procedures, the consent decree or the best interest(s) of the membership.

    In addition, I would also request that any collusion or cooperated efforts to deceive the membership are thoroughly investigated. This would include but not be limited to delaying the transfer of information or wrongful acts with the intent to invoke a guilty party's rights under Statute of Limitation clauses on the state or federal level. The membership deservers and anticipates that this audit and investigation will be complete, fair, and transparent.

Respectfully yours,
Joseph Lauer Jr

*[signature]*

CC

Independent Monitor Glen G. McGorty
Crowell & Moring LLP
590 Madison Ave   20th FL
New York, NY  10022

Lisa Zornberg, Chief Criminal Division
United States Attorney's Office: Southern District of NY
One St. Andrew's Place
New York, NY  10007

Benjamin Torrance, Chief Appellate Attorney Civil Division
United States Attorney's Office: Southern District of NY
One St. Andrew's Place
New York, NY  10007

> The Independent Monitor is directed to respond by 9-7-18 to the matter set forth above by Joseph Lauer, Jr.
>
> **SO ORDERED.**
>
> 9-4-18
> DATE        VICTOR MARRERO, U.S.D.J.