

590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

Glen G. McGorty
(212) 895-4246
GMcGorty@crowell.com

September 6, 2018

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

RE: **United States v. District Council of the United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

I write on behalf of the Office of the Independent Monitor ("IM") in response to the Court's September 4, 2018 Order to respond to the August 15, 2018 letter from Joseph Lauer, Jr., a member of the Local 157 Union. For the reasons contained therein, we respectfully request an additional week to properly respond.

By way of background, Mr. Lauer has reached out to the IM's Office in the past on this issue and it is also my understanding that my predecessor, Review Officer Dennis Walsh, previously evaluated Mr. Lauer's claims. After a prior Stipulation and Order issued in this matter terminated the IM's Office's oversight and investigative authority with respect to the Benefit Funds, we forwarded the materials relating to Mr. Lauer's claims to the Funds' Chief Compliance Officer (the "CCO") for his review. In light of the Court's instant directive, however, we have reached out to the relevant parties seeking information about this review. Accordingly, we respectfully ask the Court for an additional week to gather and consider this information and, by September 14, 2018, to provide a response and/or, if appropriate, to recommend that counsel for the Funds or the CCO address this matter directly.

Respectfully submitted,

Glen G. McGorty
Independent Monitor

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ New York ▪ San Francisco ▪ Los Angeles ▪ Orange County ▪ London ▪ Brussels