590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ∎ p212 223-4000 ∎ f212 223-4134



Glen G. McGorty
(212) 895-4246
GMcGorty@crowell.com

September 14, 2018

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

      RE:    **United States v. District Council of the
United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

    I write on behalf of the Office of the Independent Monitor ("IM") in response to the Court's September 4, 2018 Order to respond to the August 15, 2018 letter from Joseph Lauer, Jr., a member of the Local 157 Union.  As per our letter of September 6, 2018, I have spoken with counsel for the Benefit Funds and the Funds' Chief Compliance Officer (the "CCO") regarding the CCO's investigation into these matters.  At our request, counsel for the Funds will be making a submission to the Court today in response to Mr. Lauer's August 15, 2018 letter, and the Court's September 4, 2018 Order.

                                                Respectfully submitted,

                                              Glen G. McGorty
                                              Independent Monitor

cc:    **VIA E-MAIL/ECF**
       Joseph Lauer, Jr.
       Raymond McGuire, Esq.
       CCO Allan Bahn, Esq.
       AUSA Benjamin Torrance