# KM&M
### KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE • FOURTEENTH FLOOR
NEW YORK, NY 10022

RAYMOND G. MCGUIRE
DIRECT DIAL: (212) 909-0711
DIRECT FAX: (212) 909-3511
MCGUIRE@KMM.COM

TELEPHONE (212) 644-1010
FAX (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

September 14, 2018

Via Facsimile (212) 805-6382

Honorable Victor Marrero
United States District Judge
Southern District of New York
Suite 1040
United Stated Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/18

Re: United States v. District Council of the
United Brotherhood of Carpenters, 90 Civ. 5722(VM)

Dear Judge Marrero:

Our firm is counsel to the Board of Trustees of the New York City District Council of Carpenters Pension, Welfare, Annuity, and Apprenticeship, Journeyman Retraining, Educational and Industry Funds (collectively, the "Funds"). We write to respectfully request that we be permitted to file a letter and accompanying report under seal.

By letter dated September 14, 2018 to Your Honor, Independent Monitor Glen McGorty advised the Court that we will be making a submission to the Court in response to Joseph Lauer's August 15, 2018 letter.

Our letter refers to a privileged and confidential report prepared by Allan Bahn, the Funds' Chief Compliance Officer. We also intend to submit the report.

We respectfully request, therefore, that we be permitted to file the letter and report under seal.

4824-0922-8914.1

KM&M
KAUFF McGUIRE & MARGOLIS LLP

Judge Victor Marrero
September 14, 2018
Page 2

                                    Respectfully submitted,

                                    *Raymond G. McGuire*
                                    Raymond G. McGuire

RGM/sc

cc:   Glen McGorty, Esq.
      CCO Allan Bahn, Esq.
      AUSA Benjamin Torrance

SO ORDERED. Request GRANTED.
Counsel for the Funds herein may file
the report described above under seal
9-14-18
DATE          VICTOR MARRERO, U.S.D.J.

4824-0922-8914.1