
# SPIVAK LLP
ATTORNEYS AT LAW



1700 Broadway
New York, NY 10019
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com

July 16, 2019

**BY HAND**

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



RE:   *United States v. District Council, et al.*, 90-Civ.-5722

Dear Judge Marrero:

This firm and Bracewell LLP represent the New York City & Vicinity District Council of Carpenters, the defendant labor organization in the referenced action.

With the consent of the United States and the Benefit Funds, the District Council requests that the Court enter the enclosed proposed Order providing for a further interim extension of the current Stipulation and Order to and through July 21, 2019.

The parties and the Independent Monitor to the current Stipulation and Order Regarding Extension of the Independent Monitor's Term, which will expire by the terms of the Interim Extension on July 17, 2019, are continuing to negotiate a successor Stipulation. The parties are refining certain language and also now plan to extend the successor Stipulation for an additional year to March 31, 2021, which is two years beyond the March 31, 2019 of the predecessor Stipulation and Order [ECF No. 1806]

Respectfully submitted,

James M. Murphy

Barbara S. Jones
Bracewell LLP

Enclosure

# SPIVAK LLP
ATTORNEYS AT LAW

Hon. Victor Marrero
United States District Judge
July 16, 2019
Page 2

cc:  Benjamin H. Torrance, Esq.
     Assistant United States Attorney
     Civil Division
     Office of the United States Attorney
     Southern District of New York
     86 Chambers Street
     New York, NY 10007
     212-637-2703
     benjamin.torrance@usdoj.gov

     Glen G. McGorty, Esq.
     Independent Monitor
     Crowell & Moring LLP
     590 Madison Avenue
     New York, NY 10022
     212-895-4246
     gmcgorty@crowell.com

     Elizabeth O'Leary, Esq.
     Kauff McGuire & Margolis LLP
     Counsel to the Benefit Funds
     950 Third Avenue, 14th Floor
     New York, NY 10022
     212-644-1010
     oleary@kmm.com

     Barbara S. Jones, Esq.
     Special Counsel to the District Council
     Bracewell LLP
     1251 Avenue of the Americas
     New York, NY 10020
     212-508-6105
     Barbara.jones@bracewell.com

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the defendant to rein.

SO ORDERED.

7-18-19
DATE      VICTOR MARRERO, U.S.D.J.