UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.

                Defendants.

Case No. 90 Civ. 5722 (VM)

**Stipulation and Order Regarding Further Interim Extension of the Independent Monitor's Term**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/19

      Upon the consent of the United States, the District Council of Carpenters, and the Benefit Funds, it is hereby ORDERED that the term of the Independent Monitor, as provided in the Stipulation and Order Regarding Extension of the Independent Monitor's Term entered on June 1, 2018 [ECF No. 1806], the Stipulation and Order Regarding the Interim Extension of the Independent Monitor's Term to May 15, 2019 entered on March 26, 2019 [ECF No. 1832], the Stipulation and Order Regarding the Further Interim Extension of the Independent Monitor's Term to June 17, 2019 [ECF No. 1833], the Stipulation and Order Regarding the Further Interim Extension of the Independent Monitor's Term to July 17, 2019 [ECF No. 1835], and the Stipulation and Order Regarding the Further Interim Extension of the Independent Monitor's Term to August 21, 2019 [ECF No. 1836], is hereby extended until and through September 16, 2019.

SO ORDERED:

Dated:    New York, New York
               August 19, 2019

                                                        Victor Marrero, U.S.D.J.