Case 1:90-cv-05722-VM   Document 1840   Filed 09/16/19   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

                Plaintiff,

v.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.

                Defendants.

Case No. 90 Civ. 5722 (VM)

**Stipulation and Order Regarding Further Interim Extension of the Independent Monitor's Term**

      Upon the consent of the United States, the District Council of Carpenters, and the Benefit Funds, it is hereby ORDERED that the term of the Independent Monitor, as provided in the Stipulation and Order Regarding Extension of the Independent Monitor's Term entered on June 1, 2018 [ECF No. 1806], the Stipulation and Order Regarding the Interim Extension of the Independent Monitor's Term to May 15, 2019 entered on March 26, 2019 [ECF No. 1832], the Stipulation and Order Regarding the Further Interim Extension of the Independent Monitor's Term to June 17, 2019 [ECF No. 1833], the Stipulation and Order Regarding the Further Interim Extension of the Independent Monitor's Term to July 17, 2019 [ECF No. 1835], the Stipulation and Order Regarding the Further Interim Extension of the Independent Monitor's Term to August 21, 2019 [ECF No. 1836], and the Stipulation and Order Regarding the Further Interim Extension of the Independent Monitor's Term to September 16, 2019 [ECF No. 1839] is hereby extended until and through October 16, 2019.

SO ORDERED:

Dated:     New York, New York
             September 16, 2019

                                                    Victor Marrero, U.S.D.J.