# SPIVAKLIPTON LLP
ATTORNEYS AT LAW

September 13, 2019

1700 Broadway
New York, NY 10019
T 212.765.2100
F 212.765.8954
spivaklipton.com



DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19

**BY HAND**

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *United States v. District Council, et al.*, 90-Civ.-5722 (VM)

Dear Judge Marrero:

This firm and Bracewell LLP represent the New York City & Vicinity District Council of Carpenters, the defendant labor organization in the referenced action.

With the consent of the Benefit Funds, the Government and the District Council request that the Court enter the enclosed proposed Order providing for a further interim extension of the current Stipulation and Order to and through October 16, 2019.

The current Further Interim Extension of the Stipulation and Order runs through September 16, 2019 (ECF No. 1839).

Respectfully submitted,

James M. Murphy

Barbara S. Jones
Bracewell LLP

Enclosure

# SPIVAK LLP
ATTORNEYS AT LAW

Hon. Victor Marrero
United States District Judge
Re: <u>United States v. District Council, et al., 90-Civ.-5722 (VM)</u>
September 13, 2019
Page 2

cc: Benjamin H. Torrance, Esq.
    Assistant United States Attorney
    Civil Division
    Office of the United States Attorney
    Southern District of New York
    86 Chambers Street
    New York, NY 10007
    212-637-2703
    benjamin.torrance@usdoj.gov

    Glen G. McGorty, Esq.
    Independent Monitor
    Crowell & Moring LLP
    590 Madison Avenue
    New York, NY 10022
    212-895-4246
    gmcgorty@crowell.com

    Elizabeth O'Leary, Esq.
    Kauff McGuire & Margolis LLP
    Counsel to the Benefit Funds
    950 Third Avenue, 14th Floor
    New York, NY 10022
    212-644-1010
    oleary@kmm.com

    Barbara S. Jones, Esq.
    Special Counsel to the District Council
    Bracewell LLP
    1251 Avenue of the Americas
    New York, NY 10020
    212-508-6105
    Barbara.jones@bracewell.com

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the defendant labor organization referred to above.
>
> SO ORDERED.
>
> 9-16-19
> DATE          VICTOR MARRERO, U.S.D.J.