

*Department of Elections*
*Certification of Results*
# New York City & Vicinity District Council of Carpenters

Pursuant to an agreement dated December 9, 2019, between New York City & Vicinity District Council of Carpenters hereinafter referred to as "DCC," and the American Arbitration Association, hereinafter referred to as the "Administrator," the Administrator agreed to conduct an Election of Officers.

Sixteen Thousand Seven Hundred Nine (16,709) ballots were mailed to eligible voters on Wednesday, January 29, 2020. The eligibility list was provided to the Administrator by DCC. The Administrator received Three Thousand Six Hundred Ninety-Seven envelopes prior to the ballot reception deadline, which was set for Wednesday, February 19, 2020, at 5:00 PM. Eight (8) envelopes were set aside and not counted. The mailing, reception and set aside envelopes are broken down as follows:

| LOCAL | MAILED OUT | RECEVIED | SET ASIDE | TOTAL ENVELOPES OPENED |
|---|---|---|---|---|
| Local 20 | 498 | 105 | 0 | 105 |
| Local 45 | 1414 | 307 | 0 | 307 |
| Local 157 | 7295 | 1663 | 3 NOL & 1 NOID = 4 | 1659 |
| Local 212 | 590 | 102 | 0 | 102 |
| Local 740 | 358 | 139 | 2 DUPES | 137 |
| Local 926 | 1532 | 245 | 0 | 245 |
| Local 1556 | 2591 | 490 | 0 | 490 |
| Local 2287 | 842 | 158 | 0 | 158 |
| Local 2790 | 1589 | 487 | 1 NOID | 486 |
| Unidentified Locals | 0 | 1 | 1 | 0 |
| *DIV.TOTAL* | *16709* | *3697* | *8* | *3689* |

*NOL= Member was "Not on the List" of eligibility (Envelopes set aside were not determinative and left unresolved)*

*NOID = The voter's identification was obscured and could not be verified as eligible*

*DUPES= Voter sent multiple versions of the ballot (Only one version was counted prior to opening the envelopes)*

During the course of the election an additional Sixty-One (61) duplicate ballot packets were mailed at the request of DCC members.

The counting of ballots took place at the Administrator's office located at 120 Broadway, Concourse Level, New York, NY 10271 on Thursday, February 20, 2020, in the presence of observers and the DCC Election Committee.

Secrecy of the ballot was maintained at all times. The results are certified to be as follows:

|  | Patrick Crean | James Noonan | Robert Villalta | Tammy Rivera | Paul Capurso |
|---|---|---|---|---|---|
|  | *12.4%* | *20.2%* | *13.7%* | *9.5%* | *44.3%* |
| **Totals** | 455 | 740 | 501 | 348 | 1624 |

*\*Any discrepancies between the number of ballots scanned and the number of votes submitted for candidates are attributed to blanks (under votes) and voids (over votes) for the office listed.*

Scott Boswell
Director of Elections
Dated: February 20, 2020