Mr. Douglas McCarron General-president
United Brotherhood of Carpenters and Joiners of America
101 Constitution Avenue, N.W.
Washington, D.C. 20001
June 15, 2020

Dear Sir and Brother:

 I am writing to you regarding some concerns I have had for some time. I have written numerous correspondences to New York City District Councils (NYCDC), Executive Secretary Treasurer (E.S.T.) Joseph Geiger without receiving a response. Mr. Geiger has never responded to me as would be prudent. Instead, he forwarded my matters to the Independent Monitor, Glenn McGorty. Mr. McGorty should have only been contacted in cases or questions of the Consent Order. Why Mr. Geiger did not respond personally to my emails and forwarded my concerns is perplexing. (Please see the attached emails) I presented my matters to UBC General Representative, Mr. Anthony Pena and he suggested I write directly to you for a proper response.

 Over the last few months in New York City, as the rest of the country, has been trying to get a grasp on the adjustments introduced by the Corona Virus. All of aspects of life have been affected and organizations having been trying to comprehend the best way to get through this horrible pandemic. The jurisdiction of the New York City District Council of Carpenters, some would argue was hit the hardest in the United States. I presume that you were aware that as of March 27, 2020, the UBC Councils of the Eastern Atlantic States and New England laid off non-essential staff in order to safeguard the Benefits Funds. Training Centers were all closed and the staff were laid off. With less than 25% of essential membership on construction jobs permitted to work, Mr. Geiger decided to allow all Business Representatives, Organizers, Area Standards, Instructors, Anti-corruption and other staff to continue to work into April. With the full understanding that some positions needed to be staffed, Mr. Geiger decided to keep them on the payroll. Why would we continue to pay Mr. Matt Walker or Mr. Pie if there was no work for them? Mr. Walker and Mr. Pie are collecting substantial pensions while our members are forced to collect unemployment.

 Mr. Geiger could have trimmed the Council payroll drastically by eliminated such benefits as leased cars, gas credit cards, and monthly parking spots. Eliminate fees from external counsel that are unnecessary at this time such as Judge Barbara Jones and Council lawyer, Mr. Murphy. I am hoping these deficits will not come from raising the retirement age, reducing retiree's medical or extending the apprenticeship program. This is a fiduciary responsibility and it isn't as if you can't recall people to positions when times are better.

 I have been a vocal member since I joined local 608, thirty five years ago. Over my career I have taken numerous courses and understand how our Union operates. I was made an example of when I was brought up on charges for speaking out against the "Blue Card" issue. When past NYCDCC President, Peter Thomassen was in office, it was proven he was in collusion with mob associate NYCDC Trustee, Joe Oliveri who ran the Drywall Association. In agreement, they implemented changes to the 50/50 work ratio in favor of the contractors. Mr. Thomassen left the Union in shame without any ramifications. Many other past employees have

been forced out of the Union without any repercussions, costing our members millions of dollars. It seems there have been numerous actors who have violated the UBC Oath and were never held accountable.

There appears to be many questions raised to money missing from the Benefits Department. A few years ago, Judge Berman ordered a forensic report but members never were privy to the outcome. This important issue must be revisited today. There are numerous lawsuits pending and others that were settled out of court with Non-Disclosure Agreements (NDA). These NDA's are not forthcoming to our members and they never get to see the truth why past NYCDCC Presidents and others representatives were removed. Stephen McInnis, Graham McHugh both prominent trustees to the funds were removed from office without a transparent explanation. Who authorized NDA's ?Certainly not the Delegate body ,nothing in the minutes reflects that. Did you or the General office in Washington approve the NDAs?Where is the accountability that our members deserve? Scott Danielson, past Inspector General was forced to resign and now is collecting his four pensions over $13.000.00 a month. He was part of the Forde regime and allegedly helped to facilitate cover-ups in the IG's office (documented cases of him shredding documents) . Mr. McGorty forced him to resign without any repercussions for his behavior. Why haven't the membership been informed of the circumstances that affect their Union? Brother McCarron now with the effects of the both the corona-virus and the proven corruption the members need to know how much money truly is missing, so the membership can be fully informed and be prepared for any actions that may need to take place to rectify this situation. I implore you to please order a Forensic Audit of the Benefit funds in New York City. Far too many years have passed where a small group of trustees make a decision in a back room with no minutes or accountability, the old smoke filled room back room deal comes to mind.

Recently, David Pie, who is leaving his Inspector General's position at the end of the year, brought up a third year apprentice on charges allegedly directed by Joe Geiger. Mr. Pie is not a card carrying member of our Union but yet had a member brought up on charges and expelled for voicing his opinions against a bad contract. It seems anyone who goes against the Council is silenced and cast away. Matt Walker in charge of operations at the NYCDC, is receiving $250.000.00 salary and collecting his New Jersey State Troopers pension, as is Mr. Pie. These two non-members, who hold two of the most important positions in our Council, have been accused of pursuing members at the will of the Council. When the Inspector General (IG) and Chief Compliance Officer (CCO) both do whatever they are directed to do by Mr. Geiger, there is no objective oversight in our union. The Council invested many months to find the right person for the IG's position and after a little over a year, Mr. Pie decides to leave. Another bad investment by the Council that leaves us venerable regarding satisfying the Consent Order. The next IG should be an outside person with no ties to our Union. Not a friend and favor to the Director of Operations or Council employee. The sole hold over in the administration of the IG office is Patrick Kennedy, Patrick Kennedy was a security guard in the District Council during the Forde administration. A security guard that watched Mr. Joe Wing bring prostitutes and lewd women into the council when he lived on the 9th floor in the apartment, the same Patrick Kennedy who stood idle while council officers were doing drugs in the building.

What about Ramadan (Rambo) Ibric who lied to get his job in the district council stating that he was fluent in Russian which was not the case. He allowed contractors to cheat for years, and has a long documented history of cheating members and contractors all over New York City. Just come to New York City and ask someone about Rambo, see the response you get from members about his misconduct, it will make your stomach turn. This corrupt individual was allowed to work in the IG office and train other IG officers. Talk about a fox in the hen house, lets put one of the most corrupt union officials in history in the office that handles union corruption. It is my belief he is currently under investigation with law enforcement.

This is just the tip of the iceberg and something has got to be done. I have spoken to General Representative Mr. Frank Spencer and Mr. Pena regarding my concerns. At this point, there is nowhere else to turn to for a fair and just overview of the state of our union in New York City. Mr. Geiger keeps ignoring my emails and refuses to respond like a professional. He is an elected official disregarding his duty. His behavior is repugnant and needs to be addressed. I am asking you to please look into these allegations. You are the member's last hope and I look forward to hearing from you. Even now I try to email Paul Capurso, Pat Kennedy, even the monitor Glen McGorty they are all to busy for me I guess. Our loss of market share doesn't really show me they are busy doing much.

Anything I can do to assist you in your inquiry, please feel free to contact me.

Fraternally yours, *Brian Brennan*
Brian Brennan  bb4369y@ yahoo.com  1-917-650-1051  UBC-1717-9346  Local157

CC: DOL,
CC: DoJ
CC Judge MATTEO

  2 Messages 

Found in Sent Mailbox

 From: **Bb**
To: **Paul Capurso**
Yesterday at 6:29 PM

https://www.amny.com/coronavirus/construction-unions-adapt-to-new-landscape-with-covid-19-under-phase-i-reopening/

Good afternoon Paul just read your article in the a.m. News Paul. If only 30% of carpenters are back to work why are 100% of district council employees back to work??

See More  

      

 The inspector general's...

**From: Bb**
To: pkennedy@nycdci...
Yesterday at 4:50 PM

# The inspector general's office

✈ Found in Sent Mailbox

Pat,
What has your role exactly been this past two years since David pie has been incharge are you ready to step in and be the acting IG again? Pat are you a member of the carpenters union? Do you carry a card?

From: "McGorty, Glen" <GMcGorty@crowell.com>
Date: March 30, 2020 at 10:43:10 PM EDT
To: "bb4369y@yahoo.com" <bb4369y@yahoo.com>
Cc: David Burroughs <dburroughs@stoneturn.com>
Subject: Your E-mail to Joe

Brian ---

Joe Geiger shared your recent e-mail with me. As always, I appreciate your concerns and those members who also worked behind the scenes on crafting that message. I can assure you that the District Council is thinking through how to best cope with the global pandemic and all of the impact, including layoffs of non-essential personnel.

The reason I'm responding directly to you is that your e-mail asked why the District Council should pay me or Mr. Pie or Mr. Walker? Clearly you do not understand what function "retired law enforcement" (your words) have in this union. Because of the crimes perpetrated by carpenters in Union leadership, the Consent Decree was put in place and renewed in perpetuity, which requires anti-corruption measures in place. While there have been and will be cuts because of fewer job sites, that is only a small portion of our anti-corruption measures, especially those of my office. During this crisis, we have gotten numerous continued inquiries, and have passed many of them along to the IG office. You alone have e-mailed me 12 times since the beginning of the March (and as recently as last Tuesday; I counted). Don't get me wrong, I welcome your inquiries and I thought our meeting several weeks ago was useful. But I find it particularly shocking that you are reaching out to me in my capacity as the IM, which costs time and money, and at the same time suggesting to the Union leadership that I should not be paid. As a threshold matter, I work for the Court, not the District Council, under the tenets of a Stipulation and Order which govern the terms of this monitorship. The District Council leadership has no control over that, so suggesting to them that they should not pay for the monitor or other anti-compliance measures is a waste of your time.

If you have any questions, please give me or Dave a call.

Best,
Glen

Glen G. McGorty | Crowell & Moring LLP
Managing Partner, New York Office
590 Madison Avenue | 20th Floor | New York, NY 10022-2524
T: +1 212.895.4246 | F: +1 212.895.4134
gmcgorty@crowell.com | www.crowell.com

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by

Brian Brennan

SO ORDERED.

June 19, 2020
DATE

VICTOR MARRERO, U.S.D.J.