# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

1700 Broadway
New York, NY 10019
T 212.765.2100
F 212.765.8954
spivaklipton.com

December 29, 2020

**BY ECF & EMAIL ChambersNYSDMarrero@nysd.uscourts.gov.**

Hon. Victor Marrero
United States District Judge
Suite 1610
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. District Council, et al.</u>, 90-Civ-5722 (VM)

Dear Judge Marrero:

      The undersigned represent the District Council of New York City & Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council"). We write with the consent and on behalf of the Government, the Employee Benefit Funds, and Independent Monitor Glen G. McGorty.

      The parties are requesting that Your Honor So Order the extensions through January 31, 2021 of (1) the current Stipulation and Order Regarding Extension of the Independent Monitor's Term of Oct. 17, 2019 (Docket No. 1842) (the "current Stipulation and Order") and (2) the Supplemental Stipulation and Order with Respect to the Independent Monitor's Authority over Union Membership and the District Council's Oversight of Affiliated Local Union of Nov. 24, 2020 (Docket No. 1851) (the "Supplemental Stipulation and Order"). Both will now expire by their respective terms on December 31, 2020.

      The District Council and the Independent Monitor have agreed to certain updating modifications to the current Stipulation and Order and the Government is reviewing them. Given everyone's schedules, an extension of one-month will allow the parties to put any agreed modifications to the current Stipulation and Order into final form in early January 2021 for submission to Your Honor. Parenthetically, the Employee Benefit Funds are in agreement with a one-year extension of the current Stipulation and Order to December 31, 2021 and none of the anticipated modifications to it affect the provisions addressing the Funds. The District Council and the Government plan to submit an extension of the recently entered Supplemental Stipulation and Order to December 31, 2021.

# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

Hon. Victor Marrero
December 29, 2020
Page 2

Respectfully submitted,

/s/ *James M. Murphy*
James M. Murphy

/s/ *Barbara S. Jones*
Barbara S. Jones
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
212-508-6105
Barbara.jones@bracewell.com

cc: **BY ECF & EMAIL**

Benjamin H. Torrance, Esq.
Assistant United States Attorney
Civil Division
Office of the United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
212-637-2703
benjamin.torrance@usdoj.gov

Glen G. McGorty, Esq.
Independent Monitor
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
212-223-4000
gmcgorty@crowell.com

Elizabeth O'Leary, Esq.
Kauff McGuire & Margolis LLP
Counsel to the Benefit Funds
950 Third Avenue, 14th Floor
New York, NY 10022
212-644-1010
oleary@kmm.com