# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

1700 Broadway
New York, NY 10019
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com

January 22, 2021

**BY ECF & EMAIL ChambersNYSDMarrero@nysd.uscourts.gov.**

Hon. Victor Marrero
United States District Judge
Suite 1610
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. District Council, et al.</u>, 90-Civ-5722 (VM)

Dear Judge Marrero:

  The undersigned represent the District Council of New York City & Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council"). We write with the consent and on behalf of the Government, the Employee Benefit Funds, and Independent Monitor Glen G. McGorty.

  The parties are requesting that Your Honor enter the enclosed Stipulation and Order Regarding Extension of the Independent Monitor's Term to run from February 1 through December 31, 2021.

Respectfully submitted,

  /s/ *James M. Murphy*
James M. Murphy

  /s/ *Barbara S. Jones*
Barbara S. Jones
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
212-508-6105
Barbara.jones@bracewell.com

Enclosure

SPIVAK LIPTON LLP

ATTORNEYS AT LAW

Hon. Victor Marrero
January 22, 2021
Page 2

cc: **BY ECF & EMAIL**

    Benjamin H. Torrance, Esq.
    Assistant United States Attorney
    Civil Division
    Office of the United States Attorney
    Southern District of New York
    86 Chambers Street
    New York, NY 10007
    212-637-2703
    benjamin.torrance@usdoj.gov

    Glen G. McGorty, Esq.
    Independent Monitor
    Crowell & Moring LLP
    590 Madison Avenue, 20th Floor
    New York, NY 10022
    212-223-4000
    gmcgorty@crowell.com

    Elizabeth O'Leary, Esq.
    Kauff McGuire & Margolis LLP
    Counsel to the Benefit Funds
    950 Third Avenue, 14th Floor
    New York, NY 10022
    212-644-1010
    oleary@kmm.com