590 Madison Avenue, 20th Floor, New York, NY 10022-2!



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021
```

Glen G. McGorty
(212) 895-4246
GMcGorty@crowell.com

June 11, 2021

**VIA ECF**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   RE: **United States v. District Council of the
United Brotherhood of Carpenters, 90 Civ. 5722 (VM)**

Dear Judge Marrero:

  As the Court is aware, the January 25, 2021 Stipulation and Order issued in the above-referenced matter (the "Stipulation and Order") directs the Court-appointed Independent Monitor to issue reports annually regarding the oversight of the New York City District Council of Carpenters (the "District Council" or the "Union"). The Seventh Interim Report of the Independent Monitor was filed on June 8, 2020, and accordingly, the next report would be due this month.

  The undersigned writes the Court to respectfully recommend and request that the filing of the next report be delayed to December 2021. Over the course of the next five months, the District Council will hold an officer election—a significant event which will must be fully reported to the Court. In order to spare the Union the expense of the preparation of two reports in such a short period of time, the undersigned submits that permitting the filing of a single, comprehensive report in December 2021 is a sensible alternative. The undersigned will continue to be in communication with the Court if any matter urgently needs to be brought to the Court's attention, and will be independently seeking the Court's approval on the 2021 Election Rules before the end of the month pursuant to Section 5(j)(vi) of the Stipulation and Order.

Respectfully submitted,

Glen G. McGorty
Independent Monitor

```
The request is granted. The Seventh Interim
Report may be submitted in December 2021,
as proposed above.

SO ORDERED.
6/14/2021                    [signature]
DATE                 VICTOR MARRERO, U.S.D.J.
```

(by e-mail)