590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



Glen G. McGorty
(212) 895-4246
GMcGorty@crowell.com

July 7, 2021

**BY HAND**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    United States v. District Council of the
              United Brotherhood of Carpenters, 90 Civ. 5722 (VM)

Dear Judge Marrero:

      As Independent Monitor ("IM") for the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council") and pursuant to Section 7(A) of the District Council's Bylaws, I am writing to request the Court's approval of the District Council's revised Election Rules, a copy of which is attached hereto as Exhibit A, in advance of the upcoming officer election that is scheduled to begin on July 13, 2021.

      As background, the District Council membership elected its current Executive-Secretary Treasurer, Vice-President, Warden Conductor, and three (3) Trustees in 2017 for four (4) year terms that are set to expire at the end of this calendar year. The current President was elected pursuant to a special election in 2020, and is subject to the same term that is set to expire at the end of this calendar year.  Each officer position is subject to reelection in 2021 and the revised Election Rules discussed below.

      In accordance with 5.j.vi of the 2016 Stipulation and Order, I have assessed the 2017 Election Rules and proposed changes to those rules based upon consultation with and recommendation of the District Council.  The revised Election Rules were published to the District Council membership on the District Council's website on June 17, 2021 for a ten (10) day comment period that ended on June 27, 2021.  My office received a few comments.  I considered how best to address them and updated the revised rules as appropriate.  I now request the Court's approval of the revised Election Rules.

Honorable Victor Marrero
July 7, 2021
Page 2

For the Court's convenience, the revisions from the prior 2017 Election Rules include:

- date modifications to reflect the 2021 calendar;
- clarifications to the requirements for eligibility to vote (see Section 1(3));
- an explanation of measures that will be put into place to address any COVID-related health concerns (see Section 1(3));
- approval for a member who meets eligibility requirements to simultaneously seek election to office in a local union and as an officer of the District Council, however, if such member wins election to both seats sought, that member must provide written notice refusing the local union position to his or her local union and to the IM within twenty-four (24) hours of the certification of the results for the District Council officer election (see Section 2(1));
- removal of the requirement for an Election Committee;
- defining "campaigning" under the Rules (see Section 3);
- requiring that andy nominated candidate who plans to access a restricted job site for campaigning activities must provide 48-hour notice to the IM and obtain assurance that other nominated candidates be provided access to such job site (see Section 3 (1)(B));
- requiring that nominated candidates employed by the District Council who plan to engage in any campaigning activities at a job site <u>in connection with or adjacent to a Union-related meeting in which they are present in an official Union capacity</u> must provide notice to the IM and obtain assurance that other nominated candidates be provided an opportunity to attend such meeting (see Section 3(1)(C));
- requiring that all nominated candidates employed by the District Council who visit any job sites in the course of their duties for non-campaign related purposes must accurately maintain their customary daily activity logs accounting for the time and date and location of those visits (see Section 3(1)(C));
- requiring that employees of the District Council maintain and submit to the IM a daily log on a weekly basis of all job site visits made during which they engage in campaigning activities (see Section 3(1)(C));
- generally updating the Election Rules including the introductory language to reflect recent Court Orders; and
- other minor changes.

Should the Court have any questions or concerns, please contact the undersigned at Your Honor's convenience.

Respectfully submitted,

Glen G. McGorty
Independent Monitor

Honorable Victor Marrero
July 7, 2021
Page 3

Enclosures.

    cc:    **VIA E-MAIL**

        AUSA Benjamin Torrance
        United States Attorney's Office
        Southern District of New York
        86 Chambers Street, 3rd Floor
        New York, New York 10007

        James M. Murphy, Esq.
        Spivak Lipton LLP
        1700 Broadway
        New York, New York 10019

        Barbara S. Jones, Esq.
        Bracewell LLP
        1251 Avenue of the Americas
        49th Floor
        New York, New York 10020-1100