

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

<u>By ECF</u>  July 8, 2021

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. District Council of Carpenters*, 90 Civ. 5722 (VM)

Dear Judge Marrero,

    This Office represents the government in the above-named matter. As directed by the Court, we write in response to the submission of the Independent Monitor, seeking approval of the proposed 2021 election rules (ECF No. 1861). The government reviewed the proposed rules before they were submitted to the Court, and consents to their approval.

    Thank you for your consideration.

                            Respectfully,

                            AUDREY STRAUSS
                            United States Attorney

            by: _____
                   Benjamin H. Torrance
                   Assistant United States Attorney
                   212.637.2703

cc (by ECF):   counsel of record