UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

        Plaintiff,

v.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

        Defendants.
---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2022

90 Civ. 5722 (VM)

**STIPULATION AND ORDER REGARDING EXTENSIONS OF THE INDEPENDENT MONITOR'S TERM AND RELATED STIPULATIONS AND ORDERS TO APRIL 18, 2022**

IT IS HEREBY ORDERED, upon the stipulation and agreement of the Government, the District Council, and the Benefit Funds and with the consent of the Independent Monitor, that the term of the Independent Monitor and the respective terms of the Stipulation and Order Regarding Extension of the Independent Monitor's Term entered January 25, 2021 (Docket No. 1855) and the Supplemental Stipulation and Order with Respect to the Independent Monitor's Authority over Union Membership and the District Council's Oversight of Affiliated Local Unions that was entered on February 1, 2021 (Docket No. 1857) that were both extended to March 15, 2022 (Docket No. 1868) are further extended to and through April 18, 2022.

CONSENTED AND AGREED TO:

Dated:    New York, New York
            March 10, 2022

DAMIAN WILLIAMS
United States Attorney
for the Southern District of New York
Attorney for Plaintiff United States

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Phone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

Page 1 of 2

| | | | |
|---|---|---|---|
| Dated: | New York, New York<br>March ___, 2022 | | BRACEWELL LLP<br>Attorneys for Defendant<br>District Council of New York City and<br>Vicinity of the United Brotherhood of<br>Carpenters and Joiners of America |
| | | By: | _____<br>BARBARA S. JONES<br>1251 Avenue of the Americas, 49th Floor<br>New York, New York 10020-1100<br>Phone: 212.508.6105<br>Fax: 212.938.3804<br>E-mail: barbara.jones@bracewell.com |
| Dated: | New York, New York<br>March ___, 2022 | | DISTRICT COUNCIL OF NEW YORK<br>CITY AND VICINITY OF THE UNITED<br>BROTHERHOOD OF CARPENTERS<br>AND JOINERS OF AMERICA |
| | | By: | _____<br>JOSEPH A. GEIGER<br>Executive Secretary-Treasurer |
| Dated: | New York, New York<br>March _11_, 2022 | | KAUFF MCGUIRE & MARGOLIS LLP<br>Attorneys for Benefit Funds |
| | | By: | /s/Raymond G. McGuire<br>RAYMOND MCGUIRE<br>950 Third Avenue, 14th floor<br>New York, New York 10022-2705<br>Telephone: 212.909.0711<br>Fax: 212.694.1936<br>E-mail: mcguire@kmm.com |
| Dated: | New York, New York<br>March _11_, 2022 | | BENEFIT FUNDS |
| | | By: | _____<br>JOSEPH A. GEIGER, Co-Chairman<br>Benefit Funds Union Trustee |
| | | By: | _____<br>DAVID MEBERG, Co-Chairman<br>Benefit Funds Employer Trustee |

~~SO ORDERED.~~

~~Dated:   March ___, 2021~~

_____
~~VICTOR MARRERO, U.S.D.J.~~

Page 2 of 2

| | | | |
|---|---|---|---|
| Dated: | New York, New York<br>March ___, 2022 | | BRACEWELL LLP<br>Attorneys for Defendant<br>District Council of New York City and<br>Vicinity of the United Brotherhood of<br>Carpenters and Joiners of America |
| | | By: | _____<br>BARBARA S. JONES<br>1251 Avenue of the Americas, 49th Floor<br>New York, New York 10020-1100<br>Phone: 212.508.6105<br>Fax: 212.938.3804<br>E-mail: barbara.jones@bracewell.com |
| Dated: | New York, New York<br>March 15, 2022 | | DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA |
| | | By: | *[signature]*<br>JOSEPH A. GEIGER<br>Executive Secretary-Treasurer |
| Dated: | New York, New York<br>March ___, 2022 | | KAUFF MCGUIRE & MARGOLIS LLP<br>Attorneys for Benefit Funds |
| | | By: | RAYMOND MCGUIRE<br>950 Third Avenue, 14th floor<br>New York, New York 10022-2705<br>Telephone: 212.909.0711<br>Fax: 212.694.1936<br>E-mail: mcguire@kmm.com |
| Dated: | New York, New York<br>March 15, 2022 | | BENEFIT FUNDS |
| | | By: | *[signature]*<br>JOSEPH A. GEIGER, Co-Chairman<br>Benefit Funds Union Trustee |
| | | By: | _____<br>DAVID MEBERG, Co-Chairman<br>Benefit Funds Employer Trustee |

~~SO ORDERED.~~

~~Dated:   March ___, 2021~~

_____
~~VICTOR MARRERO, U.S.D.J.~~

| | | |
|---|---|---|
| Dated: | New York, New York<br>March /6, 2022 | BRACEWELL LLP<br>Attorneys for Defendant<br>District Council of New York City and<br>Vicinity of the United Brotherhood of<br>Carpenters and Joiners of America |

By: *(signature)*
BARBARA S. JONES
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1100
Phone: 212.508.6105
Fax: 212.938.3804
E-mail: barbara.jones@bracewell.com

Dated:  New York, New York
        March ___, 2022

DISTRICT COUNCIL OF NEW YORK
CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA

By: _____
JOSEPH A. GEIGER
Executive Secretary-Treasurer

Dated:  New York, New York
        March ___, 2022

KAUFF MCGUIRE & MARGOLIS LLP
Attorneys for Benefit Funds

By: _____
RAYMOND MCGUIRE
950 Third Avenue, 14th floor
New York, New York 10022-2705
Telephone: 212.909.0711
Fax: 212.694.1936
E-mail: mcguire@kmm.com

Dated:  New York, New York
        March ___, 2022

BENEFIT FUNDS

By: _____
JOSEPH A. GEIGER, Co-Chairman
Benefit Funds Union Trustee

By: _____
DAVID MEBERG, Co-Chairman
Benefit Funds Employer Trustee

~~SO ORDERED.~~

~~Dated:   March ___, 2021~~

_____
~~VICTOR MARRERO, U.S.D.J.~~

Dated: New York, New York
       March ___, 2022

BRACEWELL LLP
Attorneys for Defendant
District Council of New York City and
Vicinity of the United Brotherhood of
Carpenters and Joiners of America

By: _____
BARBARA S. JONES
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1100
Phone: 212.508.6105
Fax: 212.938.3804
E-mail: barbara.jones@bracewell.com

Dated: New York, New York
       March ___, 2022

DISTRICT COUNCIL OF NEW YORK
CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA

By: _____
JOSEPH A. GEIGER
Executive Secretary-Treasurer

Dated: New York, New York
       March ___, 2022

KAUFF MCGUIRE & MARGOLIS LLP
Attorneys for Benefit Funds

By: _____
RAYMOND MCGUIRE
950 Third Avenue, 14th floor
New York, New York 10022-2705
Telephone: 212.909.0711
Fax: 212.694.1936
E-mail: mcguire@kmm.com

Dated: New York, New York
       March ___, 2022

BENEFIT FUNDS

By: _____
JOSEPH A. GEIGER, Co-Chairman
Benefit Funds Union Trustee

By: _____
DAVID MEBERG, Co-Chairman
Benefit Funds Employer Trustee

SO ORDERED.

Dated: March 25, 2022

_____
Victor Marrero
U.S.D.J.