UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

        Defendants.
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022

90 Civ. 5722 (VM)

**STIPULATION AND ORDER REGARDING EXTENSIONS OF THE INDEPENDENT MONITOR'S TERM AND RELATED STIPULATIONS AND ORDERS TO MAY 20, 2022**

    IT IS HEREBY ORDERED, upon the stipulation and agreement of the Government, the District Council, and the Benefit Funds and with the consent of the Independent Monitor, that the term of the Independent Monitor and the respective terms of the Stipulation and Order Regarding Extension of the Independent Monitor's Term entered January 25, 2021 (Docket No. 1855) and the Supplemental Stipulation and Order with Respect to the Independent Monitor's Authority over Union Membership and the District Council's Oversight of Affiliated Local Unions that was entered on February 1, 2021 (Docket No. 1857) that were both extended to March 15, 2022 (Docket No. 1868) and to April 18, 2022 (Docket No. 1869) are further extended to May 20 2022.

    CONSENTED AND AGREED TO:

Dated:    New York, New York
            April 14, 2022

DAMIAN WILLIAMS
United States Attorney
for the Southern District of New York
Attorney for Plaintiff United States

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Phone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

Dated:  New York, New York  
         April ___, 2022

BRACEWELL LLP  
Attorneys for Defendant  
District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America

By: _____  
BARBARA S. JONES  
31 West 52nd Street, Suite 1900  
New York, NY 10019  
Phone: 212.508.6105  
Fax: 212.938.3804  
E-mail: barbara.jones@bracewell.com

Dated:  New York, New York  
         April ___, 2022

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA

By: _____  
JOSEPH A. GEIGER  
Executive Secretary-Treasurer

Dated:  New York, New York  
         April _14_, 2022

KAUFF MCGUIRE & MARGOLIS LLP  
Attorneys for Benefit Funds

By: /s/ Raymond McGuire  
RAYMOND MCGUIRE  
950 Third Avenue, 14th floor  
New York, New York 10022-2705  
Telephone: 212.909.0711  
Fax: 212.694.1936  
E-mail: mcguire@kmm.com

Dated:  New York, New York  
         April _14_, 2022

BENEFIT FUNDS

By: _____  
JOSEPH A. GEIGER, Co-Chairman  
Benefit Funds Union Trustee

By: _____  
DAVID MEBERG, Co-Chairman  
Benefit Funds Employer Trustee

SO ORDERED.

Dated:  April ___, 2022

_____  
VICTOR MARRERO, U.S.D.J.

| | | | |
|---|---|---|---|
| Dated: | New York, New York<br>April 18, 2022 | | BRACEWELL LLP<br>Attorneys for Defendant<br>District Council of New York City and<br>Vicinity of the United Brotherhood of<br>Carpenters and Joiners of America |
| | | By: | *Barbara S. Jones* (signature)<br>BARBARA S. JONES<br>31 West 52nd Street, Suite 1900<br>New York, NY 10019<br>Phone: 212.508.6105<br>Fax: 212.938.3804<br>E-mail: barbara.jones@bracewell.com |
| Dated: | New York, New York<br>April 18, 2022 | | DISTRICT COUNCIL OF NEW YORK<br>CITY AND VICINITY OF THE UNITED<br>BROTHERHOOD OF CARPENTERS<br>AND JOINERS OF AMERICA |
| | | By: | *Joseph A. Geiger* (signature)<br>JOSEPH A. GEIGER<br>Executive Secretary-Treasurer |
| Dated: | New York, New York<br>April ___, 2022 | | KAUFF MCGUIRE & MARGOLIS LLP<br>Attorneys for Benefit Funds |
| | | By: | _____<br>RAYMOND MCGUIRE<br>950 Third Avenue, 14th floor<br>New York, New York 10022-2705<br>Telephone: 212.909.0711<br>Fax: 212.694.1936<br>E-mail: mcguire@kmm.com |
| Dated: | New York, New York<br>April 18, 2022 | | BENEFIT FUNDS |
| | | By: | *Joseph A. Geiger* (signature)<br>JOSEPH A. GEIGER, Co-Chairman<br>Benefit Funds Union Trustee |
| | | By: | _____<br>DAVID MEBERG, Co-Chairman<br>Benefit Funds Employer Trustee |

SO ORDERED.

Dated: April 20, 2022

*Victor Marrero* (signature)
Victor Marrero
U.S.D.J.

Page 2 of 2