

**SPIVAK LIPTON**LLP
ATTORNEYS AT LAW

1040 Avenue of the Americas
20th Floor
New York, NY 10018
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com

May 23, 2022

**BY ECF & BY EMAIL ChambersNYSDMarrero@nysd.uscourts.gov.**
Hon. Victor Marrero
United States District Judge
Suite 1610
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. District Council, et al.</u>, 90-Civ-5722 (VM)

Dear Judge Marrero:

    The undersigned represent the District Council of New York City & Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council"). We write with the consent of and on behalf of the Government, the Employee Benefit Funds, and Independent Monitor Glen G. McGorty.

    The parties are requesting that Your Honor enter the enclosed Stipulation and Order Regarding Extensions of the Independent Monitor's Term and Related Stipulations and Orders to June 17, 2022 (the "further Extension Stipulation and Order"). The further Extension Stipulation and Order has been executed in counterparts by the Government and by the other parties and their respective counsel.

    The further Extension Stipulation and Order extends through June 17, 2022 the earlier Extension Stipulation and Order entered on April 20, (Docket No. 1871).

    The parties and the Independent Monitor are in continuing discussions with respect to the successor terms and conditions of the current Stipulations and Orders (Docket Nos. 1855 and 1857) and believe that we are close to putting a successor into final form for review and ratification and then submission to the Court.

                               Respectfully submitted,

                               /s/ *James M. Murphy*
                               James M. Murphy

                               /s/ *Barbara S. Jones*
                               Barbara S. Jones
                               Bracewell LLP
                               31 West 52nd Street, Suite 1900
                               New York, NY 10019
                               212-508-6105
                               Barbara.jones@bracewell.com

Enclosure

# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

Hon. Victor Marrero
May 23, 2022
Page 2

cc: **BY ECF & BY EMAIL**

Benjamin H. Torrance, Esq.
Assistant United States Attorney
Civil Division
Office of the United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
212-637-2703
benjamin.torrance@usdoj.gov

Glen G. McGorty, Esq.
Independent Monitor
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
212-223-4000
gmcgorty@crowell.com

Elizabeth O'Leary, Esq.
Kauff McGuire & Margolis LLP
Counsel to the Benefit Funds
950 Third Avenue, 14th Floor
New York, NY 10022
212-644-1010
oleary@kmm.com