UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

          Plaintiff,

       v.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

          Defendants.
------------------------------------------------------------- x

90 Civ. 5722 (VM)

**STIPULATION AND ORDER REGARDING EXTENSIONS OF THE INDEPENDENT MONITOR'S TERM AND RELATED STIPULATIONS AND ORDERS TO JUNE 17, 2022**

     IT IS HEREBY ORDERED, upon the stipulation and agreement of the Government, the District Council, and the Benefit Funds and with the consent of the Independent Monitor, that the term of the Independent Monitor and the respective terms of the Stipulation and Order Regarding Extension of the Independent Monitor's Term entered January 25, 2021 (Docket No. 1855) and the Supplemental Stipulation and Order with Respect to the Independent Monitor's Authority over Union Membership and the District Council's Oversight of Affiliated Local Unions that was entered on February 1, 2021 (Docket No. 1857) that were both extended to May 20 2022 (Docket No. 1871) are hereby further extended to June 17, 2022.

     CONSENTED AND AGREED TO:

Dated:    New York, New York
            May 20, 2022

DAMIAN WILLIAMS
United States Attorney
for the Southern District of New York
Attorney for Plaintiff United States

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Phone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

Dated: New York, New York
May 23, 2022

BRACEWELL LLP
Attorneys for Defendant
District Council of New York City and
Vicinity of the United Brotherhood of
Carpenters and Joiners of America

By: /s/ Barbara S. Jones
BARBARA S. JONES
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212.508.6105
Fax: 212.938.3804
E-mail: barbara.jones@bracewell.com

Dated: New York, New York
May ___, 2022

DISTRICT COUNCIL OF NEW YORK
CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA

By: _____
JOSEPH A. GEIGER
Executive Secretary-Treasurer

Dated: New York, New York
May ___, 2022

KAUFF McGUIRE & MARGOLIS LLP
Attorneys for Benefit Funds

By: _____
RAYMOND
950 Third Avenue, McGUIRE 14th floor
New York, New York 10022-2705
Telephone: 212.909.0711
Fax: 212.694.1936
E-mail: mcguire@kmm.com

Dated: New York, New York
May ___, 2022

BENEFIT FUNDS

By: _____
JOSEPH A. GEIGER, Co-Chairman
Benefit Funds Union Trustee

By: _____
DAVID MEBERG, Co-Chairman
Benefit Funds Employer Trustee

SO ORDERED.

Dated: May ___, 2022

_____
VICTOR MARRERO, U.S.D.J.

| | | |
|---|---|---|
| Dated: | New York, New York<br>May ___, 2022 | BRACEWELL LLP<br>Attorneys for Defendant<br>District Council of New York City and<br>Vicinity of the United Brotherhood of<br>Carpenters and Joiners of America |

By: _____
BARBARA S. JONES
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212.508.6105
Fax: 212.938.3804
E-mail: barbara.jones@bracewell.com

| | | |
|---|---|---|
| Dated: | New York, New York<br>May 20, 2022 | DISTRICT COUNCIL OF NEW YORK<br>CITY AND VICINITY OF THE UNITED<br>BROTHERHOOD OF CARPENTERS<br>AND JOINERS OF AMERICA |

By: /s/ Joseph A. Geiger
JOSEPH A. GEIGER
Executive Secretary-Treasurer

| | | |
|---|---|---|
| Dated: | New York, New York<br>May ___, 2022 | KAUFF McGUIRE & MARGOLIS LLP<br>Attorneys for Benefit Funds |

By: _____
RAYMOND McGUIRE
950 Third Avenue, 14th floor
New York, New York 10022-2705
Telephone: 212.909.0711
Fax: 212.694.1936
E-mail: mcguire@kmm.com

| | | |
|---|---|---|
| Dated: | New York, New York<br>May 20, 2022 | BENEFIT FUNDS |

By: /s/ Joseph A. Geiger
JOSEPH A. GEIGER, Co-Chairman
Benefit Funds Union Trustee

By: _____
DAVID MEBERG, Co-Chairman
Benefit Funds Employer Trustee

SO ORDERED.

Dated:   May ___, 2022

_____
VICTOR MARRERO, U.S.D.J.

| | | |
|---|---|---|
| Dated: | New York, New York<br>May ___, 2022 | BRACEWELL LLP<br>Attorneys for Defendant<br>District Council of New York City and<br>Vicinity of the United Brotherhood of<br>Carpenters and Joiners of America |
| | | By: _____<br>BARBARA S. JONES<br>31 West 52nd Street, Suite 1900<br>New York, NY 10019<br>Phone: 212.508.6105<br>Fax: 212.938.3804<br>E-mail: barbara.jones@bracewell.com |
| Dated: | New York, New York<br>May ___, 2022 | DISTRICT COUNCIL OF NEW YORK<br>CITY AND VICINITY OF THE UNITED<br>BROTHERHOOD OF CARPENTERS<br>AND JOINERS OF AMERICA |
| | | By: _____<br>JOSEPH A. GEIGER<br>Executive Secretary-Treasurer |
| Dated: | New York, New York<br>May ___, 2022 | KAUFF McGUIRE & MARGOLIS LLP<br>Attorneys for Benefit Funds |
| | | By: _____<br>RAYMOND<br>950 Third Avenue, McGUIRE 14th floor<br>New York, New York 10022-2705<br>Telephone: 212.909.0711<br>Fax: 212.694.1936<br>E-mail: mcguire@kmm.com |
| Dated: | New York, New York<br>May 23, 2022 | BENEFIT FUNDS |
| | | By: _____<br>JOSEPH A. GEIGER, Co-Chairman<br>Benefit Funds Union Trustee |
| | | By: _____/s/_____<br>DAVID MEBERG, Co-Chairman<br>Benefit Funds Employer Trustee |

SO ORDERED.

Dated:    May ___, 2022

_____
VICTOR MARRERO, U.S.D.J.

| | | |
|---|---|---|
| Dated: | New York, New York<br>May ___, 2022 | BRACEWELL LLP<br>Attorneys for Defendant<br>District Council of New York City and<br>Vicinity of the United Brotherhood of<br>Carpenters and Joiners of America |
| | By: | _____<br>BARBARA S. JONES<br>31 West 52nd Street, Suite 1900<br>New York, NY 10019<br>Phone: 212.508.6105<br>Fax: 212.938.3804<br>E-mail: barbara.jones@bracewell.com |
| Dated: | New York, New York<br>May ___, 2022 | DISTRICT COUNCIL OF NEW YORK<br>CITY AND VICINITY OF THE UNITED<br>BROTHERHOOD OF CARPENTERS<br>AND JOINERS OF AMERICA |
| | By: | _____<br>JOSEPH A. GEIGER<br>Executive Secretary-Treasurer |
| Dated: | New York, New York<br>May _23_, 2022 | KAUFF McGUIRE & MARGOLIS LLP<br>Attorneys for Benefit Funds |
| | By: | /s/ Raymond T. McGuire<br>RAYMOND MCGUIRE<br>950 Third Avenue, McGUIRE 14th floor<br>New York, New York 10022-2705<br>Telephone: 212.909.0711<br>Fax: 212.694.1936<br>E-mail: mcguire@kmm.com |
| Dated: | New York, New York<br>May ___, 2022 | BENEFIT FUNDS |
| | By: | _____<br>JOSEPH A. GEIGER, Co-Chairman<br>Benefit Funds Union Trustee |
| | By: | _____<br>DAVID MEBERG, Co-Chairman<br>Benefit Funds Employer Trustee |

SO ORDERED.

Dated:   May ___, 2022

_____
VICTOR MARRERO, U.S.D.J.