**SPIVAK LIPTON**LLP
ATTORNEYS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022
```

1040 Avenue of the Americas
20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
spivaklipton.com

June 16, 2022

**BY ECF & BY EMAIL ChambersNYSDMarrero@nysd.uscourts.gov.**
Hon. Victor Marrero
United States District Judge
Suite 1610
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. District Council, et al.</u>, 90-Civ-5722 (VM)

Dear Judge Marrero:

The undersigned represent the District Council of New York City & Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council").  We write with the consent and on behalf of the Government, the Employee Benefit Funds, and Independent Monitor Glen G. McGorty.

The parties are requesting that Your Honor enter and So Order this letter that is requesting that the Stipulation and Order Regarding Extensions of the Independent Monitor's Term and Related Stipulations and Orders to June 17, 2022 (ECF Dkt. No. 1873) be extended to June 30, 2022.

The parties have substantially agreed to a successor Stipulation and Order that incorporates the current Stipulation and Order (ECF Dkt. No. 1855) and the Supplemental Stipulation and Order (ECF Dkt. No. 1857) and provides for further changes to compliance features and responsibilities consistent with the District Council's progress towards self-governance.  The parties anticipate that the successor Stipulation and Order will be presented to the District Council's Executive Committee and Delegate Body during the next week for review and anticipated approval.  If approved, the fully executed successor Stipulation and Order will be submitted to Your Honor for review.

Respectfully submitted,

  /s/ *James M. Murphy*
James M. Murphy

  /s/ *Barbara S. Jones*
Barbara S. Jones
Bracewell LLP
31 West 52nd Street, Suite 1900
New York, NY 10019
212-508-6105
Barbara.jones@bracewell.com

# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

Hon. Victor Marrero
June 16, 2022
Page 2

cc: **BY ECF & BY EMAIL**

Benjamin H. Torrance, Esq.
Assistant United States Attorney
Civil Division
Office of the United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
212-637-2703
benjamin.torrance@usdoj.gov

Glen G. McGorty, Esq.
Independent Monitor
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
212-223-4000
gmcgorty@crowell.com

Raymond g. McGuire, Esq.
Elizabeth O'Leary, Esq.
Kauff McGuire & Margolis LLP
Counsel to the Benefit Funds
950 Third Avenue, 14th Floor
New York, NY 10022
212-644-1010
mcguire@kmm.com
oleary@kmm.com

---

Request **GRANTED**. The Stipulation and Order Regarding Extensions of the Independent Monitor's Term and Related Stipulations and Orders (Dkt. No. 1873) is extended to June 30, 2022.

**SO ORDERED.**

June 17, 2022

Victor Marrero
U.S.D.J.