

**Glen Garrett McGorty**
GMcGorty@crowell.com
(212) 895-4246  direct

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000  main
+1.212.223.4134  fax

December 28, 2022

<u>**VIA ECF**</u>

Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:   ***United States v. District Council of the United Brotherhood of Carpenters***, 90 Civ. 5722 (VM)

Dear Judge Marrero:

As the Court is aware, the July 1, 2022 Stipulation and Order issued in the above-referenced matter (the "Stipulation and Order") has shifted reporting responsibilities from the Independent Monitor to the New York City District Council of Carpenters (the "District Council" or the "Union"), which is now responsible for submitting annually a written report to the Independent Monitor and the Court regarding the implementation, effectiveness, and sustainability of the Union's compliance structure and its programs and ongoing activities.  While the Independent Monitor may file a response to the District Council's report, based on the new reporting structure, we will not be filing a separate report this month, approximately one year from our Eighth Interim Report filed last December.  It is our understanding that the Union plans to submit its first annual report to the Independent Monitor and the Court in late spring or early summer 2023, but no later than a year after the Stipulation and Order was entered.

Should the Court have any questions or concerns, please contact the undersigned at Your Honor's convenience.

Respectfully Submitted,

Glen G. McGorty

cc:   AUSA Benjamin Torrance
      James Murphy, Esq./Barbara Jones, Esq.

crowell.com