# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

1040 Avenue of the Americas
20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
spivaklipton.com

May 12, 2023

**BY ECF & BY EMAIL ChambersNYSDMarrero@nysd.uscourts.gov.**
Hon. Victor Marrero
United States District Judge
Suite 1610
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. District Council, et al.</u>, 90-Civ-5722 (VM)

Dear Judge Marrero:

The undersigned represents the District Council of New York City & Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council"). I write on behalf of the Government and the District Council and with the consent of Independent Monitor Glen G. McGorty, Independent Hearing Officer Sharon L. McCarthy, Chief Compliance Officer Josh Leicht, and Special Counsel Barbara S. Jones.

Presented for Your Honor's review and, if acceptable, entry is a copy of the Rules for the Conduct of Hearings by the Independent Hearing Officer under the Stipulation and Order (the "Rules"). The Rules concern the procedures to be used under paragraph 10 of the current Stipulation and Order entered on July 1, 2022 (ECF Dkt. No. 1877). Paragraph 10 deals with the Independent Monitor and the District Council's Inspector General investigating and bringing charges against members of the District Council for violating the Consent Decree, other Court orders, and union governing documents by associating with or being a Barred Person (<u>i.e.</u>, those associated with or members of an organized criminal group).

The undersigned and those copied below are available at Your Honor's convenience to address any questions concerning this request.

Respectfully submitted,

　　/s/ *James M. Murphy*　　
James M. Murphy
jmurphy@spivaklipton.com

Enclosure:   Rules for the for the Conduct of Hearings
by the Independent Hearing Officer under the Stipulation and Order

SPIVAK LIPTON LLP
ATTORNEYS AT LAW

Hon. Victor Marrero
May 12, 2023
Page 2

cc: **BY ECF & BY EMAIL**

Benjamin H. Torrance, Esq.
Assistant United States Attorney
Civil Division
Office of the United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
212-637-2703
benjamin.torrance@usdoj.gov

Glen G. McGorty, Esq.
Independent Monitor
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
212-223-4000
gmcgorty@crowell.com

Sharon L. McCarthy, Esq.
Independent Hearing Officer
Kostelanetz LLP
7 World Trade Center, 34th Floor
New York, NY 10007
212-840-6866
smccarthy@kflaw.com

Josh Leicht, Esq.
Chief Compliance Officer
NYC District Council of Carpenters
395 Hudson Street, 9th Floor
New York, NY 10014
212-366-7362
jleicht@nycdistrictcouncil.org

Barbara S. Jones, Esq.
Special Counsel
Bracewell LLP
32 West 52nd Street, Suite 1900
New York, NY 10019
212-508-6105
barbara.jones@bracewell.com