**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                      Plaintiff,

       - against -

DISTRICT COUNCIL OF NEW YORK CITY AND
VICINITY OF THE UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA, et
al.,

                    Defendants.

**90 Civ. 5722 (VM)**

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/24
```

**VICTOR MARRERO, United States District Judge.**

     The Court has received an undated letter from the United Brotherhood of Carpenters and Joiners of America, written "pursuant to a motion passed at the March meeting of Local 157 requesting an open status meeting with" the Court, an Assistant United States Attorney, the Independent Monitor, the New York City District Council of Carpenters, and the members of the District Council.

     The Independent Monitor, the Government, and any other interested party are hereby **ORDERED** to respond within seven (7) days to the request in the letter. Each party shall state its understanding regarding what prompted the request and what would be the purpose of any court proceeding.

**SO ORDERED.**

Dated:    23 April 2024
           New York, New York

1

                                Victor Marrero
                                U.S.D.J.