

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 25, 2024

By ECF

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/24
```

Re: *United States v. District Council of Carpenters*, 90 Civ. 5722 (VM)

Dear Judge Marrero,

    This Office represents the government in the above-named matter. We write respectfully in response to the Court's order of April 23, directing the parties to respond to a letter received by the Court. Because I am out of the office on leave until May 1, I respectfully request that the time to respond to the letter be extended until May 7, 2024. The Independent Monitor and the District Council of Carpenters consent to this request. This is the government's first request for an extension of this deadline.

    Thank you for your consideration.

                                             Respectfully,

                                             DAMIAN WILLIAMS
                                             United States Attorney

                                     By: /s/ Benjamin H. Torrance
                                        Benjamin H. Torrance
                                        Assistant United States Attorney
                                        (212) 637-2703

cc: counsel for the District Council; Glen McGorty, Esq.

```
Request GRANTED.
The above-referenced deadline is
hereby extended to May 7, 2024.

SO ORDERED.
4/26/24
   DATE                    VICTOR MARRERO, U.S.D.J.
```