USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/8/2024_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

        - against -

DISTRICT COUNCIL OF NEW YORK CITY AND
VICINITY OF THE UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA, et
al.

              Defendants.

---

**90 Civ. 5722 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On April 23, 2024, the Court ordered the Independent Monitor, the Government, and any other interested party to respond to an undated letter the Court had received. (See Dkt. No. 1893.) The letter had been written "pursuant to a motion passed at the March meeting of Local 157" and "request[ed] an open status meeting with" the Court, an Assistant United States Attorney, the Independent Monitor, the New York City District Council of Carpenters, and the members of the District Council. (Id.)

    On May 7, the Government filed a letter on behalf of itself, the District Council, and the Independent Monitor. (See Dkt. No. 1896.) The May 7 letter states that there is "no reason for a conference at this time" on what the Government understands was the basis for the Local 157 letter. (Id.) The Government further stated that "the union and the

government will in the coming months be submitting a successor stipulation and order to the Court, which will address the future of the consent decree and the monitorship." (Id.)

The Court also received a letter dated May 1, 2024 from a Michael Zemski of Local 2287, who claims to be an interested party in this matter. Zemski's letter asks the Court to schedule a status conference.

The Court declines to hold a conference at this time. The issues raised by the members regarding the union can be addressed at a future proceeding regarding the Government's forthcoming proposed stipulation relating to the future of the consent decree and monitorship.

**SO ORDERED.**

Dated:    8 May 2024
          New York, New York



                                    _____
                                    Victor Marrero
                                    U.S.D.J.