USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

Plaintiff,

v.

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, et al.,

Defendants.

---------------------------------------------------------------- x

90 Civ. 5722 (VM)

**STIPULATION AND ORDER EXTENDING THE TERM OF THE INDEPENDENT MONITOR TO DECEMBER 31, 2024**

IT IS HEREBY ORDERED, upon the stipulation and agreement of the Government and the District Council and with the consent of the Independent Monitor, that the term of the Independent Monitor and the respective terms of the Stipulation and Order Regarding Extension of the Independent Monitor's Term entered July 1, 2022 (Docket No. 1877), extended to and through March 31, 2024 (Docket No. 1890), extended to and through June 30, 2024 (Docket No. 1892), and extended to and through September 30, 2024 (Docket No. 1899) are further extended to and through December 31, 2024.

CONSENTED AND AGREED TO:

Dated: New York, New York
September 26, 2024

DAMIAN WILLIAMS
United States Attorney
for the Southern District of New York
Attorney for Plaintiff United States

BY: ______________________________
BENJAMIN H. TORRANCE
Assistant United States Attorneys
86 Chambers Street
New York, NY 10007
Phone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

Dated: New York, New York
September 26, 2024

SPIVAK LIPTON LLP
Attorneys for Defendant
1040 Avenue of the Americas, 20th Floor
New York, NY 10018
Phone: 212-765-2100
Fax: 212-764-8954

BY: ____________________
JAMES M. MURPHY
E-mail: jmurphy@spivaklipton.com

Dated: New York, New York
September 26, 2024

BRACEWELL LLP
Special Counsel to Defendant
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212-508-6165
Fax: 212-938-3804

BY: ____________________
BARBARA S. JONES
E-mail: barbara.jones@bracewell.com

SO ORDERED.

**SO ORDERED.**

10/7/2024
DATE

VICTOR MARRERO, U.S.D.J.