USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/24/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    Plaintiff,

          - against -

DISTRICT COUNCIL OF NEW YORK CITY AND
VICINITY OF THE UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA, et
al.,

                    Defendants.

**90 CV 5722 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 24, 2026, the Court received motions to quash the subpoenas served on Verizon for the phone records of New York City District Council of Carpenters ("District Council") members Brian Brennan and Michael Power from District Council Inspector General Richard Green. The Court directs the Inspector General and/or the Government to respond to the motions to quash within five (5) days from the date of this order. The Court stays the subpoenas pending the resolution of the motions to quash.

**SO ORDERED.**

Dated:    24 March 2026
          New York, New York

                              Victor Marrero
                              U.S.D.J.

1