USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/6/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                   Plaintiff,

        - against -

DISTRICT COUNCIL OF NEW YORK CITY AND
VICINITY OF THE UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA, et
al.,

                 Defendants.

**90 CV 5722 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 24, 2026, the Court received motions to quash the subpoenas served on Verizon for the phone records of New York City District Council of Carpenters ("District Council") members Brian Brennan and Michael Power (the "Members") from District Council Inspector General Richard Green. The Court received an opposition to the motions from the District Council's Office of the Inspector General on March 30, 2026, and received a reply from the Members on April 2, 2026.

After careful consideration, the Court DENIES the motions to quash in their entirety, as the Court finds that the Members have not raised sufficient arguments warranting the requested relief. The Court reaffirms the validity of the subpoenas and directs Verizon to comply with the subpoenas.

**SO ORDERED.**

1

Dated:    6 April 2026
          New York, New York

_____
                    Victor Marrero
                       U.S.D.J.