UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA.

Plaintiff,

v.

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, et al.,

Defendants.

---------------------------------------------------------------x

90 Civ. 5722 (VM)

**STIPULATION AND ORDER FOR EXTENSION**

IT IS HEREBY ORDERED, upon the stipulation and agreement of the Government and the District Council, that the term and conditions of the current Stipulation and Order entered on December 4, 2024 (Dkt. No. 1903), are further extended to and through June 30, 2026.

CONSENTED AND AGREED TO:

Dated: New York, New York
April 27, 2026

JAY CLAYTON
United States Attorney
for the Southern District of New York
Attorney for Plaintiff United States

BY: ______________________________
BENJAMIN H. TORRANCE
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
Phone: 212.637.2703
benjamin.torrance@usdoj.gov

Dated: New York, New York
April 27, 2026

BRACEWELL LLP

BY: [signature]
BARBARA S. JONES
THOMAS F. KOKALAS

Special Counsel for Defendant
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212.508.6015
barbara.jones@bracewell.com

Dated: New York, New York
April __, 2026

PITTA LLP

BY: ____________________________
VINCENT F. PITTA

Attorneys for Defendant
120 Broadway, 28th Floor
New York, New York 10271
Phone: 212.652.3891
vpitta@pittalaw.com

SO ORDERED:

____________________________
Victor Marrero, U.S.D.J

Date:

Dated: New York, New York
April __, 2026

BRACEWELL LLP

BY: ____________________________
BARBARA S. JONES
THOMAS F. KOKALAS

Special Counsel for Defendant
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212.508.6015
barbara.jones@bracewell.com

Dated: New York, New York
April 27, 2026

PITTA LLP

BY: Vincent F. Pitta
VINCENT F. PITTA

Attorneys for Defendant
120 Broadway, 28th Floor
New York, New York 10271
Phone: 212.652.3891
vpitta@pittalaw.com

SO ORDERED:

____________________________
Victor Marrero, U.S.D.J

Date: