UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA.

                Plaintiff,

       v.

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

           ⸰  Defendants.
---------------------------------------------------------x

90 Civ. 5722 (VM)

**STIPULATION AND
ORDER FOR EXTENSION**

       IT IS HEREBY ORDERED, upon the stipulation and agreement of the Government and the District Council, that the term and conditions of the current Stipulation and Order entered on December 4, 2024 (Dkt. No. 1903), are further extended to and through June 30, 2026.

       CONSENTED AND AGREED TO:

Dated: New York, New York
       April 27, 2026

                      JAY CLAYTON
                      United States Attorney
                      for the Southern District of New York
                      Attorney for Plaintiff United States

                      BY: _____
                          BENJAMIN H. TORRANCE
                      Assistant United States Attorney
                      86 Chambers Street
                      New York, NY 10007
                      Phone: 212.637.2703
                      benjamin.torrance@usdoj.gov

Dated: New York, New York
April 27, 2026

BRACEWELL LLP

BY: _____
BARBARA S. JONES
THOMAS F. KOKALAS

Special Counsel for Defendant
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212.508.6015
barbara.jones@bracewell.com

Dated: New York, New York
April __, 2026

PITTA LLP

BY: _____
VINCENT F. PITTA

Attorneys for Defendant
120 Broadway, 28th Floor
New York, New York 10271
Phone: 212.652.3891
vpitta@pittalaw.com

SO ORDERED:

_____
Victor Marrero, U.S.D.J

Date:    April 28, 2026

Dated: New York, New York
April __, 2026

BRACEWELL LLP


BY: _____
BARBARA S. JONES
THOMAS F. KOKALAS

Special Counsel for Defendant
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212.508.6015
barbara.jones@bracewell.com



Dated: New York, New York
April 27, 2026

PITTA LLP


BY: _____
VINCENT F. PITTA

Attorneys for Defendant
120 Broadway, 28th Floor
New York, New York 10271
Phone: 212.652.3891
vpitta@pittalaw.com



SO ORDERED:

_____
Victor Marrero, U.S.D.J

Date:    April 28, 2026