UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA.

                        Plaintiff,                          90 Civ. 5722 (VM)

                v.

DISTRICT COUNCIL OF NEW YORK CITY            **STIPULATION AND**
AND VICINITY OF THE UNITED                   **ORDER FOR EXTENSION**
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, et al.,

                        Defendants.
-----------------------------------------------------------x

        IT IS HEREBY ORDERED, upon the stipulation and agreement of the Government and
the District Council, that the term and conditions of the current Stipulation and Order entered on
April 28, 2026 (Dkt. No. 1933), are further extended to and through September 30, 2026.


        CONSENTED AND AGREED TO:



Dated: New York, New York
        June 24, 2026

                                        JAY CLAYTON
                                        United States Attorney
                                        for the Southern District of New York
                                        Attorney for Plaintiff United States



                                        BY: _____
                                            BENJAMIN H. TORRANCE
                                        Assistant United States Attorney
                                        86 Chambers Street
                                        New York, NY 10007
                                        Phone: 212.637.2703
                                        benjamin.torrance@usdoj.gov

Dated: New York, New York
     June _25_, 2026

BRACEWELL LLP

BY: _____
    BARBARA S. JONES
    THOMAS F. KOKALAS

Special Counsel for Defendant
31 West 52nd Street, Suite 1900
New York, NY 10019
Phone: 212.508.6015
barbara.jones@bracewell.com

Dated: New York, New York
     June ___, 2026

PITTA LLP

BY: _____
    VINCENT F. PITTA

Attorneys for Defendant
120 Broadway, 28th Floor
New York, New York 10271
Phone: 212.652.3891
vpitta@pittalaw.com

SO ORDERED:

_____
Victor Marrero, U.S.D.J

Date:   June 26, 2026