**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

- against -

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, et al.,

Defendants.

**90-CV-5722 (VM)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/26

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of an email from non-party Brian Brennan ("Brennan"), dated October 5, 2026 and attached hereto, requesting leave to file a Reply to Defendant District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America's Response to his Objections (the "Email Request"). (See Dkt. Nos. 1941-1 (Objection of Brian Brennan); 1941 (Response).)

The Court finds the Email Request is meritless and **DENIES** Brennan's Email Request.

**SO ORDERED.**

Dated: 6 October 2026
New York, New York

Victor Marrero
U.S.D.J.

Outlook

**Re: United States v. District Council, et al., 90-Civ-5722 (VM)**

**From** B B <bb4369y@yahoo.com>
**Date** Mon 10/5/2026 2:56 PM
**To** Chambers NYSD Marrero <ChambersNYSDMarrero@nysd.uscourts.gov>

**CAUTION - EXTERNAL:**

Hon. Victor Marrero

United States District Judge

United States Courthouse

500 Pearl Street, Suite 1610

New York, New York 10007

As a party to this case and who the final order declares will be legally bound by the final order I respectively ask the court to delay any ruling on the final order until I have been allowed time to answer the submission made by Bracewell and Tom Kokalas on Oct 2 ,2026 docket number 141 and docket number 141-1 asking the court to ignore my objection . I request 5 days but will accept whatever the court will allow.

Thank you,

Brian Brennan

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.